Season's Pizza Restaurant, Petitioner
Toheed Zaman, Beneficiary

**Exhibit A**

Form I-140 Receipt Notice

U.S. Department of Homeland Securi.
United States Citizenship and Immigration Services

Notice of Action
Page 1

| Applicant/Petitioner A# | Application/Petition |
|---|---|
|  | Immigrant Petition for Alien Worker (Form I-140) |
| **Receipt #**<br>EAC0404750469 | **Applicant/Petitioner**<br>SWABI INC DBA SEASONS PIZZA |
| **Notice Date** | **Page** | **Beneficiary** |
| August 31, 2004 | 1 | ZAMAN, TOHEED |

SWABI INC DBA SEASONS PIZZA
ATTN ROXANA VERONICA MURO ESQ
FITZGERALD & COMPANY LLC
59 TEMPLE PLACE SUITE 444
BOSTON MA 02111



12/09/2003  EAC-04-047-50469  EACKMF01

**IMPORTANT: THIS NOTICE CONTAINS YOUR UNIQUE NUMBER AND MUST BE RESUBMITTED <u>IN THE</u> <u>ORIGINAL</u> WITH THE REQUESTED INFORMATION. WHEN YOU HAVE COMPLIED WITH THE INSTRUCTIONS ON THIS FORM, RESUBMIT THIS NOTICE AND ALL REQUESTED DOCUMENTS AND/OR INFORMATION.**

1. YOUR RESPONSE MUST BE RECEIVED IN THIS OFFICE ON OR BEFORE <u>November 26, 2004.</u>
2. REGULATIONS REQUIRE THAT THE REQUESTED EVIDENCE BE SUBMITTED WITHIN 12 WEEKS.
3. ALL DOCUMENTATION REQUESTED SHOULD BE SUBMITTED TOGETHER.
4. SUBMISSIONS RECEIVED AFTER THE ABOVE DATE WILL NOT BE ACCEPTED.
5. YOU MAY NOT RECEIVE AN EXTENSION OF TIME IN ORDER TO SUBMIT THE REQUESTED DOCUMENTATION.

From the date this office receives your resubmission a minimum of 14 days will be required to process your form. If you have not heard from us within **60 days** then you may contact the USCIS National Customer Service Center (NCSC) at 1-**800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

Submit additional evidence to establish that you had the ability to pay the proffered wage or salary of $10.50 per hour as of May 30, 2003, the date of filing, and continuing to the present.

Submit the 2003 United States federal income tax return(s), with all schedules and attachments, for your business. If your business is organized as a corporation, submit the corporate tax return. If the business is organized as a sole proprietorship, submit the owner's individual tax return (Form 1040) as well as Schedule C relating to the business.

As an alternative you may submit annual reports for 2003 which are accompanied by audited or reviewed financial statements.

If the beneficiary was employed by you in 2003, submit copies of the beneficiary's Form W-2 Wage and Tax Statement(s) showing how much the beneficiary was paid by your business.

You will be notified separately about any other applications or petitions you filed. Please enclose this original notice with your response. You may wish to make a copy of it for your records. If you write to us about this case, or if you file another application based on this decision, please enclose a copy of this notice. Our address is:

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET       561
ST. ALBANS, VT 05479-0001

S

Form I-797 (8/03/90) Y

Season's Pizza Restaurant, Petitioner
Toheed Zaman, Beneficiary

## Exhibit B

Copy of Petitioner's 2003 Income Tax Returns

Form **1120S**

**U.S. Income Tax Return for an S Corporation**

OMB No. 1545-0130

Department of the Treasury
Internal Revenue Service

▶ ...ot file this form unless the corporation has timely filed
Form 2553 to elect to be an S corporation.

**2003**

For calendar year 2003, or tax year beginning _____, and ending _____

| | | | |
|---|---|---|---|
| A Effective date of election as an S corporation<br>**07/20/1998** | Use IRS label. Other-wise, print or type. | Name<br>**SWABI, INC**<br>**DBA SEASONS PIZZA** | C Employer identification number<br>**02-0501577** |
| B Business code number (see pages 31-33 of the Insts.)<br>**722210** | | Number, street, and room or suite no. (If a P.O. box, see page 12 of the instructions.)<br>**15 CRYSTAL AVENUE**<br>City or town, state, and ZIP code<br>**DERRY, NH 03038** | D Date incorporated<br>**07/20/1998**<br>E Total assets (see page 12 of instr)<br>$ **83874.** |

F Check applicable boxes: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change  (5) ☐ Amended return

G Enter number of shareholders in the corporation at end of the tax year ............................ ▶ **2**

**Caution:** Include only trade or business income and expenses on lines 1a through 21. See page 12 of the instructions for more information.

**Income**

| | | | |
|---|---|---|---|
| 1 a | Gross receipts or sales **243415.** b Less returns and allowances | c Bal ▶ 1c | **243415.** |
| 2 | Cost of goods sold (Schedule A, line 8) | 2 | **96457.** |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | **146958.** |
| 4 | Net gain (loss) from Form 4797, Part II, line 18 (attach Form 4797) | 4 | |
| 5 | Other income (loss) (attach schedule) **STATEMENT 1** | 5 | **1500.** |
| 6 | Total income (loss). Combine lines 3 through 5 ▶ | 6 | **148458.** |

**Deductions (See instructions for limitations)**

| | | | | |
|---|---|---|---|---|
| 7 | Compensation of officers | | 7 | **53350.** |
| 8 | Salaries and wages (less employment credits) | | 8 | |
| 9 | Repairs and maintenance | | 9 | **1509.** |
| 10 | Bad debts | | 10 | |
| 11 | Rents | | 11 | **23281.** |
| 12 | Taxes and licenses **STATEMENT 2** | | 12 | **23472.** |
| 13 | Interest | | 13 | **438.** |
| 14 a | Depreciation (Attach Form 4562) | 14a **5070.** | | |
| b | Depreciation claimed on Schedule A and elsewhere on return | 14b | | |
| c | Subtract line 14b from line 14a | | 14c | **5070.** |
| 15 | Depletion (Do not deduct oil and gas depletion.) | | 15 | |
| 16 | Advertising | | 16 | **3550.** |
| 17 | Pension, profit-sharing, etc., plans | | 17 | |
| 18 | Employee benefit programs | | 18 | |
| 19 | Other deductions (attach schedule) **STATEMENT 3** | | 19 | **27485.** |
| 20 | Total deductions. Add the amounts shown in the far right column for lines 7 through 19 ▶ | | 20 | **138155.** |
| 21 | Ordinary income (loss) from trade or business activities. Subtract line 20 from line 6 | | 21 | **10303.** |

**Tax and Payments**

| | | | | |
|---|---|---|---|---|
| 22 | Tax: a Excess net passive income tax (attach schedule) | 22a | | |
| b | Tax from Schedule D (Form 1120S) | 22b | | |
| c | Add lines 22a and 22b | | 22c | |
| 23 | Payments: a 2003 estimated tax payments and amount applied from 2002 return | 23a | | |
| b | Tax deposited with Form 7004 | 23b | | |
| c | Credit for Federal tax paid on fuels (attach Form 4136) | 23c | | |
| d | Add lines 23a through 23c | | 23d | |
| 24 | Estimated tax penalty. Check if Form 2220 is attached ▶ ☐ | | 24 | |
| 25 | Tax due. If line 23d is smaller than the total of lines 22c and 24, enter amount owed. | | 25 | |
| 26 | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | | 26 | |
| 27 | Enter amount of line 26 you want: Credited to 2004 estimated tax ▶ | Refunded ▶ | 27 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Signature of officer _____  Date _____  Title _____

May the IRS discuss this return with the preparer shown below (see instr.)? ☐ Yes ☐ No

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature ▶ | | Date **02/10/04** | Check if self-employed ☐ | Preparer's SSN or PTIN **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** |
| Firm's name (or yours if self-employed), address, and ZIP code | **PANOS & PANOS, INC.**<br>▶ **28 BIRCH STREET**<br>**DERRY, NH    03038** | EIN **02-0343936**<br>Phone no. | |

JWA
311701
12-15-03

For Paperwork Reduction Act Notice, see the separate instructions.

Form **1120S** (2003)

1

Form 1120S (2003)    SWABI, INC    A SEASONS PIZZA    02-0501577    Page **2**

## Schedule A    Cost of Goods Sold (see page 18 of the instructions)

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | 2350. |
| 2 | Purchases | 2 | 87721. |
| 3 | Cost of labor | 3 | 8736. |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 98807. |
| 7 | Inventory at end of year | 7 | 2350. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | 96457. |

9 a  Check all methods used for valuing closing inventory:    (i) [X] Cost as described in Regulations section 1.471-3

(ii) [ ] Lower of cost or market as described in Regulations section 1.471-4

(iii) [ ] Other (specify method used and attach explanation) ▶

b  Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) ........................ ▶ [ ]

c  Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ................ ▶ [ ]

d  If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory
computed under LIFO ........................................ | 9d | |

e  If property produced or acquired for resale, do the rules of Section 263A apply to the corporation? ........................ Yes [ ] No [X]

f  Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ............ Yes [ ] No [X]
If "Yes," attach explanation.

## Schedule B    Other Information    (see page 19 of the instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check method of accounting: (a) [X] Cash   (b) [ ] Accrual   (c) [ ] Other (specify) ▶ | | |
| 2 | See pages 31 through 33 of the instructions and enter the: | | |
| | (a) Business activity ▶ ACCOMODATION & FOOD SE (b) Product or service ▶ PIZZA & SUBS | | |
| 3 | At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) If "Yes," attach a schedule showing: (a) name, address, and employer identification number and (b) percentage owned | | X |
| 4 | Was the corporation a member of a controlled group subject to the provisions of section 1561? | | X |
| 5 | Check this box if the corporation has filed or is required to file **Form 8264,** Application for Registration of a Tax Shelter ........ ▶ [ ] | | |
| 6 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ........ ▶ [ ] | | |
| | If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 7 | If the corporation: **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to its basis (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain (defined in section 1374(d)(1)) in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years ........................ ▶ $ | | |
| 8 | Check this box if the corporation had accumulated earnings and profits at the close of the tax year ........ ▶ [ ] | | |
| 9 | Are the corporation's total receipts (see page 19 of the instructions) for the tax year **and** total assets at the end of the tax year less than $250,000? If "Yes," the corporation is not required to complete Schedules L and M-1 | | X |

**Note:** If the corporation had assets or operated a business in a foreign country or U.S. possession, it may be required to attach
Schedule N (Form 1120), Foreign Operations of U.S. Corporations, to this return. See Schedule N for details,

## Schedule K    Shareholders' Shares of Income, Credits, Deductions, etc.

| | (a) Pro rata share items | | | (b) Total amount |
|---|---|---|---|---|
| 1 | Ordinary income (loss) from trade or business activities (page 1, line 21) | | 1 | 10303. |
| 2 | Net income (loss) from rental real estate activities (attach Form 8825) | | 2 | |
| 3a | Gross income from other rental activities | 3a | | |
| b | Expenses from other rental activities (attach schedule) | 3b | | |
| c | Net income (loss) from other rental activities. Subtract line 3b from line 3a | | 3c | |
| 4 | Portfolio income (loss): | | | |
| a | Interest income | | 4a | |
| b | Dividends: (1) Qualified dividends ▶ ...................... (2) Total ordinary dividends ▶ | | 4b(2) | |
| c | Royalty income | | 4c | |
| d | Net short-term capital gain (loss): (1) Post-May 5, 2003 ▶ ........ (2) Entire year ▶ | | 4d(2) | |
| e | Net long-term capital gain (loss): (1) Post-May 5, 2003 ▶ ........ (2) Entire year ▶ | | 4e(2) | |
| f | Other portfolio income (loss) (attach schedule) | | 4f | |
| 5 | Net section 1231 gain (loss) (att Form 4797): (a) Post-May 5, 2003 ▶ ........ (b) Entire year ▶ | | 5(b) | |
| 6 | Other income (loss) (attach schedule) | | 6 | |

Income (Loss)

JWA

Form **1120S** (2003)

Form 1120S (2003)    SWABI, INC    A SEASONS PIZZA    02-0501577    Page 4

Note: The corporation is not required to complete S[...] es L and M-1 if question 9 of Schedule B is answered "Y[...]

## Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|
| | (a) | (b) | (c) | (d) |
| 1  Cash | | 6384. | | 8796. |
| 2 a  Trade notes and accounts receivable | | | | |
| b  Less allowance for bad debts | | | | |
| 3  Inventories | | 2350. | | 2350. |
| 4  U.S. Government obligations | | | | |
| 5  Tax-exempt securities | | | | |
| 6  Other current assets (Att. Sch.) | | | | |
| 7  Loans to shareholders | | | | |
| 8  Mortgage and real estate loans | | | | |
| 9  Other investments (Att. Sch.) | | | | |
| 10 a  Buildings and other depreciable assets | 35000. | | 40500. | |
| b  Less accumulated depreciation | 13185. | 21815. | 18255. | 22245. |
| 11 a  Depletable assets | | | | |
| b  Less accumulated depletion | | | | |
| 12  Land (net of any amortization) | | | | |
| 13 a  Intangible assets (amortizable only) | 80465. | | 80411. | |
| b  Less accumulated amortization | 26395. | 54070. | 31728. | 48683. |
| 14  Other assets (Att. Sch.)  SEE STATEMENT 4 | | 1800. | | 1800. |
| 15  Total assets | | 86419. | | 83874. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16  Accounts payable | | | | |
| 17  Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18  Other current liabilities (Att. Sch.) | | | | |
| 19  Loans from shareholders | | | | 56233. |
| 20  Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21  Other liabilities (Att. Sch.) | | | | |
| 22  Capital stock | | | | 5000. |
| 23  Additional paid-in capital | | | | |
| 24  Retained earnings  STMT 5 | | 12338. | | 22641. |
| 25  Adjustments to shareholders' equity (Att. Sch.) | | | | |
| 26  Less cost of treasury stock | | ( ) | | ( ) |
| 27  Total liabilities and shareholders' equity | | 12338. | | 83874. |

## Schedule M-1    Reconciliation of Income (Loss) per Books With Income (Loss) per Return

| | | |
|---|---|---|
| 1  Net income (loss) per books | 10303. | |
| 2  Income included on Schedule K, lines 1 through 6, not recorded on books this year (itemize): | | 5  Income recorded on books this year not included on Schedule K, lines 1 through 6 (itemize): |
| | | a  Tax-exempt interest  $ |
| 3  Expenses recorded on books this year not includedon Schedule K, lines 1 through 11a, 15g, and 16b (itemize): | | 6  Deductions included on Schedule K, lines 1 through 11a, 15g, and 16b, not charged against book income this year (itemize): |
| a  Depreciation  $ | | a  Depreciation  $ |
| b  Travel and entertainment  $ | | |
| | | 7  Add lines 5 and 6 |
| 4  Add lines 1 through 3 | 10303. | 8  Income (loss) (Schedule K, line 23)  Line 4 less line 7 ... 10303. |

## Schedule M-2    Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see page 29 of the instructions)

| | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|
| 1  Balance at beginning of tax year | 12338. | | |
| 2  Ordinary income from page 1, line 21 | 10303. | | |
| 3  Other additions | | | |
| 4  Loss from page 1, line 21 | ( ) | | |
| 5  Other reductions | ( ) | ( ) | |
| 6  Combine lines 1 through 5 | 22641. | | |
| 7  Distributions other than dividend distributions | | | |
| 8  Balance at end of tax year. Subtract line 7 from line 6 | 22641. | | |

311731
12-15-03    JWA

4

Form **1120S** (2003)

Form 1120S (2003)    SWABI, INC    A SEASONS PIZZA    02-0501577    Page 3

## Schedule K    Shareholders' Shares of Income, Credits, Deductions, etc. (continued)

| | (a) Pro rata share items | | (b) Total amount |
|---|---|---|---|
| **Deductions** | 7  Charitable contributions (attach schedule) | 7 | |
| | 8  Section 179 expense deduction (attach Form 4562) | 8 | |
| | 9  Deductions related to portfolio income (loss) (itemize) | 9 | |
| | 10  Other deductions (attach schedule) | 10 | |
| **Investment Interest** | 11a  Interest expense on investment debts | 11a | |
| | b (1) Investment income included on lines 4a, 4b(2), 4c, and 4f on page 2 | 11b(1) | |
| | (2) Investment expenses included on line 9 above | 11b(2) | |
| **Credits** | 12a  Credit for alcohol used as a fuel (attach Form 6478) | 12a | |
| | b  Low-income housing credit: | | |
| | (1) From partnerships to which section 42(j)(5) applies | 12b(1) | |
| | (2) Other than on line 12b(1) | 12b(2) | |
| | c  Qualified rehabilitation expenditures related to rental real estate activities (attach Form 3468) | 12c | |
| | d  Credits (other than credits shown on lines 12b and 12c) related to rental real estate activities | 12d | |
| | e  Credits related to other rental activities | 12e | |
| | 13  Other credits | 13 | |
| **Adjustments and Tax Preference Items** | 14a  Depreciation adjustment on property placed in service after 1986 | 14a | |
| | b  Adjusted gain or loss | 14b | |
| | c  Depletion (other than oil and gas) | 14c | |
| | d (1) Gross income from oil, gas, or geothermal properties | 14d(1) | |
| | (2) Deductions allocable to oil, gas, or geothermal properties | 14d(2) | |
| | e  Other adjustments and tax preference items (attach schedule) | 14e | |
| **Foreign Taxes** | 15a  Name of foreign country or U.S. possession ▶ | | |
| | b  Gross income from all sources | 15b | |
| | c  Gross income sourced at shareholder level | 15c | |
| | d  Foreign gross income sourced at corporate level: | | |
| | (1) Passive | 15d(1) | |
| | (2) Listed categories (attach schedule) | 15d(2) | |
| | (3) General limitation | 15d(3) | |
| | e  Deductions allocated and apportioned at shareholder level: | | |
| | (1) Interest expense | 15e(1) | |
| | (2) Other | 15e(2) | |
| | f  Deductions allocated and apportioned at corporate level to foreign source income: | | |
| | (1) Passive | 15f(1) | |
| | (2) Listed categories (attach schedule) | 15f(2) | |
| | (3) General limitation | 15f(3) | |
| | g  Total foreign taxes (check one): ▶ ☐ Paid  ☐ Accrued | 15g | |
| | h  Reduction in taxes available for credit (attach schedule) | 15h | |
| **Other** | 16  Section 59(e)(2) expenditures: a  Type ▶ | | |
| | b  Amount ▶ | 16b | |
| | 17  Tax-exempt interest income | 17 | |
| | 18  Other tax-exempt income | 18 | |
| | 19  Nondeductible expenses | 19 | |
| | 20  Total property distributions (including cash) other than dividends reported on line 22 below | 20 | |
| | 21  Other items and amounts required to be reported separately to shareholders (attach schedule) | 21 | |
| | 22  Total dividend distributions paid from accumulated earnings and profits | 22 | |
| | 23  Income (loss).  (Required only if Schedule M-1 must be completed.) Combine lines 1 through 6 in column (b). From the result, subtract the sum of lines 7 through 11a, 15g, and 16b | 23 | 10303. |

JWA

Form **1120S** (2003)

311721
12-15-03

3

| Form **4562** | **Depreciation and Amortization**<br>(Including Information on Listed Property)  OTHER | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ See separate instructions.  ▶ Attach to your tax return. | **2003**<br>Attachment<br>Sequence No. **67** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| SWABI, INC<br>DBA SEASONS PIZZA | OTHER DEPRECIATION | 02-0501577 |

**Part I** Election To Expense Certain Tangible Property Under Section 179 **Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 Maximum amount. See instructions for a higher limit for certain businesses | | 1 | 100000. |
| 2 Total cost of section 179 property placed in service (see instructions) | | 2 | |
| 3 Threshold cost of section 179 property before reduction in limitation | | 3 | 400000. |
| 4 Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | | 4 | |
| 5 Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 Listed property. Enter the amount from line 29 | | 7 | |
| 8 Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | 8 | |
| 9 Tentative deduction. Enter the **smaller** of line 5 or line 8 | | 9 | |
| 10 Carryover of disallowed deduction from line 13 of your 2002 Form 4562 | | 10 | |
| 11 Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | | 11 | |
| 12 Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | | 12 | |
| 13 Carryover of disallowed deduction to 2004. Add lines 9 and 10, less line 12 ▶ | 13 | | |

**Note:** Do not use Part II or Part III below for listed property. Instead, use Part V.

**Part II** Special Depreciation Allowance and Other Depreciation (Do not include listed property.)

| | | | |
|---|---|---|---|
| 14 Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | | 14 | 2750. |
| 15 Property subject to section 168(f)(1) election (see instructions) | | 15 | |
| 16 Other depreciation (including ACRS) (see instructions) | | 16 | |

**Part III** MACRS Depreciation (Do not include listed property.) (See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 MACRS deductions for assets placed in service in tax years beginning before 2003 | | 17 | 2182. |
| 18 If you are electing under section 168(i)(4) to group any assets placed in service during the tax<br>year into one or more general asset accounts, check here ▶ ☐ | | | |

**Section B - Assets Placed in Service During 2003 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | 2750. | 5 YRS. | MQ | 200DB | 138. |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

**Section C - Assets Placed in Service During 2003 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | / | | 40 yrs. | MM | S/L | |

**Part IV** Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 Listed property. Enter amount from line 28 | | 21 | |
| 22 **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21.<br>Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | | 22 | 5070. |
| 23 For assets shown above and placed in service during the current year, enter the<br>portion of the basis attributable to section 263A costs | 23 | | |

316251<br>10-21-03    LHA  **For Paperwork Reduction Act Notice, see separate instructions.**

5

Form **4562** (2003)

Form 4562 (2003)  SWABI, INC DB. EASONS PIZZA                                    02-0501577  Page **2**

**Part V** Listed Property (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)
**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

**Section A - Depreciation and Other Information (Caution: See instructions for limits for passenger automobiles.)**

24a Do you have evidence to support the business/investment use claimed? [ ] Yes [ ] No  24b If "Yes," is the evidence written? [ ] Yes [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | | 25 | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 ................. | | | | | 28 | | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 .................................... | | | | | | 29 | | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.
If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**do not** include commuting miles) ........ | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year ... | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven ............................................ | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? ................. | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? ....... | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons.

| | | Yes | No |
|---|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? ...................................................................................................... | | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See instructions for vehicles used by corporate officers, directors, or 1% or more owners ......... | | | |
| 39 Do you treat all use of vehicles by employees as personal use? ................................................ | | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? ..................................................... | | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? ......................... | | | |

**Note:** *If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.*

**Part VI** Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2003 tax year: | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2003 tax year ............................................ | | | | 43 | 5387. |
| 44 **Total**. Add amounts in column (f). See instructions for where to report ............................. | | | | 44 | 5387. |

316252/10-21-03

6

Form **4562** (2003)

**2003 DEPRECIATION AND AMORTIZATION REPORT**
**OTHER DEPRECIATION**

OTHER

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Amount Of Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | EQUIPMENT | 080198 | 150DB | 15.0 | 17 | 35000. | | | 35000. | 13185. | | 2182. |
| 2 | LEASEHOLD IMPORVEMENTS | 080198 | 180M | | 43 | 35000. | | | 35000. | 12734. | | 2333. |
| 3 | GOODWILL | 080198 | 180M | | 43 | 45000. | | | 45000. | 13250. | | 3000. |
| 4 | ORGANIZATION COSTS | 080198 | 60M | | 43 | 465. | | | 465. | 411. | | 54 |
| 5 | EQUIPMENT (TABLES&CHAIRS) | 111603 | 200DB | 5.00 | 19B | 5500. | | 2750. | 2750. | | | 2888. |
| | * TOTAL OTHER DEPRECIATION & AMORT | | | | | 120965. | | 2750. | 118215. | 39580. | 0. | 10457. |

(D) - Asset disposed

* ITC, Section 179, Salvage, HR 3090, Commercial Revitalization Deduction

6.1

325102
05-01-03

| FORM 1120S | OTHER INCOME | STATEMENT    1 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| AMUSEMENT MACHINE INCOME | 1500. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 5 | 1500. |

| FORM 1120S | TAXES AND LICENSES | STATEMENT    2 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| MEALS TAXES | 17352. |
| PAYROLL TAXES | 5469. |
| BET TAX | 651. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 12 | 23472. |

| FORM 1120S | OTHER DEDUCTIONS | STATEMENT    3 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| BANK CHARGES | 11. |
| CREDIT CARD DISCOUNTS | 1375. |
| DUES, FEES, & SUBSC | 150. |
| INSURANCE | 3114. |
| LAUNDRY | 881. |
| LEASED EQUIPMENT | 365. |
| LEGAL & ACCOUNTING | 1200. |
| OFFICE SUPPLIES | 135. |
| RUBBISH REMOVAL | 2556. |
| SUPPLIES | 85. |
| TELEPHONE | 1283. |
| UTILITIES | 10943. |
| AUTO EXPENSE | |
| AMORTIZATION EXPENSE | 5387. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 19 | 27485. |

| SCHEDULE L | OTHER ASSETS | STATEMENT 4 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| SECURITY DEPOSIT | 1800. | 1800. |
| TOTAL TO SCHEDULE L, LINE 14 | 1800. | 1800. |

| SCHEDULE L | ANALYSIS OF TOTAL RETAINED EARNINGS PER BOOKS | STATEMENT 5 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| BALANCE AT BEGINNING OF YEAR - SCHEDULE L, LINE 24, COLUMN (B) | 12338. |
| NET INCOME PER BOOKS - SCHEDULE M-1, LINE 1 | 10303. |
| DISTRIBUTIONS | 0. |
| OTHER INCREASES (DECREASES) | |
| BALANCE AT END OF YEAR - SCHEDULE L, LINE 24, COLUMN (D) | 22641. |

ALTERNATIVE MINIMUM TAX DEPRECIATION REPORT

| Asset No. | Description | Date Acquired | AMT Method | AMT Life | AMT Cost Or Basis | AMT Accumulated | Regular Depreciation | AMT Depreciation | AMT Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| 1 | EQUIPMENT | 08019815 | 0DB | 15.00 | 35000. | 13185. | 2182. | 2182. | 0. |
| 5 | EQUIPMENT(TABLES&CHAIRS) | 11160320 | 0DB | 5.00 | 5500. | 0. | 2888. | 2888. | 0. |
| | TOTALS | | | | 40500. | 13185. | 5070. | 5070. | 0. |

8.1

328104
09-08-03

**SCHEDULE K-1**
**(Form 1120S)**
Department of the Treasury
Internal Revenue Service

**Shareholder's Share of Income, Credits, Deductions, etc.**
► See separate instructions.
For calendar year 2003 or tax year
beginning _____ and ending _____

OMB No. 1545-0130

**2003**

| | |
|---|---|
| Shareholder's identifying number ► 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 | Corporation's identifying number ► 02-0501577 |
| Shareholder's name, address, and ZIP code | Corporation's name, address, and ZIP code |
| VAZEER. PIRZADA<br>38 CLARENDON STREET<br>WATERTOWN MA 02172 | SWABI, INC<br>DBA SEASONS PIZZA<br>15 CRYSTAL AVENUE<br>DERRY, NH 03038 |

A  Shareholder's percentage of stock ownership for tax year (see instructions for Schedule K-1) ............................ ► **50.000000%**

B  Internal Revenue Service Center where corporation filed its return ► CINCINNATI, OH

C  Tax shelter registration number (see instructions for Schedule K-1) ► 

D  Check applicable boxes:  (1) ☐ Final K-1    (2) ☐ Amended K-1

| | (a) Pro rata share items | | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary income (loss) from trade or business activities | 1 | 5152. | See page 4 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 2 | Net income (loss) from rental real estate activities | 2 | | |
| | 3 | Net income (loss) from other rental activities | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest income | 4a | | Form 1040, line 8a |
| | b (1) | Qualified dividends | 4b(1) | | Form 1040, line 9b |
| | (2) | Total ordinary dividends | 4b(2) | | Form 1040, line 9a |
| | c | Royalty income | 4c | | Sch. E, Part I, line 4 |
| | d (1) | Net short-term capital gain (loss) (post-May 5, 2003) | 4d(1) | | Sch. D, line 5, col. (g) |
| | (2) | Net-short capital gain (loss) (entire year) | 4d(2) | | Sch. D, line 5, col. (f) |
| | e (1) | Net long-term capital gain (loss) (post-May 5, 2003) | 4e(1) | | Sch. D, line 12, col. (g) |
| | (2) | Net long-term capital gain (loss) (entire year) | 4e(2) | | Sch. D, line 12, col. (f) |
| | f | Other portfolio income (loss) (attach schedule) | 4f | | (Enter on applicable line of your return.) |
| | 5 a | Net section 1231 gain (loss) (post-May 5, 2003) | 5a | | } See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | b | Net section 1231 gain (loss) (entire year) | 5b | | |
| | 6 | Other income (loss) (attach schedule) | 6 | | (Enter on applicable line of your return.) |
| **Deductions** | 7 | Charitable contributions (attach schedule) | 7 | | Sch. A, line 15 or 16 |
| | 8 | Section 179 expense deduction | 8 | | See page 5 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 9 | Deductions related to portfolio income (loss) (attach schedule) | 9 | | |
| | 10 | Other deductions (attach schedule) | 10 | | |
| **Investment Interest** | 11 a | Interest expense on investment debts | 11a | | Form 4952, line 1 |
| | b (1) | Investment income included on lines 4a, 4b(2), 4c, and 4f above | 11b(1) | | } See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | (2) | Investment expenses included on line 9 above | 11b(2) | | |
| **Credits** | 12 a | Credit for alcohol used as fuel | 12a | | Form 6478, line 10 |
| | b | Low-income housing credit: | | | |
| | (1) | From section 42(j)(5) partnerships | 12b(1) | | } Form 8586, line 5 |
| | (2) | Other than on line 12b(1) | 12b(2) | | |
| | c | Qualified rehabilitation expenditures related to rental real estate activities | 12c | | |
| | d | Credits (other than credits shown on lines 12b and 12c) related to rental real estate activities | 12d | | See pages 6 and 7 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | e | Credits related to other rental activities | 12e | | |
| | 13 | Other credits | 13 | | |

JWA  For Paperwork Reduction Act Notice, see the Instructions for Form 1120S.

Schedule K-1 (Form 1120S) 2003

311741
01-07-04

SHAREHOLDER NUMBER 1

Schedule K-1 (Form 1120S) 2003  SWABI,      DBA SEASONS PIZZA                                02-0501577  Page 2

| | (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Adjustments and Tax Preference Items** | 14 a  Depreciation adjustment on property placed in service after 1986 | 14a | | See page 6 of the Shareholder's Instructions for Schedule K-1 (Form 1120S) and Instructions for Form 6251 |
| | b  Adjusted gain or loss | 14b | | |
| | c  Depletion (other than oil and gas) | 14c | | |
| | d  (1) Gross income from oil, gas, or geothermal properties | 14d(1) | | |
| | (2) Deductions allocable to oil, gas, or geothermal properties | 14d(2) | | |
| | e  Other adjustments and tax preference items (attach schedule) | 14e | | |
| **Foreign Taxes** | 15 a  Name of foreign country or U.S. possession ▶ _____ | | | |
| | b  Gross income from all sources | 15b | | |
| | c  Gross income sourced at shareholder level | 15c | | |
| | d  Foreign gross income sourced at corporate level | | | |
| | (1) Passive | 15d(1) | | |
| | (2) Listed categories (attach schedule) | 15d(2) | | |
| | (3) General limitation | 15d(3) | | |
| | e  Deductions allocated and apportioned at shareholder level: | | | Form 1116, Part I |
| | (1) Interest expense | 15e(1) | | |
| | (2) Other | 15e(2) | | |
| | f  Deductions allocated and apportioned at corporate level to foreign source income: | | | |
| | (1) Passive | 15f(1) | | |
| | (2) Listed categories (attach schedule) | 15f(2) | | |
| | (3) General limitation | 15f(3) | | |
| | g  Total foreign taxes (check one): ▶ ☐ Paid  ☐ Accrued | 15g | | Form 1116, Part II |
| | h  Reduction in taxes available for credit (attach schedule) | 15h | | See Instructions for Form 1116 |
| **Other** | 16  Section 59(e)(2) expenditures: a Type ▶ _____ | | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | b  Amount | 16b | | |
| | 17  Tax-exempt interest income | 17 | | Form 1040, line 8b |
| | 18  Other tax-exempt income | 18 | | |
| | 19  Nondeductible expenses | 19 | | See page 7 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 20  Property distributions (including cash) other than dividend distributions reported to you on Form 1099-DIV | 20 | | |
| | 21  Amount of loan repayments for "Loans From Shareholders" | 21 | | |
| | 22  Recapture of low-income housing credit: | | | |
| | a  From section 42(j)(5) partnerships | 22a | | Form 8611, line 8 |
| | b  Other than on line 22a | 22b | | |

| **Supplemental Information** | 23  Supplemental information required to be reported separately to each shareholder (attach additional schedules if more space is needed): |
|---|---|

| SCHEDULE K-1 (Form 1120S) Department of the Treasury Internal Revenue Service | Shareholder's Share of Income, Credits, Deductions, etc. ▶ See separate instructions. For calendar year 2003 or tax year beginning _____ and ending _____ | OMB No. 1545-0130  **2003** |
|---|---|---|

| Shareholder's identifying number ▶  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 | Corporation's identifying number ▶  02-0501577 |
|---|---|

| Shareholder's name, address, and ZIP code | Corporation's name, address, and ZIP code |
|---|---|
| HATEM. KOFAHI 18 FAIRWAY 28 DERRY NH 03038 | SWABI, INC DBA SEASONS PIZZA 15 CRYSTAL AVENUE DERRY, NH  03038 |

A Shareholder's percentage of stock ownership for tax year (see instructions for Schedule K-1) ............................▶  **50.000000%**

B Internal Revenue Service Center where corporation filed its return ▶  CINCINNATI, OH

C Tax shelter registration number (see instructions for Schedule K-1) ..................................................▶

D Check applicable boxes:  (1) ☐ Final K-1    (2) ☐ Amended K-1

| | | (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary income (loss) from trade or business activities | 1 | 5151. | |
| | 2 | Net income (loss) from rental real estate activities | 2 | | See page 4 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 3 | Net income (loss) from other rental activities | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest income | 4a | | Form 1040, line 8a |
| | b (1) | Qualified dividends | 4b(1) | | Form 1040, line 9b |
| | (2) | Total ordinary dividends | 4b(2) | | Form 1040, line 9a |
| | c | Royalty income | 4c | | Sch. E, Part I, line 4 |
| | d (1) | Net short-term capital gain (loss) (post-May 5, 2003) | 4d(1) | | Sch. D, line 5, col. (g) |
| | (2) | Net short-term capital gain (loss) (entire year) | 4d(2) | | Sch. D, line 5, col. (f) |
| | e (1) | Net long-term capital gain (loss) (post-May 5, 2003) | 4e(1) | | Sch. D, line 12, col. (g) |
| | (2) | Net long-term capital gain (loss) (entire year) | 4e(2) | | Sch. D, line 12, col. (f) |
| | f | Other portfolio income (loss) (attach schedule) | 4f | | (Enter on applicable line of your return.) |
| | 5 a | Net section 1231 gain (loss) (post-May 5, 2003) | 5a | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | b | Net section 1231 gain (loss) (entire year) | 5b | | |
| | 6 | Other income (loss) (attach schedule) | 6 | | (Enter on applicable line of your return.) |
| **Deductions** | 7 | Charitable contributions (attach schedule) | 7 | | Sch. A, line 15 or 16 |
| | 8 | Section 179 expense deduction | 8 | | See page 5 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 9 | Deductions related to portfolio income (loss) (attach schedule) | 9 | | |
| | 10 | Other deductions (attach schedule) | 10 | | |
| **Investment Interest** | 11 a | Interest expense on investment debts | 11a | | Form 4952, line 1 |
| | b (1) | Investment income included on lines 4a, 4b(2), 4c, and 4f above | 11b(1) | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | (2) | Investment expenses included on line 9 above | 11b(2) | | |
| **Credits** | 12 a | Credit for alcohol used as fuel | 12a | | Form 6478, line 10 |
| | b | Low-income housing credit: | | | |
| | (1) | From section 42(j)(5) partnerships | 12b(1) | | Form 8586, line 5 |
| | (2) | Other than on line 12b(1) | 12b(2) | | |
| | c | Qualified rehabilitation expenditures related to rental real estate activities | 12c | | See pages 6 and 7 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | d | Credits (other than credits shown on lines 12b and 12c) related to rental real estate activities | 12d | | |
| | e | Credits related to other rental activities | 12e | | |
| | 13 | Other credits | 13 | | |

JWA  **For Paperwork Reduction Act Notice, see the Instructions for Form 1120S.**          Schedule K-1 (Form 1120S) 2003

311741 01-07-04

SHAREHOLDER NUMBER 2

Schedule K-1 (Form 1120S) 2003   SWABI,        DBA SEASONS PIZZA          02-0501577   Page 2

| | (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Adjustments and Tax Preference Items** | 14 a Depreciation adjustment on property placed in service after 1986 | 14a | | See page 6 of the Shareholder's Instructions for Schedule K-1 (Form 1120S) and Instructions for Form 6251 |
| | b Adjusted gain or loss | 14b | | |
| | c Depletion (other than oil and gas) | 14c | | |
| | d (1) Gross income from oil, gas, or geothermal properties | 14d(1) | | |
| | (2) Deductions allocable to oil, gas, or geothermal properties | 14d(2) | | |
| | e Other adjustments and tax preference items (attach schedule) | 14e | | |
| **Foreign Taxes** | 15 a Name of foreign country or U.S. possession ▶ | | | |
| | b Gross income from all sources | 15b | | |
| | c Gross income sourced at shareholder level | 15c | | |
| | d Foreign gross income sourced at corporate level: | | | |
| | (1) Passive | 15d(1) | | |
| | (2) Listed categories (attach schedule) | 15d(2) | | |
| | (3) General limitation | 15d(3) | | |
| | e Deductions allocated and apportioned at shareholder level: | | | Form 1116, Part I |
| | (1) Interest expense | 15e(1) | | |
| | (2) Other | 15e(2) | | |
| | f Deductions allocated and apportioned at corporate level to foreign source income: | | | |
| | (1) Passive | 15f(1) | | |
| | (2) Listed categories (attach schedule) | 15f(2) | | |
| | (3) General limitation | 15f(3) | | |
| | g Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 15g | | Form 1116, Part II |
| | h Reduction in taxes available for credit (attach schedule) | 15h | | See instructions for Form 1116 |
| **Other** | 16 Section 59(e)(2) expenditures: a Type ▶ | | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | b Amount | 16b | | |
| | 17 Tax-exempt interest income | 17 | | Form 1040, line 8b |
| | 18 Other tax-exempt income | 18 | | |
| | 19 Nondeductible expenses | 19 | | See page 7 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 20 Property distributions (including cash) other than dividend distributions reported to you on Form 1099-DIV | 20 | | |
| | 21 Amount of loan repayments for "Loans From Shareholders" | 21 | | |
| | 22 Recapture of low-income housing credit: | | | |
| | a From section 42(j)(5) partnerships | 22a | | Form 8611, line 8 |
| | b Other than on line 22a | 22b | | |

23 Supplemental information required to be reported separately to each shareholder (attach additional schedules if more space is needed):

**Supplemental Information**

JWA
311742
01-07-04

Schedule K-1 (Form 1120S) 2003

SHAREHOLDER NUMBER 2

FORM
| **BT-SUMMARY** |

NEW HAMPSHIRE DEPARTMENT OF REVENUE ADMINISTRATION

**BUSINESS TAX SUMMARY**

For the CALENDAR year **2003** or other taxable period beginning _____ Mo Day Year and ending _____ Mo Day Year

FOR DRA USE ONLY

| SEQUENCE #1 |

| STEP 1 Please Print or Type | PROPRIETORSHIP - LAST NAME | FIRST NAME & INITIAL | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| | PROPRIETORSHIP - SPOUSE'S LAST NAME | FIRST NAME & INITIAL | SPOUSE'S SOCIAL SECURITY NUMBER |

CORPORATE, PARTNERSHIP, FIDUCIARY OR NON-PROFIT NAME
SWABI, INC

FEDERAL EMPLOYER IDENTIFICATION NUMBER
02-0501577

NUMBER & STREET ADDRESS
15 CRYSTAL AVENUE

DEPARTMENT IDENTIFICATION NUMBER

ADDRESS (continued)

PRINCIPAL BUSINESS ACTIVITY CODE (Federal)
722210

CITY/ TOWN, STATE & ZIP CODE
DERRY, NH          03038

| STEP 2 Return Type and Federal Information | ARE YOU REQUIRED TO FILE A BET RETURN:  YES  X   NO ___ | if you checked yes, please make sure the complete return is attached to the BT-Summary. |
|---|---|---|
| | ARE YOU REQUIRED TO FILE A BPT RETURN:  YES  X   NO ___ | |

| [X] (2) CORPORATION  -OR- | [ ] (3) PARTNERSHIP | [ ] (1) PROPRIETORSHIP | [ ] AMENDED RETURN |
| [ ] (2) COMBINED GROUP | [ ] (5) NON-PROFIT | [ ] (4) FIDUCIARY | [ ] FINAL RETURN |

[ ] Check here if the IRS has made any agreed or partially agreed to adjustments for any federal income tax return which has not been previously reported to New Hampshire. Enter years covered by IRS _____   Do not use this form to report an IRS adjustment. See Step 2 instructions.

| STEP 3 | PLEASE COMPLETE THE BET AND/OR BPT RETURN(S) AND THEN THE BUSINESS TAX SUMMARY |
|---|---|

| STEP 4 Figure Your Balance Due or Over-payment | | | | | |
|---|---|---|---|---|---|
| 1(a) Business Enterprise Tax Net of Statutory Credit | | 1(a) | 469 | | |
| (b) Business Profits Tax Net of Statutory Credits | | 1(b) | 629 | 1 | 1098 |
| 2   PAYMENTS: | | | | | |
| (a) Tax paid with application for extension | | 2(a) | | | |
| (b) Total of this year's estimated tax payments | | 2(b) | | | |
| (c) Credit carryover from prior year | | 2(c) | | | |
| (d) Paid with original return (Amended returns only) | | 2(d) | | 2 | |
| 3   TAX DUE: (Line 1 minus Line 2) | | | | 3 | 1098 |
| 4   ADDITIONS TO TAX: | | | | | |
| (a) Interest (See instructions) | 4(a) | | | | |
| (b) Failure to Pay (See instructions) | 4(b) | | | | |
| (c) Failure to File (See instructions) | 4(c) | | | | |
| (d) Underpayment of Estimated Tax (See instructions) | 4(d) | | 48 | 4 | 48 |
| 5(a) Subtotal of Amount Due (Line 3 plus Line 4) | | 5(a) | 1146 | | |
| 5(b) Return Payment Made Electronically | | 5(b) | | | |
| 5   BALANCE DUE: Line 5(a) minus 5(b). Make your payment on line at www.state.nh.us/revenue or make check payable to: STATE OF NEW HAMPSHIRE. **Enclose, but do not staple or tape, your payment with this return.** | | | | 5 | 1146 |
| 6   OVERPAYMENT: [Line 1 plus Line 4 minus Lines 2 and 5(b)] | | | | 6 | |
| 7   Apply overpayment amount of Line 6 to: (a) Credit - Next Year's tax liability | | | | 7(a) | |
| | (b)Refund - Allow 12 weeks for processing | | | 7(b) | |

**THIS RETURN MUST BE ACCOMPANIED BY COMPLETE AND LEGIBLE COPIES OF THE APPROPRIATE FEDERAL FORMS AND SCHEDULES.**

| STEP 5 Signature(s) | Under penalties of perjury, I declare that I have examined this summary and the attached returns, and to the best of my belief they are true, correct and complete. If prepared by a person other than the taxpayer, this declaration is based on all information of which the preparer has knowledge. If a combined group, I also certify that all affiliated companies are included in the appropriate group described in this return. |
|---|---|

02/10/2004

| FOR DRA USE ONLY | SIGNATURE (IN INK) | DATE | SIGNATURE (IN INK) OF PAID PREPARER OTHER THAN TAXPAYER | DATE |
|---|---|---|---|---|
| | | | 02-0343936 | |
| | TITLE | | PREPARER'S TAX IDENTIFICATION NUMBER | |
| | | | 28 BIRCH STREET | |
| | SPOUSE'S SIGNATURE (IN INK) (PROPRIETORSHIP ONLY)   DATE | | PREPARER'S ADDRESS | |
| | | | DERRY, NH          03038 | |
| | | | CITY/TOWN, STATE & ZIP CODE | |

MAIL TO:   NH DEPT OF REVENUE ADMINISTRATION
DOCUMENT PROCESSING DIVISION
PO BOX 637
CONCORD NH 03302-0637

BT-SUMMARY
Rev. 10/03

365121 10-28-03  PFX

FORM
BET

N... AMPSHIRE DEPARTMENT OF REVENUE ADMINISTRATION
**BUSINESS ENTERPRISE TAX RETURN FOR CORPORATIONS,
PARTNERSHIPS, FIDUCIARIES AND NON-PROFIT ORGANIZATIONS**

SEQUENCE # 2

YOU ARE REQUIRED TO FILE THIS RETURN IF THE GROSS RECEIPTS WERE GREATER THAN $150,000 OR
THE ENTERPRISE VALUE TAX BASE WAS GREATER THAN $75,000.

**LINE-BY-LINE INSTRUCTIONS**

| | |
|---|---|
| STEP 1<br>Name<br>and FEIN | At the top of the return enter the beginning and ending dates of the taxable period if different than the calendar year.<br>Please PRINT the Corporate, Partnership, Fiduciary or Non-Profit name and federal employer identification number in the spaces provided. |
| BET-80<br>Apportion-<br>ment | Business Enterprise Tax Base Apportionment:<br>Form BET-80, BUSINESS ENTERPRISE TAX APPORTIONMENT, must be completed in order to determine the values for Lines 1, 2 and 3 of the Form BET. Use Form BET-80 if your business activity is both inside and outside NH. |
| STEP 2<br>Compute<br>the<br>Enterprise<br>Value Tax<br>Base | If business activity was both inside and outside NH.<br>Line 1  Enter the total amount from the BET-80, Line 17.<br>Line 2  Enter the total amount from the BET-80, Line 24.<br>Line 3  Enter the total amount from the BET-80, Line 29.<br>Line 4  Enter the sum of Lines 1, 2 and 3. | If business activity was 100% inside NH<br>Line 1  Enter the total dividends paid.<br>Line 2  Enter the total compensation on wages paid or accrued.<br>Line 3  Enter the total interest paid or accrued.<br>Line 4  Enter the sum of Lines 1, 2 and 3.<br>See BET instructions and quick checklist. |
| STEP 3<br>Figure<br>Your Tax | Line 5   Multiply Line 4 by .0075.<br>Line 6   STATUTORY CREDITS<br>  (a) Enter the amount of any CDFA (Investment Tax Credit) claimed pursuant to RSA 162-L:10. The amount of the credit shall not exceed the lesser of the total Business Enterprise Tax liability or $200,000 for tax periods ending prior to July 1, 1999 or $1,000,000 for tax periods ending after June 30, 1999. If you also claim this credit on your BPT or other tax form(s) the combined total shall not exceed $200,000 for tax periods ending prior to July 1, 1999 or $1,000,000 for tax years ending after June 30, 1999.<br>  (b) Enter the Community Reinvestment and Opportunity (CROP) Credit as authorized by your agreement with the Department of Resources and Economic Development (DRED) under RSA 162-N.<br>Line 7   Enter the total amount of Line 5 minus Line 6. IF NEGATIVE, ENTER ZERO. **Enter the amount from Line 7 on Line 1(a) of the BT-Summary.** |

For the CALENDAR year **2003** or other taxable period beginning _____ and ending _____
Mo  Day  Year                   Mo  Day  Year

| | |
|---|---|
| STEP 1<br>Please<br>Print or<br>Type Name | CORPORATE, PARTNERSHIP, FIDUCIARY, OR NON-PROFIT NAME<br><br>SWABI, INC<br>DBA SEASONS PIZZA |

FEDERAL EMPLOYER IDENTIFICATION NUMBER
02-0501577
DEPARTMENT IDENTIFICATION NUMBER

If your business activities are conducted both inside and outside New Hampshire AND the business enterprise is subject to a tax in another state, whether or not it is actually imposed by the other state, then the business enterprise must apportion its enterprise value tax base. Complete Form BET-80 to determine the values for Lines 1, 2 and 3. If you need Form BET-80 and it is not included in your booklet, it may be obtained from our web site at www.state.nh.us/revenue or by calling (603) 271-2192.

| STEP 2<br>Compute<br>the<br>Taxable<br>Enterprise<br>Value Tax<br>Base | | | |
|---|---|---|---|
| | 1  Dividends Paid | 1 | 0 |
| | 2  Compensation and Wages Paid or Accrued | 2 | 62086 |
| | 3  Interest Paid or Accrued | 3 | 438 |
| | 4  Taxable Enterprise Value Tax Base<br>(Sum of Lines 1, 2 and 3) | 4 | 62524 |
| STEP 3<br>Figure<br>Your Tax | 5  NH Business Enterprise Tax<br>(Line 4 multiplied by .0075) | 5 | 469 |
| | 6  STATUTORY CREDITS<br>(a) RSA 162-L:10. CDFA-Investment Tax Credit | 6(a) | |
| | (b) RSA 162-N, CROP Credit | 6(b) | 6 |
| | 7  Business Enterprise Tax Net of Statutory Credits<br>(Line 5 minus Line 6.) (IF NEGATIVE, ENTER.<br>ZERO) ENTER THIS AMOUNT ON LINE 1(a)<br>OF THE BT-SUMMARY. | | 7  469 |

365311
10-28-03  **CCH**

IF YOU HAVE COMPLETED THIS RETURN IT MUST BE FILED WITH THE BT-SUMMARY.

BET
Rev. 10/03

| FORM | | NE   MPSHIRE DEPARTMENT OF REVENUE ADMINISTRATIO | | | SEQUENCE # 4 |
|---|---|---|---|---|---|
| NH-1120 | | CORF RATION BUSINESS PROFITS TAX RETU N | | | |

For the CALENDAR year **2003** or other taxable period beginning _____ and ending _____
Mo    Day    Year                         Mo    Day    Year

Due Date for CALENDAR year filers is on or before March 15, 2004 or the 15th day of the 3rd month after the close of the taxable period.
**YOU ARE REQUIRED TO FILE THIS FORM IF GROSS BUSINESS INCOME WAS GREATER THAN $50,000.**

| STEP 1 | Name of Corporation | FEDERAL EMPLOYER IDENTIFICATION NUMBER OR DEPARTMENT IDENTIFICATION NUMBER |
|---|---|---|
| Please Print or Type | SWABI, INC DBA SEASONS PIZZA | 02-0501577 |

**STEP 2 Questions**

A  Is the corporation filing its tax return on an IRS approved 52/53 week tax year? .......................... Yes _____  No  X

B  Does the corporation file with the IRS as part of a federal consolidated return? .......................... Yes _____  No  X

C  Is this corporation affiliated with any other business organization that files business tax returns with this
   department? Please identify by name and FEIN: _____ Yes _____  No  X

D  Does the corporation file as part of a unitary group in any other jurisdiction? .......................... Yes _____  No  X

E  Is this a "combined" business profits tax return? .......................... Yes _____  No  X

If the answer to "E" is yes, do not complete this return. You must file a NH-1120-WE return. You may download the Business tax forms for
Combined Groups from our web site at www.state.nh.us/revenue or call (603) 271-2192 to request the business tax booklet for Combined Groups.

**STEP 3 Figure Your Taxes**

1  **Gross Business Profits**                                                                Bonus Depreciation

   (a)  Taxable income (loss) before net operating loss deduction and special
     deductions (Attach copy of federal return) .......................... 1(a) | 12916 |          | X |

   (b)  Separate entity or passive loss limitation adjustments .......................... 1(b)

   (c)  NH Gross Business Profits (Combine Line 1(a) and Line 1(b))
     (If negative, show in parenthesis. See worksheet for Net Operating Loss, NOL, provisions) .......................... 1(c) | 12916 |

2  **Additions and Deductions**

   (a)  Add back income taxes or franchise taxes measured by income
     (Attach schedule of taxes by state) .......................... 2(a)

   (b)  NH Net Operating Loss Deduction (Attach Form DP-132) .......................... 2(b) (                )

   (c)  Interest on direct US Obligations .......................... 2(c) (                )

   (d)  Wage adjustment required by IRC Section 280C .......................... 2(d) (                )

   (e)  Deductible dividends .......................... 2(e) (                )

   (f)  Income exempt under federal constitutional law, net of related expenses 2(f) (                )

   (g)  Distribution from joint venture or partnership subject to NH taxation
     (Attach schedule: Name, FEIN, and amount distributed) .......................... 2(g)

   (h)  Foreign dividend gross-up (I.R.C. Section 78) .......................... 2(h) (                )

   (i)  Research contribution (See RSA 77-A:4 XII. Attach computation) ........ 2(i) (                )

   (j)  Contributions made to a Qualified Investment Capital Company
     (Attach a schedule detailing name, FEIN and amount) .......................... 2(j) (                )

   (k)  Add back return of capital from Qualified Investment Capital Company
     (Attach a schedule detailing name, FEIN and amount) .......................... 2(k)

   (l)  Combine Lines 2(a) through 2(k). If negative, show in parenthesis .......................... 2(l)

3  **Adjusted Gross Business Profits** (Line 1(c) adjusted by Line 2(l). If negative, show in parenthesis) .......... 3 | 12916 |

4  **New Hampshire Apportionment** (Attach Form DP-80) .......................... 4 | 1.000000 |

5  **New Hampshire Taxable Business Profits** (Line 3 x Line 4. If negative, enter zero.) .......... 5 | 12916 |

6  **New Hampshire Business Profits Tax** (Line 5 x 8.5%) .......................... 6 | 1098 |

**STEP 4 Figure Your Credits**

7  Credits allowed under RSA 77-A:5 (Attach Form DP-160) .......................... 7

8  Subtotal (Line 6 minus Line 7) .......................... 8 | 1098 |

9  Business Enterprise Tax Credit .......................... 9 | 469 |

10  Business Enterprise Tax Credit to be applied against Business Profits Tax
    (Enter the lesser of Line 8 or Line 9) .......................... 10 | 469 |

11  NH Business Profits Tax Net of Statutory Credits (Line 8 less Line 10. IF NEGATIVE, ENTER ZERO.) .......... 11 | 629 |
    Enter the amount from Line 11 on Line 1(b) of the BT-Summary.

365401
10-28-03   **CCH**   If you have completed this return it must be filed with the BT-Summary and all applicable Federal forms.

NH-1120
Rev. 10/03

3

| FORM | NEW HAMPSHI   PARTMENT OF REVENUE ADMINISTRATION | | SEQUENCE #6 |
|---|---|---|---|
| DP-2210/2220 | **EXCEPTIONS AND PENALTY** **FOR THE UNDERPAYMENT OF ESTIMATED TAX** | CHECK ONE | |

CHECK ONE
[X] BUSINESS TAX RETURNS
[ ] INTEREST & DIVIDENDS TAX RETURN
[ ] OTHER

For the CALENDAR year 2003 or other taxable period beginning _____ Mo Day Year and ending _____ Mo Day Year

| NAME | FEDERAL EMPLOYER IDENTIFICATION NUMBER OR SOCIAL SECURITY NUMBER OR DEPARTMENT IDENTIFICATION NUMBER |
|---|---|
| SWABI, INC DBA SEASONS PIZZA | 02-0501577 |

## PART I - FIGURE YOUR UNDERPAYMENT

1 Current year tax — $ 1098.
2 90% of Line 1 (Line 1 x .90) — $ 988.

| | | A | B | C | D |
|---|---|---|---|---|---|
| 3(a) | Enter in columns A through D the installment dates that correspond to the 15th of the 4th, 6th, 9th, and 12th months of your tax period or specify statutory due dates. (I&D filers see instructions) | 04/15/2003 | 06/16/2003 | 09/15/2003 | 12/15/2003 |
| 3(b) | Applicable percentages | 25% | 25% | 25% | 25% |
| 3(c) | Enter Line 2 multiplied by Line 3(b) for columns A through D | 247. | 247. | 247. | 247. |
| 4 | Amount paid timely or credited for each period | | | | |
| 5 | Overpayment of previous installment | | | | |
| 6 | Total (add Line 4 plus Line 5) | | | | |
| 7 | Overpayment [Line 6 minus Line 3(c)]. Enter in Line 5 next column | | | | |
| 8 | Underpayment (Line 3(c) minus Line 6) | 247. | 247. | 247. | 247. |

## PART II - EXCEPTIONS TO PENALTY - SEE INSTRUCTIONS

| | | A | B | C | D |
|---|---|---|---|---|---|
| 9 | Cumulative amount paid or credited from the beginning of the tax year through the installment dates that correspond to the 15th day of the 4th, 6th, 9th, and 12th months of your tax period from Line 4. (I&D calendar year filers see instructions) | | | | |
| 10 | Applicable percentages | 25% | 50% | 75% | 100% |
| 11 | Exception, pursuant to RSA 21-J:32,IV(a), prior period's tax (prior year must be 12 full months) | 157. | 313. | 470. | 626. |
| 12 | Applicable percentages | 25% | 50% | 75% | 100% |
| 13 | Exception, pursuant to RSA 21-J:32,IV(b), prior period's tax base and facts using current year's tax rate | 156. | 313. | 469. | 626. |
| 14 | Applicable percentages | 22.5% | 45% | 67.5% | 90% |
| 15 | Exception, pursuant to RSA 21-J:32,IV(c), tax on annualized income (Attach Schedule) | | | | |

## PART III - COMPUTE THE PENALTY

| | | A | B | C | D |
|---|---|---|---|---|---|
| 16 | Amount of underpayment from Part I, Line 8 | | | | |
| 17 | Enter the date of payment or statutory due date of tax, whichever is earlier | | | | |
| 18 | Enter the number of days from installment date [Line 3(a)] to date shown on Line 17 | | | | |
| 19 | Interest due after 12/31/03 Number of days x 7% x Underpayment at 7%: (see instructions) 366 amount (Line 16) | | | | |
| 20 | Interest due through 12/31/03 Number of days x 8% x Underpayment at 8%: (see instructions) 365 amount (Line 16) Note: For interest rate in other years see instructions | | | | |
| 21 | Penalty for Underpayment of Estimated Tax (Line 19 plus Line 20) | | | | |

22 Total Penalty for Underpayment of Estimated Tax (Total of columns A through D, Line 21)   **SEE STATEMENT 1** ......... 48.

DP-2210/2220
Rev. 10/03

PFX
305141 10-28-03

| FORM | NEW HAMPSHIRE DEPARTMENT OF REVENUE ADMINISTRATION | |
|---|---|---|
| DP - 120 | **BUSINESS PROFITS TAX - SMALL BUSINESS CORPORATIONS** | |
| Schedule S | **COMPUTATION OF "S" CORPORATION GROSS BUSINESS PROFITS** | SEQUENCE # 9 |

| INTENT | It is the primary intent of the Department to equate the federally distinguished subchapter "S" corporations with regular corporations. No part of this form shall be construed as to allow a greater deduction from income or inclusion to income than would be allowable for regular C corporations. (Rev 302.01). |
|---|---|
| NEED HELP | Please see Rev 302.01 or contact the Audit Division at (603) 271-3400. Individuals with hearing or speech impairments may call TDD Access: Relay NH 1-800-735-2964. |
| WHO MUST FILE | Corporations which qualify and file as Subchapter "S" corporations for federal income tax purposes pursuant to the Internal Revenue Code, as amended, are treated the same as corporations which file as regular "C" corporations for federal income tax purposes. All business organizations organized as Subchapter "S" corporations for federal income tax purposes must file NH Form DP-120. |
| WHEN TO FILE | Form DP-120 must be filed with Form NH-1120. |
| REFERENCES TO FEDERAL FORMS | All references to federal tax forms and form lines are based on draft forms available at the time the state forms were printed. If the federal line number and description do not match, follow the line description or contact the Department at (603) 271-3400. |

For the CALENDAR year **2003** or other taxable period beginning _____ Mo Day Year and ending _____ Mo Day year

| NAME | FEDERAL EMPLOYER IDENTIFICATION NUMBER |
|---|---|
| SWABI, INC DBA SEASONS PIZZA | 02-0501577 |

WERE ANY DISTRIBUTIONS MADE TO NEW HAMPSHIRE SHAREHOLDERS? Yes _____ No **X**

If yes, then you are required to file form DP-9 under separate cover by May 1, 2004 to report actual distributions to New Hampshire shareholders.

1    Income and Deductions from Federal Form 1120S. SHOW ALL LOSSES IN PARENTHESIS, e.g. ($50)

(a) Ordinary income (loss) from trade or business activities
(Federal Form 1120S, Page 1, Line 21) .................................................. 1(a) `10303`

(b) Net income (loss) from rental real estate activities
(Federal Form 1120S, Schedule K, Line 2) ................................... 1(b)

(c) Net income (loss) from other rental activities
(Federal Form 1120S, Schedule K, Line 3) ................................... 1(c)

(d) Portfolio income (loss) such as but not limited to
interest, dividend or royalty income
(Federal Form 1120S, Schedule K, Lines 4a, b, c & f) ................. 1(d)

(e) Capital gain on the sale of assets
(Federal Form 1120S, Schedule K, Lines 4d & 4e(1)) ................. 1(e)

(f) Net gain (loss) under section 1231
(Federal Form 1120S, Schedule K, Line 5) ................................... 1(f)

(g) Other income (loss) from "S" corporation activities
(Federal Form 1120S, Schedule K, Line 6) ................................... 1(g)

(h) Other "S" Corporation expenses (Federal Form 1120S,
Schedule K, Lines 7, 8, 9 & 10) .
(Refer to Rev 302.01 for limitations) ........................................... 1(h) ( )

(i) Total "S" corporation income and deductions
(Combine Lines 1(a) through 1(h)) .......................................................... 1(i) `10303`

2    Other deductions not included in "S" Corporation return allowable to "C" Corporations under the
Internal Revenue Code. (Attach supporting schedule) ........................................... 2 ( )

3    "S" Corporation Gross Business Profits (Loss.)
(Combine Line 1(i) and Line 2. Enter here and on Form NH-1120, page 1, Line 1(a)) ......... 3 `10303`

365461
10-28-03    **CCH**

DP-120
Schedule S
Rev. 10/03

FORM DP-2210/2220    COMPUTATION OF UNDERPAYMENT PENALTY          STATEMENT    1

| Q T R | EVENT AMOUNT | TYPE | REMAINING UNDERPAYMENT | PERIOD OF UNDERPAYMENT | | DAYS | INTEREST RATE | AMOUNT OF PENALTY |
|---|---|---|---|---|---|---|---|---|
| A | 247. | Q | 247. | 04/15/2003 | 12/31/2003 | 260 | 8.0000 | 14. |
|   |      | R | 247. | 12/31/2003 | 03/15/2004 | 75  | 7.0000 | 4.  |
| B | 247. | Q | 247. | 06/16/2003 | 12/31/2003 | 198 | 8.0000 | 11. |
|   |      | R | 247. | 12/31/2003 | 03/15/2004 | 75  | 7.0000 | 4.  |
| C | 247. | Q | 247. | 09/15/2003 | 12/31/2003 | 107 | 8.0000 | 6.  |
|   |      | R | 247. | 12/31/2003 | 03/15/2004 | 75  | 7.0000 | 4.  |
| D | 247. | Q | 247. | 12/15/2003 | 12/31/2003 | 16  | 8.0000 | 1.  |
|   |      | R | 247. | 12/31/2003 | 03/15/2004 | 75  | 7.0000 | 4.  |

TOTAL TO FORM DP-2210/2220 LINE 22                                      48.

EVENT TYPE:  Q = QUARTERLY AMOUNT DUE
             P = PAYMENT
             R = INTEREST RATE CHANGE
             L = LEAP YEAR CHANGE
             O = OVERPAYMENT FROM PRIOR YEAR/QUARTER

FORM
**CORP**
Schedule R

NEW AMPSHIRE DEPARTMENT OF REVENUE ADMINISTRATION
**CORPORATE BUSINESS PROFITS TAX RECONCILIATION OF
NH GROSS BUSINESS PROFITS SCHEDULE R**

SEQUENCE # 13

For the CALENDAR year 2003 or other taxable period beginning _____ and ending _____

| Name | FEIN |
|---|---|
| SWABI, INC<br>DBA SEASONS PIZZA | 02-0501577 |

This Schedule R shall be used to reconcile the Taxable Income before Net Operating Loss and Special Deductions line of the federal corporate income tax return filed with the Internal Revenue Service to the federal income calculated using the Internal Revenue Code (IRC) in effect on December 31, 2000. The revised calculation of federal income shall be used for the NH's Gross Business Profits Taxable Income on Line 1(a) of the NH-1120.

1   Federal Income (Loss) from business activities from return filed with IRS ........ 1 **10303.**
2   Additions required to federal income:
 (a) IRC Section 179 expense taken on federal return for assets placed in service during the
     current taxable period .................. 2(a) **0.**
 (b) Bonus depreciation on assets acquired after September 10, 2001
     (Federal Form 4562) .................. 2(b) **2750.**
 (c) Current period depreciation reported on federal return for assets for which additional
     IRC Section 179 deductions were reported in any taxable period and/or for which bonus
     depreciation was reported in any taxable period ........ 2(c) **138.**
 (d) Other amounts reported on federal return that need to be adjusted due to revisions
     to the IRC in effect on December 31, 2000 ........ 2(d)
 (e) Total additions (Sum of Line 2(a) through Line 2(d)) ........ 2(e) **2888.**
3   Deductions required from federal income: (The deductions allowed in this section are the
    deductions that would be allowed on assets placed in service in 2001 through 2003 using the
    IRC in effect on on 12/31/2000.)
 (a) IRC Section 179 expense allowed on assets placed in service during current taxable
     period .................. 3(a) **0.**
 (b) Current taxable period depreciation allowable for assets for which the bonus depreciation
     deductions reported for any taxable period and/or additional Section 179 deductions
     for any taxable period reported on the federal return ........ 3(b) **275.**
 (c) Other deductions required due to revisions to the IRC in effect on December 31, 2000 ... 3(c)
 (d) Total deductions (Sum of Line 3(a) through Line 3(c)) ........ 3(d) **275.**
4   Adjustments required on sale of assets acquired after September 10, 2001 or on which
    additional IRC Section 179 expense was taken. (The federal calculation of any gain or loss
    on the sale of these assets must be adjusted to reflect the different NH basis for the assets)
 (a) Federal gain (loss) on sale of assets acquired after September 10, 2001 or on which
     the additional IRC Section 179 expense was taken ........ 4(a)
 (b) Gross sales price for assets acquired after September 10, 2001, or on which the
     additional IRC Section 179 expense was taken, and sold in current taxable period ... 4(b)
 (c) NH basis of assets acquired after September 10, 2001, or on which additional
     IRC Section 179 expense was taken, and sold in current taxable period ........ 4(c)
 (d) NH gain (NH loss) on sale of assets acquired after September 10, 2001
     on which additional IRC Section 179 expense was taken. [Line 4(b) MINUS
     Line 4(c)] .................. 4(d)
 (e) Total adjustments for sale of assets (Line 4(d) minus 4(a)) ........ 4(e)
5   Adjusted Gross Business Profits (Enter this amount on Line 1(a) of your NH Corporate
    Business Profits Tax return) Line 1 plus Line 2(e) minus Line 3(d) plus Line 4(e) ...... 5 **12916.**

This schedule must be attached to your Corporate Business Profits Tax Return and you must check the box on the front of the return indicating
**Special Depreciation.**

Corp
Schedule R
Rev. 10/03

365321
11-04-03   **CCH**

THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SEASON'S PIZZA RESTAURANT

**05  10 7 1 0 NMG**

Plaintiff                                          )
                                                   )
V.                                                 )          CIVIL ACTION FILE NO.
                                                   )
MICHAEL CHERTOFF, as Secretary of the Department   )  MAGISTRATE JUDGE
of Homeland Security; EDUARDO AGUIRRE,             )
Director of the U.S. Citizenship & Immigration     )
Services; PAUL NOVAK, as Center Director of the    )
U.S. Citizenship & Immigration Services for        )
Vermont Service Center,                            )
                    Defendants                     )

RECEIPT # 62397
AMOUNT $ 150
SUMMONS ISSUED
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK
DATE  4 11 05

PLAINTIFF'S ORIGINAL COMPLAINT
FOR WRIT IN THE NATURE OF
MANDAMUS & DECLARATORY JUDGEMENT

NOW come the Plaintiff, Season's Pizza Restaurant, in the above-captioned matter, and hereby states as follows:

1.  This action is brought against the Defendants to compel action on the clearly erroneous denial of an application for an immigrant worker properly filed by the Plaintiff, Season's Pizza Restaurant on behalf of the beneficiary, Toheed Zaman. The application was filed and remains within the jurisdiction of the Defendants, who have improperly denied said application to Plaintiff's detriment.

PARTIES

2.  Plaintiff, Season's Pizza Restaurant, is a restaurant establishment located at 28 Myrtle Street, Boston, MA 02114, who has filed an I-140 Petition for an Immigrant Worker.

3.  Defendant Michael Chertoff is the Secretary of the Department of Homeland Security, and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security. 8 USC §1103(a). More specifically, the Secretary of the Department of Homeland Security is responsible for the adjudication of applications for nonimmigrant visas filed pursuant to the Immigration and Nationality Act (INA). The U.S. Citizenship & Immigration Services is an agency within the Department of Homeland Security to whom the Secretary of the Department of Homeland Security's authority has in part been delegated, and is subject to the Secretary of the Department of Homeland Security's supervision.

4.  Defendant Eduardo Aguirre is the Director of the U.S. Citizenship & Immigration

Services (USCIS) and an official generally charged with supervisory authority over all operations of the USCIS with certain specific exceptions not relevant here. 8 CFR §103.1(g)(2)(ii)(B).

5.  Defendant Paul Novak, Center Director, is an official of the U.S. Citizenship & Immigration Services (USCIS) generally charged with authority over operations of the U.S. Citizenship and Immigration Services within his jurisdiction with certain specific exceptions not relevant here. 8 CFR §1003.1(g)(2)(ii)(B).

## JURISDICTION

6.  Jurisdiction in this case is proper under 28 USC §§1331 and 1361, 5 USC §701 *et seq.*, and 28 USC §2201 *et seq.* Relief is requested pursuant to said statutes.

## VENUE

7.  Venue is proper in this court, pursuant to 28 USC §1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where a Defendant is located and performs his official duties.

## EXHAUSTION OF REMEDIES

8.  The Plaintiff has exhausted his administrative remedies. The Plaintiff has, through their attorney, supplied the USCIS documents that clearly establish the approvability of the I-140 Petition for an Immigrant Worker.

## CAUSE OF ACTION

9.  The Plaintiff properly filed an application for an I-140 Petition for an immigrant worker, pursuant to INA §§ 203(b)(3)(A)(i).

10. This petition, Receipt No. EAC0404750469, was filed with the USCIS on August 31, 2004 (See Attached Exhibit A).

11. The defendants' have failed to properly adjudicate this petition. They have failed to adhere to their own regulations and improperly denied an I-140 Petition after the Plaintiff had submitted sufficient evidence establishing that they can pay the beneficiary of said petition the wages stipulated in the labor certification application.

12. Defendants have sufficient information to determine Plaintiffs' eligibility pursuant to applicable requirements and to issue an Approval Notice, including, but not limited to, 2003 returns indicating that the Petitioner has sufficient revenue from gross receipts and sales in excess of $243,000.00 and a gross profit of 10,303.00. Moreover, the Petitioner's total assets were $83,874.00 (See Attached Exhibit B).

13. Defendants' issuance of a denial in this case is, as a matter of law, arbitrary and not in accordance with the law. Defendants willfully, and unreasonably, have inappropriately adjudicated the petition, thereby depriving him of the rights to which the Plaintiff is entitled.

15.  The Plaintiff has been greatly damaged by the failure of Defendants to act in accord with their duties under the law.

    (a)  Specifically, Season's Pizza Restaurant, has an approved application for labor certification establishing that there are not sufficient American workers available. The USCIS' improper denial of the I-140 petition affects Season's Pizza Restaurant's ability to operate its facilities in accordance with the law. Furthermore, Season's Pizza Restaurant has provided sufficient documents establishing that they can pay the wages stipulated to in the labor certification application.

16.  The Defendants, in violation of the Administrative Procedures Act, 5 USC §701 *et seq.*, are unlawfully withholding or unreasonably delaying action on the Plaintiff's applications and have failed to carry out the adjudicative functions delegated to them by law with regard to the Plaintiff's case.

17.  The Plaintiff has provided sufficient evidence in an attempt to secure adjudication of these applications at issue, all to no avail. Accordingly, the Plaintiff has been forced to retain the services of his attorney to pursue the instant action.

PRAYER

18.  WHEREFORE, in view of the arguments and authority noted herein, the Plaintiff's respectfully pray that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

    (a)  requiring Defendants to properly adjudicate Plaintiffs applications for action on an approved petition;

    (b)  requiring Defendants to provide the Plaintiffs with a Notice of Approval;

    (c)  awarding Plaintiffs reasonable attorney's fees; and

    (d)  granting such other relief at law and in equity as justice may require.

Respectfully submitted,

Roxana V. Muro
FitzGerald & Company, LLC
18 Tremont Street, Suite 210
Boston, Massachusetts 02108
Telephone (617) 523-6320
Facsimile (617) 523-6324
rmuro@fitzgeraldlawcompany.com
Bar No. 461613