%AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    **Massachusetts**

Season's Pizza Restaurant

**SUMMONS IN A CIVIL ACTION**

V.

Michael Chertoff.as Secretary of the
Department of Homeland Security;
Eduardo Aguirre, Director of US Citizenship
& Immigration Services; and Dennis
Riordan, Center Director of the US Citizenship
& Immigration Services of Boston Service Center

CASE NUMBER:   05   10710 NMG

TO: (Name and address of Defendant)

Mr. Dennis Riordan
Center Director - USCIS Boston Service Center
JFK Federal Building, Room E-160
Boston, MA 02203

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Roxana V. Muro
FitzGerald & Company, LLC
18 Tremont Street, Suite 210
Boston, MA 02108
Tel: 617-523-6320
Fax: 617-523-6324

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                      APR 1 1 2005

CLERK                                                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(i)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
Date                          *Signature of Server*

_____
*Address of Server*

(1) A:

---

*[The following text appears inverted (upside-down) at the bottom of the page]*

September 2, 2005

I hereby certify and return that on 8/31/2005 at 10:50AM I served a true and
attested copy of the Summons and Complaint in this action in the following manner:
To wit, by delivering in hand to Juan Lopes,agent at the time of service for Dennis
Riordan, Center Director-USCIS Boston Service Center at Civil Division, rm 9200, 1
Courthouse Way, United States Attorney's Office Boston, MA 02110, U.S. District
Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and
Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff  George Slyva                    _____
                                                       *Deputy Sheriff*

Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

Suffolk, ss.

Deputy Sheriff George Slyva



05070750