```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

SEASON'S PIZZA RESTAURANT           )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )   CA NO. 05-10710-NMG
                                    )
MICHAEL CHERTOFF, et al.,           )
                                    )
        Defendants.                 )
                                    )

### DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendants in the above-captioned action respectfully move the Court to dismiss this action for lack of subject matter jurisdiction. The reasons for this motion are set forth more fully in the accompanying Memorandum of Law.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney

                    By:  /s/ Damian W. Wilmot
                         Damian W. Wilmot
                         Assistant U.S. Attorney
                         Moakley U.S. Courthouse
                         1 Courthouse Way, Suite 9200
                         Boston, MA 02210
Dated: November 30, 2005 617-748-3398
```

### CERTIFICATION UNDER L.R. 7.1

I certify that in accordance with Local Rule 7.1, I attempted to confer with Plaintiff's counsel to resolve the issues addressed in this Motion in good faith, but was unsuccessful in reaching him prior to filing this Motion.

```
                          /s/ Damian W. Wilmot
                         DAMIAN W. WILMOT
                         Assistant U.S. Attorney
```

CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document was served upon counsel for the plaintiff, Desmond P. Fitzgerald, Fitzgerald & Company, LLC, 18 Tremont Street, Suite 210, Boston, MA 02108, by first class, postage prepaid mail, on this date.

                                /s/ Damian W. Wilmot
                                Damian W. Wilmot
                                Assistant U.S. Attorney