UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEASON'S PIZZA RESTAURANT | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CA NO. 05-10710-NMG |
| | ) |
| MICHAEL CHERTOFF, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**MEMORANDUM OF LAW IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS**

Plaintiff Season's Pizza Restaurant claims that the
Defendants acted arbitrarily when they denied its I-140 Petition
for a skilled immigrant worker, in violation of the
Administrative Procedures Act ("APA").  For the reasons stated
below, however, this Court lacks jurisdiction over the matter.
In short, plaintiff failed to exhaust its administrative remedies
and, accordingly, the Court should dismiss the complaint.

**STATEMENT OF FACTS[1]**

On December 8, 2003, the plaintiff filed with the United
States Citizenship & Immigration Services ("USCIS") an Immigrant
Petition for Alien Worker (Form I-140) and supporting documents,
including an Alien Employment Certification by the Department of
Labor, to classify Toheed Zaman as a cook under section 203(b)(3)
of the Immigration and Nationality Act.  See Complaint ¶ 9; see

---

[1]In accordance with the standard of review upon a motion to
dismiss, the well-pleaded factual allegations of the Petition are
accepted as true for purpose of this motion.  See Rockwell v.
Cape Cod Hosp., 26 F.3d 254, 255 (1st Cir. 1994).

<u>also</u> Certified Administrative Record ("AR") at p. 29, 33-44,
attached hereto as Exhibit 1.[2]  On August 31, 2004, USCIS sent a
Notice of Action form to the plaintiff, requesting additional
information pertaining to the company's ability to pay Mr. Zaman
the wages required by the Alien Employment Certification.  <u>See</u> AR
at p. 30, 40-41.  Plaintiff provided additional documents to
USCIS on October 22, 2004.  <u>Id</u>. at 45-70.  After reviewing the
plaintiff's petition and submissions, the USCIS denied the
petition on December 20, 2004.  <u>Id</u>. at 29-31.  On January 19,
2005, plaintiff appealed this decision to the USCIS
Administrative Appeals Office, where the appeal is pending.  <u>Id</u>.
at 1-27.

**<u>ARGUMENT</u>**

I.   **THE COURT SHOULD DISMISS THE PLAINTIFF'S COMPLAINT FOR
     FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES**

     The Court should dismiss the plaintiff's claim that the
defendants acted arbitrarily when they denied its I-140 Petition
for a skilled immigrant worker in violation of the APA for
failing to exhaust plaintiff's administrative remedies.  The
Attorney General has delegated to the Secretary of the Department

---

[2]The attachment of exhibits to a Rule 12(b)(1) motion does
not convert it to a Rule 56 motion.  <u>See</u> <u>Gonzalez v. United
States</u>, 284 F.3d 281, 288 (1st Cir. 2002).  Indeed, in
considering a Rule 12(b)(1) motion, "[t]he court . . . may
consider extrinsic materials and, to the extent it engages in
jurisdictional factfinding, is free to test the truthfulness of
the plaintiff's allegations." <u>Dynamic Image Technologies, Inc. v.
United States</u>, 221 F.3d 34, 37-38 (1st Cir. 2000).

of Homeland Security ("DHS") the authority to enforce and administer the immigration laws. <u>See</u> 8 C.F.R. § 2.1. In order to execute its authority, the Secretary of DHS may further delegate. <u>See</u> 8 C.F.R. § 103.1(a).

In relevant part, the Secretary of DHS delegated to the USCIS Administrative Appeals Office the authority to adjudicate appeals challenging the USCIS's denials of petitions for immigrant visa classification based on employment. <u>See</u> DHS Delegation Number 0150.1(2)(U), attached hereto as Exhibit 2. The Administrative Appeals Office exercises appellate jurisdiction over the matters described at 8 CFR 103.1(f)(3)(iii) (as in effect on February 28, 2003), which include denials of I-140 petitions.

As stated above, the USCIS denied plaintiff's I-140 petition on December 20, 2004. <u>Id</u>. at 29-31. Plaintiff appealed this decision to the Administrative Appeals Office on January 19, 2005, where the appeal is pending. <u>Id</u>. at 1-27. Because the Administrative Appeals Office has not yet rendered a decision on Plaintiff's appeal, he did not exhaust his available administrative remedies before filing the instant complaint. Accordingly, this Court lacks jurisdiction over this matter and must dismiss the complaint for failure to exhaust. <u>See</u> <u>Spencer Enterprises, Inc. v. United States</u>, 229 F.Supp.2d 1025, 1034-35 (E.D. Cal. 2001) ("A district court . . . lacks jurisdiction

until the visa petitioner has exhausted administrative remedies."); see also Frazier v. Fairhaven Sch. Comm., 276 F.3d 52, 60 (1st Cir. 2002) ("In the administrative state, exhaustion of administrative remedies is generally required.  This requirement is more than a matter of form.  Insisting on exhaustion forces parties to take administrative proceedings seriously, allows administrative agencies an opportunity to correct their own errors, and potentially avoids the need for judicial involvement altogether." (citing P. Gioioso & Sons, Inc. v. OSHRC, 115 F.3d 100, 104 (1st Cir. 1997)))..

## CONCLUSION

Accordingly, for the reasons articulated above, the Court should dismiss the complaint for lack of jurisdiction.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Damian W. Wilmot
DAMIAN W. WILMOT
Assistant U.S. Attorney
Moakley Federal Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210
Dated: November 30, 2005        (617) 748-3100

<u>CERTIFICATION UNDER L.R. 7.1</u>

I certify that in accordance with Local Rule 7.1, I attempted to confer with Plaintiff's counsel to resolve the issues addressed in this Motion in good faith, but was unsuccessful in reaching him prior to filing this Motion.

　　　　　　　　　　　　　<u>/s/ Damian W. Wilmot</u>
　　　　　　　　　　　　　DAMIAN W. WILMOT
　　　　　　　　　　　　　Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document was served upon counsel for the plaintiff, Desmond P. Fitzgerald, Fitzgerald & Company, LLC, 18 Tremont Street, Suite 210, Boston, MA 02108, by first class, postage prepaid mail, on this date.

　　　　　　　　　　　　　<u>/s/ Damian W. Wilmot</u>
　　　　　　　　　　　　　Damian W. Wilmot
　　　　　　　　　　　　　Assistant U.S. Attorney

# EXHIBIT 1

UNITED STATES OF AMERICA

DEPARTMENT OF HOMELAND SECURITY

November 1, 2005

CERTIFICATION:

BY VIRTUE OF the authority vested in me by Title 8, Code of Federal Regulations, Part 103, a regulation issued by the Attorney General pursuant to Section 103 of the Immigration and Nationality Act, I HEREBY CERTIFY that the annexed documents are copies of all the originals from the records of the said Citizenship and Immigration Services (CIS), Department of Homeland Security, relating to:

SEASON'S PIZZA RESTAURANT, EAC 04 047 50469

of which the Secretary of the Department of Homeland Security is the legal custodian by virtue of Section 103 of the Immigration and Nationality Act.

PETER N. SCHMALZ
ASSOCIATE COUNSEL
CITIZENSHIP AND IMMIGRATION SERVICES
DEPARTMENT OF HOMELAND SECURITY



FITZGERALD & COMPANY, LLC

FitzGerald & Company LLC      T:617.523.6320
Attorneys at Law              F:617.523.6324
18 Tremont Street, Suite 210  fitzgeraldlawcompany.com
Boston, MA 02108

January 19, 2005

United States Citizenship & Immigration Services
Eastern Service Center
75 Lower Welden Street
St. Albans, VT  05479-0001

RE:                 I-290 B Appeal
                    Season's Pizza (Petitioner)
                    Toheed Zaman (Beneficiary)
Our File No.:       2127
Your File No.:      EAC 0404750469

Dear Sir or Madam:

Enclosed please find the following documents to be filed in reference to the above-captioned matter:

1.   Form I-290 B;
2.   Memorandum of Law in support of I-290 B Appeal; and
3.   Filing Fee.

Should you have any other questions or concerns please do not hesitate to contact me.

Thank you for your attention to this matter.

Sincerely,

Roxana V. Muro

RVM/me
Enclosure

00001

# United States Citizenship and Immigration Services

## Administrative Appeals Unit

SWABI Inc, DBA Season's Pizza, LLC,
Petitioner

Toheed Zaman,
Beneficiary

EAC 0404750469

Roxana V. Muro, Esq.
FitzGerald & Company, LLC
18 Tremont Street, Suite 210
Boston, MA  02108
Telephone (617) 523-6320
Facsimile (617) 523-6324
rmuro@fitzgeraldlawcompany.com

The U.S. Citizenship and Immigration Services incorrectly denied an I-140 Petition for an Immigrant Worker. The Petitioner, Swabi, Inc, d/b/a/ Season's Pizza, submitted tax returns for 2003, to demonstrate that they can pay the stipulated wage on the labor certification application. The position is that of a food preparer requiring at a minimum, six months of experience in food preparation and the proffered pay was $21,840.00 per year. The tax returns indicated the following information: $243,315.00 in gross receipts and sales and a gross profit of $146,958.00 (See Attached 2003 Tax Return, Page 1). Schedule L of Season's Pizza tax returns demonstrated that total assets for 2003 are $83,874.00 (See Attached 2003 Tax Return, Page 4). The Petitioner also included a copy of the beneficiary's pay-stub indicating that he is currently receiving the **actual proffered wage**. The pay-stub demonstrates a weekly paycheck of $420.00 or $10.50 per hour. On May 4, 2004, the Office of William Yates issued a memorandum instructing Service Center Directors to approve I-140 Petitions in any one of the following circumstances:

1. The evidence reflects that the petitioner's net income is equal to or greater than the proffered wage;

2. The evidence reflects that the petitioner' current assets are equal to or greater than the proffered wage; and

3. The record contains credible verifiable evidence that petitioner not only is employing the beneficiary but also has paid or currently paying the proffered wage.

The 2003 Tax Returns indicate that the assets are greater than the proffered wage. In the 2003 returns, approximately $53,500.00 represent the salary and wages paid to employees, more than the beneficiary's yearly wage, approximately $10.50 per hour or $21,840.00. As previously stated, the 2003 assets reflect a total of $83,874.00, fax exceeding the liabilities, again evidencing the Petitioner's ability to pay the stipulated wages. The most important factor is that the Petitioner's assets include $8,796.00 in cash and a depreciation of $22,245.00. As recommended in the Yates Memorandum, applications should be approved when the assets are greater than or equal to the stipulated

1

wage—a situation that is present in 2001, 2002 and 2003. As further recommended in the Yates Memorandum, the Petition should be approved if the record contains credible evidence that demonstrates the beneficiary is **actually receiving the stipulated wage.** In Matter of X, WAC 98 071 53033 (AAU non precedent decision 61999), the Administrative Appeals Unit approved an I-140 Petition where the Petitioner submitted tax returns that demonstrated that the depreciation and cash at the end of the year totaled more than the proffered wage.   Furthermore, the AAU also noted that the assets outweighed the total liabilities.   Similarly, in the evidence submitted along with this petition, the same principle should apply.

Firstly, in its denial, the Vermont Service Center incorrectly stated that the Petitioner's total assets were $11,146.00. (See denial, page 2, par. 3).   It is well-settled that depreciation is an asset.   There are a line of cases from the Administrative Appeals Unit that reaffirm the notion that depreciation is an asset. *See* Matter of X, EAC 00 157 50740 (AAU non precedent decision May 2002); *see also,* Matter of X, WAC 98 071 53303 (AAU non precedent decision, June 30, 1999); *see also,* Minutes of Eastern Service Center (ESC)/AILA Liasion Teleconference of November 16, 1994 ("**Depreciation can ...be considered with taxable income in evaluating the ability to pay the additional employee.)**

Secondly, the Vermont Service Center also denied the I-140 Petition because the beneficiary's paystubs reflect that the proffered wage is not being met. (See I-140 denial, page 2, par. 4).   However, this directly contravenes the regulations set forth by the Attorney General. *See* 20 C.F.R. § 656.20(c)(2)("**employer is not required to pay the proffered wage until after permanent residence is granted.")**

Although the Vermont Service Center is not bound to oblige by its prior rulings, its ruling must be one that is in accordance with the law. *See* Louisiana Philharmonic v. INS, 44 F. Supp 2d. 800, 803 (1999).   Therefore, the Vermont Service Center should approve this I-140 Petition for an Immigrant Worker.

00004

Respectfully Submitted,


Roxana V. Muro, Esq.
FitzGerald & Company, LLC
18 Tremont Street, Suite 210
Boston, MA 02111
Tel. 617.523-6320
Fax. 617-523-6324
BBO No. 653657
e-mail: rmuro@fitzgeraldlawcompany.com

3

00005

**Form 1120S**

**U.S. Income Tax Return for an S Corporation**

OMB No. 1545-0130

► Do not file this form unless the corporation has timely filed
Form 2553 to elect to be an S corporation.

Department of the Treasury
Internal Revenue Service

**2003**

For calendar year 2003, or tax year beginning _____ , and ending _____

| A Effective date of election as an S corporation | Use IRS label. Other-wise, print or type. | Name SWABI, INC DBA SEASONS PIZZA | C Employer identification number |
|---|---|---|---|
| 07/20/1998 | | | 02-0501577 |
| B Business code number (see pages 31-33 of the insts.) | | Number, street, and room or suite no. (If a P.O. box, see page 12 of the instructions.) 15 CRYSTAL AVENUE | D Date incorporated 07/20/1998 |
| 722210 | | City or town, state, and ZIP code DERRY, NH   03038 | E Total assets (see page 12 of instr) $ 83874. |

F Check applicable boxes: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change  (5) ☐ Amended return

G Enter number of shareholders in the corporation at end of the tax year ► 2

Caution: *Include only trade or business income and expenses on lines 1a through 21. See page 12 of the instructions for more information.*

| | | | |
|---|---|---|---|
| **Income** | 1 a Gross receipts or sales 243415. b Less returns and allowances | c Bal ► 1c | 243415. |
| | 2 Cost of goods sold (Schedule A, line 8) | 2 | 96457. |
| | 3 Gross profit. Subtract line 2 from line 1c | 3 | 146958. |
| | 4 Net gain (loss) from Form 4797, Part II, line 18 *(attach Form 4797)* | 4 | |
| | 5 Other income (loss) *(attach schedule)* STATEMENT 1 | 5 | 1500. |
| | 6 Total income (loss). Combine lines 3 through 5 ► | 6 | 148458. |
| **Deductions (See instructions for limitations)** | 7 Compensation of officers | 7 | 53350. |
| | 8 Salaries and wages (less employment credits) | 8 | |
| | 9 Repairs and maintenance | 9 | 1509. |
| | 10 Bad debts | 10 | |
| | 11 Rents | 11 | 23281. |
| | 12 Taxes and licenses STATEMENT 2 | 12 | 23472. |
| | 13 Interest | 13 | 438. |
| | 14 a Depreciation (Attach Form 4562) 14a 5070. | | |
| | b Depreciation claimed on Schedule A and elsewhere on return 14b | | |
| | c Subtract line 14b from line 14a | 14c | 5070. |
| | 15 Depletion (Do not deduct oil and gas depletion.) | 15 | |
| | 16 Advertising | 16 | 3550. |
| | 17 Pension, profit-sharing, etc., plans | 17 | |
| | 18 Employee benefit programs | 18 | |
| | 19 Other deductions *(attach schedule)* STATEMENT 3 | 19 | 27485. |
| | 20 Total deductions. Add the amounts shown in the far right column for lines 7 through 19 ► | 20 | 138155. |
| | 21 Ordinary income (loss) from trade or business activities. Subtract line 20 from line 6 | 21 | 10303. |
| **Tax and Payments** | 22 Tax: a Excess net passive income tax *(attach schedule)* 22a | | |
| | b Tax from Schedule D (Form 1120S) 22b | | |
| | c Add lines 22a and 22b | 22c | |
| | 23 Payments: a 2003 estimated tax payments and amount applied from 2002 return 23a | | |
| | b Tax deposited with Form 7004 23b | | |
| | c Credit for Federal tax paid on fuels *(attach Form 4136)* 23c | | |
| | d Add lines 23a through 23c | 23d | |
| | 24 Estimated tax penalty. Check if Form 2220 is attached ► ☐ | 24 | |
| | 25 Tax due. If line 23d is smaller than the total of lines 22c and 24, enter amount owed. | 25 | |
| | 26 Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | 26 | |
| | 27 Enter amount of line 26 you want: Credited to 2004 estimated tax ► Refunded ► | 27 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

May the IRS discuss this return with the preparer shown below (see instr.)? ☐ Yes ☐ No

|  | Signature of officer | Date | Title |
|---|---|---|---|

**Paid Preparer's Use Only**

| Preparer's signature ► | Date 02/10/04 | Check if self-employed ☐ | Preparer's SSN or PTIN 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 |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | PANOS & PANOS, INC. 28 BIRCH STREET DERRY, NH   03038 | | EIN 02-0343936 |
| | | | Phone no. |

JWA  For Paperwork Reduction Act Notice, see the separate instructions.

311701
12-15-03

Form **1120S** (2003)

1

00006

Form 1120S (2003)   SWABI, INC DBA SEASONS PIZZA                    02-0501577   Page 2

**Schedule A   Cost of Goods Sold** (see page 18 of the instructions)

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | 2350. |
| 2 | Purchases | 2 | 87721. |
| 3 | Cost of labor | 3 | 8736. |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | Total. Add lines 1 through 5 | 6 | 98807. |
| 7 | Inventory at end of year | 7 | 2350. |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | 96457. |

9 a  Check all methods used for valuing closing inventory:    (i) [X] Cost as described in Regulations section 1.471-3

   (ii) [ ] Lower of cost or market as described in Regulations section 1.471-4

   (iii) [ ] Other (specify method used and attach explanation) ▶

b  Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) .......... ▶ [ ]

c  Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) .......... ▶ [ ]

d  If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory

   computed under LIFO .......... | 9d | |

e  If property produced or acquired for resale, do the rules of Section 263A apply to the corporation? .......... [ ] Yes [X] No

f  Was there any change in determining quantities, cost, or valuations between opening and closing inventory? .......... [ ] Yes [X] No

   If "Yes," attach explanation.

**Schedule B   Other Information**   (see page 19 of the instructions)   | Yes | No

1  Check method of accounting: (a) [X] Cash   (b) [ ] Accrual   (c) [ ] Other (specify) ▶ _____

2  See pages 31 through 33 of the instructions and enter the:

   (a) Business activity ▶ ACCOMODATION & FOOD SE (b) Product or service ▶ PIZZA & SUBS

3  At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic

   corporation? (For rules of attribution, see section 267(c).) If "Yes," attach a schedule showing: (a) name, address, and

   employer identification number and (b) percentage owned .......... | | X

4  Was the corporation a member of a controlled group subject to the provisions of section 1561? .......... | | X

5  Check this box if the corporation has filed or is required to file Form 8264, Application for Registration of a Tax Shelter .......... ▶ [ ]

6  Check this box if the corporation issued publicly offered debt instruments with original issue discount .......... ▶ [ ]

   If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount

   Instruments.

7  If the corporation: (a) was a C corporation before it elected to be an S corporation or the corporation acquired an

   asset with a basis determined by reference to its basis (or the basis of any other property) in the hands of a

   C corporation and (b) has net unrealized built-in gain (defined in section 1374(d)(1)) in excess of the net recognized

   built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior

   years .......... $ _____

8  Check this box if the corporation had accumulated earnings and profits at the close of the tax year .......... ▶ [ ]

9  Are the corporation's total receipts (see page 19 of the instructions) for the tax year and total assets at the end of the tax year less

   than $250,000? If "Yes," the corporation is not required to complete Schedules L and M-1 .......... | | X

Note: If the corporation had assets or operated a business in a foreign country or U.S. possession, it may be required to attach

Schedule N (Form 1120), Foreign Operations of U.S. Corporations, to this return. See Schedule N for details.

**Schedule K   Shareholders' Shares of Income, Credits, Deductions, etc.**

| | (a) Pro rata share items | | | (b) Total amount |
|---|---|---|---|---|
| | 1  Ordinary income (loss) from trade or business activities (page 1, line 21) | | 1 | 10303. |
| | 2  Net income (loss) from rental real estate activities (attach Form 8825) | | 2 | |
| | 3a  Gross income from other rental activities | 3a | | |
| | b  Expenses from other rental activities (attach schedule) | 3b | | |
| | c  Net income (loss) from other rental activities. Subtract line 3b from line 3a | | 3c | |
| Income (Loss) | 4  Portfolio income (loss): | | | |
| | a  Interest income | | 4a | |
| | b  Dividends: (1) Qualified dividends ▶ | (2) Total ordinary dividends ▶ | 4b(2) | |
| | c  Royalty income | | 4c | |
| | d  Net short-term capital gain (loss): (1) Post-May 5, 2003 ▶ | (2) Entire year ▶ | 4d(2) | |
| | e  Net long-term capital gain (loss): (1) Post-May 5, 2003 ▶ | (2) Entire year ▶ | 4e(2) | |
| | f  Other portfolio income (loss) (attach schedule) | | 4f | |
| | 5  Net section 1231 gain (loss) (att Form 4797): (a) Post-May 5, 2003 ▶ | (b) Entire year ▶ | 5(b) | |
| | 6  Other income (loss) (attach schedule) | | 6 | |

JWA                                                                    Form **1120S** (2003)

311711
12-15-03

2

00007

Form 1120S(2003)    SWABI, INC    A SEASONS PIZZA    02-0501577 .. Page 4

Note: The corporation is not required to complete Schedules L and M-1 if question 9 of Schedule B is answered "Yes."

## Schedule L  Balance Sheets per Books

| | Assets | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 1 | Cash | | 6384. | | 8796. |
| 2 a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | 2350. | | 2350. |
| 4 | U.S. Government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (Att. Sch.) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (Att. Sch.) | | | | |
| 10 a | Buildings and other depreciable assets | 35000. | | 40500. | |
| b | Less accumulated depreciation | 13185. | 21815. | 18255. | 22245. |
| 11 a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | | | |
| 13 a | Intangible assets (amortizable only) | 80465. | | 80411. | |
| b | Less accumulated amortization | 26395. | 54070. | 31728. | 48683. |
| 14 | Other assets (Att. Sch.)  SEE STATEMENT 4 | | 1800. | | 1800. |
| 15 | Total assets | | 86419. | | 83874. |
| | Liabilities and Shareholders' Equity | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (Att. Sch.) | | | | |
| 19 | Loans from shareholders | | | | 56233. |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (Att. Sch.) | | | | |
| 22 | Capital stock | | | | 5000. |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings  STMT 5 | | 12338. | | 22641. |
| 25 | Adjustments to shareholders' equity (Att. Sch.) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 12338. | | 83874. |

## Schedule M-1  Reconciliation of Income (Loss) per Books With Income (Loss) per Return

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 10303. | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 6 (itemize): | |
| 2 | Income included on Schedule K, lines 1 through 6, not recorded on books this year (itemize): | | | a Tax-exempt interest  $ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 11a, 15g, and 16b (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 11a, 15g, and 16b, not charged against book income this year (itemize): | |
| | a Depreciation  $ | | | a Depreciation  $ | |
| | b Travel and entertainment $ | | | | |
| | | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1 through 3 | 10303. | 8 | Income (loss) (Schedule K, line 23). Line 4 less line 7 | 10303. |

## Schedule M-2  Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see page 29 of the instructions)

| | | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|---|
| 1 | Balance at beginning of tax year | 12338. | | |
| 2 | Ordinary income from page 1, line 21 | 10303. | | |
| 3 | Other additions | | | |
| 4 | Loss from page 1, line 21 | ( ) | | |
| 5 | Other reductions | ( ) | ( ) | |
| 6 | Combine lines 1 through 5 | 22641. | | |
| 7 | Distributions other than dividend distributions | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | 22641. | | |

311731
12-15-03  JWA

4

Form **1120S** (2003)

00008

Form 1120S (2003)  SWABI, INC DBA SEASONS PIZZA    02-0501577  Page 3

## Schedule K  Shareholders' Shares of Income, Credits, Deductions, etc. (continued)

| | (a) Pro rata share items | | (b) Total amount |
|---|---|---|---|
| **Deductions** | 7 Charitable contributions (attach schedule) | 7 | |
| | 8 Section 179 expense deduction (attach Form 4562) | 8 | |
| | 9 Deductions related to portfolio income (loss) (itemize) | 9 | |
| | 10 Other deductions (attach schedule) | 10 | |
| **Investment Interest** | 11a Interest expense on investment debts | 11a | |
| | b (1) Investment income included on lines 4a, 4b(2), 4c, and 4f on page 2 | 11b(1) | |
| | (2) Investment expenses included on line 9 above | 11b(2) | |
| **Credits** | 12a Credit for alcohol used as a fuel (attach Form 6478) | 12a | |
| | b Low-income housing credit: | | |
| | (1) From partnerships to which section 42(j)(5) applies | 12b(1) | |
| | (2) Other than on line 12b(1) | 12b(2) | |
| | c Qualified rehabilitation expenditures related to rental real estate activities (attach Form 3468) | 12c | |
| | d Credits (other than credits shown on lines 12b and 12c) related to rental real estate activities | 12d | |
| | e Credits related to other rental activities | 12e | |
| | 13 Other credits | 13 | |
| **Adjustments and Tax Preference Items** | 14a Depreciation adjustment on property placed in service after 1986 | 14a | |
| | b Adjusted gain or loss | 14b | |
| | c Depletion (other than oil and gas) | 14c | |
| | d (1) Gross income from oil, gas, or geothermal properties | 14d(1) | |
| | (2) Deductions allocable to oil, gas, or geothermal properties | 14d(2) | |
| | e Other adjustments and tax preference items (attach schedule) | 14e | |
| **Foreign Taxes** | 15a Name of foreign country or U.S. possession ▶ | | |
| | b Gross income from all sources | 15b | |
| | c Gross income sourced at shareholder level | 15c | |
| | d Foreign gross income sourced at corporate level: | | |
| | (1) Passive | 15d(1) | |
| | (2) Listed categories (attach schedule) | 15d(2) | |
| | (3) General limitation | 15d(3) | |
| | e Deductions allocated and apportioned at shareholder level: | | |
| | (1) Interest expense | 15e(1) | |
| | (2) Other | 15e(2) | |
| | f Deductions allocated and apportioned at corporate level to foreign source income: | | |
| | (1) Passive | 15f(1) | |
| | (2) Listed categories (attach schedule) | 15f(2) | |
| | (3) General limitation | 15f(3) | |
| | g Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 15g | |
| | h Reduction in taxes available for credit (attach schedule) | 15h | |
| **Other** | 16 Section 59(e)(2) expenditures: a Type ▶ | | |
| | b Amount ▶ | 16b | |
| | 17 Tax-exempt interest income | 17 | |
| | 18 Other tax-exempt income | 18 | |
| | 19 Nondeductible expenses | 19 | |
| | 20 Total property distributions (including cash) other than dividends reported on line 22 below | 20 | |
| | 21 Other items and amounts required to be reported separately to shareholders (attach schedule) | | |
| | 22 Total dividend distributions paid from accumulated earnings and profits | 22 | |
| | 23 Income (loss). (Required only if Schedule M-1 must be completed.) Combine lines 1 through 6 in column (b). From the result, subtract the sum of lines 7 through 11a, 15g, and 16b | 23 | 10303. |

JWA

Form **1120S** (2003)

311721
12-15-03

3

00009

| Form **4562** | | **Depreciation and Amortization**<br>(Including Information on Listed Property) **OTHER** | OMB No. 1545-0172<br>**2003** |
|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | | ► See separate instructions.    ► Attach to your tax return. | Attachment<br>Sequence No. **67** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| SWABI, INC<br>DBA SEASONS PIZZA | OTHER DEPRECIATION | 02-0501577 |

**Part I** Election To Expense Certain Tangible Property Under Section 179 Note: If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount. See instructions for a higher limit for certain businesses | 1 | 100000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 | 400000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2002 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2004. Add lines 9 and 10, less line 12 ► | 13 | |

Note: Do not use Part II or Part III below for listed property. Instead, use Part V.

**Part II** Special Depreciation Allowance and Other Depreciation (Do not include listed property.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 14 | 2750. |
| 15 | Property subject to section 168(f)(1) election (see instructions) | 15 | |
| 16 | Other depreciation (including ACRS) (see instructions) | 16 | |

**Part III** MACRS Depreciation (Do not include listed property.) (See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2003 | 17 | 2182. |
| 18 | If you are electing under section 168(i)(4) to group any assets placed in service during the tax<br>year into one or more general asset accounts, check here ► ☐ | | |

**Section B - Assets Placed in Service During 2003 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | 2750. | 5 YRS. | MQ | 200DB | 138. |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

**Section C - Assets Placed in Service During 2003 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 40-year | / | | 40 yrs. | MM | S/L | |

**Part IV** Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21.<br>Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | 22 | 5070. |
| 23 | For assets shown above and placed in service during the current year, enter the<br>portion of the basis attributable to section 263A costs | 23 | |

316251<br>10-21-03    LHA  For Paperwork Reduction Act Notice, see separate instructions.

5

Form 4562 (2003)

Form 4562 (2003)  SWABI, INC DBA SEASONS PIZZA                                      02-0501577  Page 2

**Part V** Listed Property (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A – Depreciation and Other Information (Caution: See instructions for limits for passenger automobiles.)**

| 24a Do you have evidence to support the business/investment use claimed? | | | | Yes | No | 24b If "Yes," is the evidence written? | | | Yes | | No |

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | | 25 | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | S/L - | | | |
| | : : | % | | | S/L - | | | |
| | : : | % | | | S/L - | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | 28 | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | 29 | |

**Section B – Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.
If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (do not include commuting miles) | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C – Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are not more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? | | |

Note: If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.

**Part VI** Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2003 tax year: | | | | | |
| | : : | | | | |
| | : : | | | | |
| 43 Amortization of costs that began before your 2003 tax year | | | | 43 | 5387. |
| 44 Total. Add amounts in column (f). See instructions for where to report | | | | 44 | 5387. |

316252/10-21-03                                                                    Form 4562 (2003)

6

00011

**2003 DEPRECIATION AND AMORTIZATION REPORT**
**OTHER DEPRECIATION**

OTHER

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Amount Of Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | EQUIPMENT | 080198 | 150DB | 15.00 | 17 | 35000. | | | 35000. | 13185. | | 2182. |
| 3 | GOODWILL | 080198 | | 18.0M | 43 | 45000. | | | 45000. | 13250. | | 3000. |
| | EQUIPMENT (TABLES&CHAIRS) | 111603 | 200DB | 5.00 | 19B | 5500. | | 2750. | 2750. | | | 2888. |

(D) - Asset disposed

6.1

* ITC, Section 179, Salvage, H:R 3090, Commercial Revitalization Deduction

329172
05-01-03

SWABI, INC DBA SEASONS P.                                        02-0501577

| FORM 1120S | OTHER INCOME | STATEMENT 1 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| AMUSEMENT MACHINE INCOME | 1500. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 5 | 1500. |

| FORM 1120S | TAXES AND LICENSES | STATEMENT 2 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| MEALS TAXES | 17352. |
| PAYROLL TAXES | 5469. |
| NET TAX | 651. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 12 | 23472. |

| FORM 1120S | OTHER DEDUCTIONS | STATEMENT 3 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| BANK CHARGES | 11. |
| CREDIT CARD DISCOUNTS | 1375. |
| DUES, FEES, & SUBSC | 150. |
| INSURANCE | 3114. |
| LAUNDRY | 881. |
| LEASED EQUIPMENT | 365. |
| LEGAL & ACCOUNTING | 1200. |
| OFFICE SUPPLIES | 135. |
| RUBBISH REMOVAL | 2556. |
| SUPPLIES | 85. |
| TELEPHONE | 1283. |
| UTILITIES | 10943. |
| AUTO EXPENSE | |
| AMORTIZATION EXPENSE | 5387. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 19 | 27485. |

7                                      STATEMENT(S) 1, 2, 3

SWABI, INC DBA SEASONS P     A                                          02-0501577

| SCHEDULE L | OTHER ASSETS | STATEMENT | 4 |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| --- | --- | --- |
| SECURITY DEPOSIT | 1800. | 1800. |
| TOTAL TO SCHEDULE L, LINE 14 | 1800. | 1800. |

| SCHEDULE L | ANALYSIS OF TOTAL RETAINED EARNINGS PER BOOKS | STATEMENT | 5 |

| DESCRIPTION | AMOUNT |
| --- | --- |
| BALANCE AT BEGINNING OF YEAR - SCHEDULE L, LINE 24, COLUMN (B) | 12338. |
| NET INCOME PER BOOKS - SCHEDULE M-1, LINE 1 | 10303. |
| DISTRIBUTIONS | 0. |
| OTHER INCREASES (DECREASES) | |
| BALANCE AT END OF YEAR - SCHEDULE L, LINE 24, COLUMN (D) | 22641. |

00014

ALTERNATIVE MINIMUM TAX DEPRECIATION REPORT

| Asset No. | Description | Date Acquired | AMT Method | AMT Life | AMT Cost Cr Basis | AMT Accumulated | Regular Depreciation | AMT Depreciation | AMT Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| 1 | EQUIPMENT | 080198 | 150DB | 15.00 | 35000. | 13185. | 2182. | 2182. | 0. |

8.1

325104
09-08-03

**SCHEDULE K-1**
**(Form 1120S)**
Department of the Treasury
Internal Revenue Service

**Shareholder's Share of Income, Credits, Deductions, etc.**
► See separate instructions.
For calendar year 2003 or tax year
beginning _____ and ending _____

6711

OMB No. 1545-0130

**2003**

| Shareholder's identifying number ► | 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 | Corporation's identifying number ► | 02-0501577 |
|---|---|---|---|

Shareholder's name, address, and ZIP code

VAZEER. PIRZADA
38 CLARENDON STREET
WATERTOWN MA 02172

Corporation's name, address, and ZIP code

SWABI, INC
DBA SEASONS PIZZA
15 CRYSTAL AVENUE
DERRY, NH 03038

A  Shareholder's percentage of stock ownership for tax year (see instructions for Schedule K-1)  ► 50.000000%
B  Internal Revenue Service Center where corporation filed its return ► CINCINNATI, OH
C  Tax shelter registration number (see instructions for Schedule K-1) _____
D  Check applicable boxes:  (1) ☐ Final K-1    (2) ☐ Amended K-1

| | (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Income (Loss)** | 1 Ordinary income (loss) from trade or business activities | 1 | 5152. | See page 4 of the Shareholder's Instructions for Schedule K-1 (1120S). |
| | 2 Net income (loss) from rental real estate activities | 2 | | |
| | 3 Net income (loss) from other rental activities | 3 | | |
| | 4 Portfolio income (loss): | | | |
| | a Interest income | 4a | | Form 1040, line 8a |
| | b (1) Qualified dividends | 4b(1) | | Form 1040, line 9b |
| | (2) Total ordinary dividends | 4b(2) | | Form 1040, line 9a |
| | c Royalty income | 4c | | Sch. E, Part I, line 4 |
| | d (1) Net short-term capital gain (loss) (post-May 5, 2003) | 4d(1) | | Sch. D, line 5, col. (g) |
| | (2) Net-short capital gain (loss) (entire year) | 4d(2) | | Sch. D, line 5, col. (f) |
| | e (1) Net long-term capital gain (loss) (post-May 5, 2003) | 4e(1) | | Sch. D, line 12, col. (g) |
| | (2) Net long-term capital gain (loss) (entire year) | 4e(2) | | Sch. D, line 12, col. (f) |
| | f Other portfolio income (loss) (attach schedule) | 4f | | (Enter on applicable line of your return.) |
| | 5 a Net section 1231 gain (loss) (post-May 5, 2003) | 5a | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | b Net section 1231 gain (loss) (entire year) | 5b | | |
| | 6 Other income (loss) (attach schedule) | 6 | | (Enter on applicable line of your return.) |
| **Deductions** | 7 Charitable contributions (attach schedule) | 7 | | Sch. A, line 15 or 16 |
| | 8 Section 179 expense deduction | 8 | | See page 5 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 9 Deductions related to portfolio income (loss) (attach schedule) | 9 | | |
| | 10 Other deductions (attach schedule) | 10 | | |
| **Investment Interest** | 11 a Interest expense on investment debts | 11a | | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b(2), 4c, and 4f above | 11b(1) | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | (2) Investment expenses included on line 9 above | 11b(2) | | |
| **Credits** | 12 a Credit for alcohol used as fuel | 12a | | Form 6478, line 10 |
| | b Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships | 12b(1) | | Form 8586, line 5 |
| | (2) Other than on line 12b(1) | 12b(2) | | |
| | c Qualified rehabilitation expenditures related to rental real estate activities | 12c | | See pages 6 and 7 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | d Credits (other than credits shown on lines 12b and 12c) related to rental real estate activities | 12d | | |
| | e Credits related to other rental activities | 12e | | |
| | 13 Other credits | 13 | | |

JWA  For Paperwork Reduction Act Notice, see the Instructions for Form 1120S.    Schedule K-1 (Form 1120S) 2003

311741
01-07-04

9

SHAREHOLDER NUMBER 1

00016

6712

Schedule K-1 (Form 1120S) 2003  SWABI, INC DBA SEASONS PIZZA            02-0501577   Page 2

| | | (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| **Adjustments and Tax Preference Items** | 14 a | Depreciation adjustment on property placed in service after 1986 | 14a | | See page 6 of the Shareholder's Instructions for Schedule K-1 (Form 1120S) and Instructions for Form 6251 |
| | b | Adjusted gain or loss | 14b | | |
| | c | Depletion (other than oil and gas) | 14c | | |
| | d | (1) Gross income from oil, gas, or geothermal properties | 14d(1) | | |
| | | (2) Deductions allocable to oil, gas, or geothermal properties | 14d(2) | | |
| | e | Other adjustments and tax preference items (attach schedule) | 14e | | |
| **Foreign Taxes** | 15 a | Name of foreign country or U.S. possession ▶ | | | |
| | b | Gross income from all sources | 15b | | |
| | c | Gross income sourced at shareholder level | 15c | | |
| | d | Foreign gross income sourced at corporate level: | | | |
| | | (1) Passive | 15d(1) | | |
| | | (2) Listed categories (attach schedule) | 15d(2) | | |
| | | (3) General limitation | 15d(3) | | Form 1116, Part I |
| | e | Deductions allocated and apportioned at shareholder level: | | | |
| | | (1) Interest expense | 15e(1) | | |
| | | (2) Other | 15e(2) | | |
| | f | Deductions allocated and apportioned at corporate level to foreign source income: | | | |
| | | (1) Passive | 15f(1) | | |
| | | (2) Listed categories (attach schedule) | 15f(2) | | |
| | | (3) General limitation | 15f(3) | | |
| | g | Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 15g | | Form 1116, Part II |
| | h | Reduction in taxes available for credit (attach schedule) | 15h | | See Instructions for Form 1116 |
| **Other** | 16 | Section 59(e)(2) expenditures: a Type ▶ | | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | b | Amount | 16b | | |
| | 17 | Tax-exempt interest income | 17 | | Form 1040, line 8b |
| | 18 | Other tax-exempt income | 18 | | |
| | 19 | Nondeductible expenses | 19 | | |
| | 20 | Property distributions (including cash) other than dividend distributions reported to you on Form 1099-DIV | 20 | | See page 7 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 21 | Amount of loan repayments for "Loans From Shareholders" | 21 | | |
| | 22 | Recapture of low-income housing credit: | | | |
| | a | From section 42(j)(5) partnerships | 22a | | Form 8611, line 8 |
| | b | Other than on line 22a | 22b | | |
| **Supplemental Information** | 23 | Supplemental information required to be reported separately to each shareholder (attach additional schedules if more space is needed): | | | |

JWA
311742
01-07-04

Schedule K-1 (Form 1120S) 2003

10                          SHAREHOLDER NUMBER 1

00017

6711

# SCHEDULE K-1
**(Form 1120S)**

Department of the Treasury
Internal Revenue Service

## Shareholder's Share of Income, Credits, Deductions, etc.

► See separate instructions.

For calendar year 2003 or tax year
beginning _____ and ending _____

OMB No. 1545-0130

**2003**

| Shareholder's identifying number ▶ 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 | Corporation's identifying number ▶ 02-0501577 |
|---|---|
| Shareholder's name, address, and ZIP code | Corporation's name, address, and ZIP code |
| HATEM. KOFAHI<br>18 FAIRWAY 28<br>DERRY NH 03038 | SWABI, INC<br>DBA SEASONS PIZZA<br>15 CRYSTAL AVENUE<br>DERRY, NH   03038 |

A  Shareholder's percentage of stock ownership for tax year (see instructions for Schedule K-1) ................................ ▶ 50.000000%

B  Internal Revenue Service Center where corporation filed its return ▶ CINCINNATI, OH

C  Tax shelter registration number (see instructions for Schedule K-1) .................................... ▶ _____

D  Check applicable boxes: (1) ☐ Final K-1    (2) ☐ Amended K-1

| | (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Income (Loss)** | 1  Ordinary income (loss) from trade or business activities .............. | 1 | 5151. | See page 4 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 2  Net income (loss) from rental real estate activities .............. | 2 | | |
| | 3  Net income (loss) from other rental activities .............. | 3 | | |
| | 4  Portfolio income (loss): | | | |
| | a  Interest income .............. | 4a | | Form 1040, line 8a |
| | b (1) Qualified dividends .............. | 4b(1) | | Form 1040, line 9b |
| | (2) Total ordinary dividends .............. | 4b(2) | | Form 1040, line 9a |
| | c  Royalty income .............. | 4c | | Sch. E, Part I, line 4 |
| | d (1) Net short-term capital gain (loss) (post-May 5, 2003) .............. | 4d(1) | | Sch. D, line 5, col. (g) |
| | (2) Net short-term capital gain (loss) (entire year) .............. | 4d(2) | | Sch. D, line 5, col. (f) |
| | e (1) Net long-term capital gain (loss) (post-May 5, 2003) .............. | 4e(1) | | Sch. D, line 12, col. (g) |
| | (2) Net long-term capital gain (loss) (entire year) .............. | 4e(2) | | Sch. D, line 12, col. (f) |
| | f  Other portfolio income (loss) (attach schedule) .............. | 4f | | (Enter on applicable line of your return.) |
| | 5 a Net section 1231 gain (loss) (post-May 5, 2003) .............. | 5a | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | b  Net section 1231 gain (loss) (entire year) .............. | 5b | | |
| | 6  Other income (loss) (attach schedule) .............. | 6 | | (Enter on applicable line of your return.) |
| **Deductions** | 7  Charitable contributions (attach schedule) .............. | 7 | | Sch. A, line 15 or 16 |
| | 8  Section 179 expense deduction .............. | 8 | | See page 5 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 9  Deductions related to portfolio income (loss) (attach schedule) .............. | 9 | | |
| | 10  Other deductions (attach schedule) .............. | 10 | | |
| **Investment Interest** | 11 a Interest expense on investment debts .............. | 11a | | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b(2), 4c, and 4f above .............. | 11b(1) | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | (2) Investment expenses included on line 9 above .............. | 11b(2) | | |
| **Credits** | 12 a Credit for alcohol used as fuel .............. | 12a | | Form 6478, line 10 |
| | b  Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships .............. | 12b(1) | | Form 8586, line 5 |
| | (2) Other than on line 12b(1) .............. | 12b(2) | | |
| | c  Qualified rehabilitation expenditures related to rental real estate activities .............. | 12c | | |
| | d  Credits (other than credits shown on lines 12b and 12c) related to rental real estate activities .............. | 12d | | See pages 6 and 7 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | e  Credits related to other rental activities .............. | 12e | | |
| | 13  Other credits .............. | 13 | | |

JWA  For Paperwork Reduction Act Notice, see the Instructions for Form 1120S.

Schedule K-1 (Form 1120S) 2003

311741
01-07-04

11

SHAREHOLDER NUMBER 2

00018

6712

Schedule K-1 (Form 1120S) 2003  SWABI, INC DBA SEASONS PIZZA    02-0501577   Page 2

| (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| **Adjustments and Tax Preference Items** 14 a | Depreciation adjustment on property placed in service after 1986 | 14a | See page 6 of the Shareholder's Instructions for Schedule K-1 (Form 1120S) and Instructions for Form 6251 |
| b | Adjusted gain or loss | 14b | |
| c | Depletion (other than oil and gas) | 14c | |
| d | (1) Gross income from oil, gas, or geothermal properties | 14d(1) | |
| | (2) Deductions allocable to oil, gas, or geothermal properties | 14d(2) | |
| e | Other adjustments and tax preference items (attach schedule) | 14e | |
| **Foreign Taxes** 15 a | Name of foreign country or U.S. possession ▶ | | |
| b | Gross income from all sources | 15b | |
| c | Gross income sourced at shareholder level | 15c | |
| d | Foreign gross income sourced at corporate level: | | |
| | (1) Passive | 15d(1) | |
| | (2) Listed categories (attach schedule) | 15d(2) | |
| | (3) General limitation | 15d(3) | |
| e | Deductions allocated and apportioned at shareholder level: | | |
| | (1) Interest expense | 15e(1) | |
| | (2) Other | 15e(2) | |
| f | Deductions allocated and apportioned at corporate level to foreign source income: | | Form 1116, Part I |
| | (1) Passive | 15f(1) | |
| | (2) Listed categories (attach schedule) | 15f(2) | |
| | (3) General limitation | 15f(3) | |
| g | Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 15g | Form 1116, Part II |
| h | Reduction in taxes available for credit (attach schedule) | 15h | See Instructions for Form 1116 |
| **Other** 16 | Section 59(e)(2) expenditures: a Type ▶ | | See Shareholder's Instructions for Schedule K-1 (Form 1120S) |
| b | Amount | 16b | |
| 17 | Tax-exempt interest income | 17 | Form 1040, line 8b |
| 18 | Other tax-exempt income | 18 | |
| 19 | Nondeductible expenses | 19 | |
| 20 | Property distributions (including cash) other than dividend distributions reported to you on Form 1099-DIV | 20 | See page 7 of the Shareholder's Instructions for Schedule K-1 (Form 1120S) |
| 21 | Amount of loan repayments for "Loans From Shareholders" | 21 | |
| 22 | Recapture of low-income housing credit: | | |
| a | From section 42(j)(5) partnerships | 22a | Form 8611, line 8 |
| b | Other than on line 22a | 22b | |
| **Supplemental Information** 23 | Supplemental information required to be reported separately to each shareholder (attach additional schedules if more space is needed): | | |

JWA
311742
01-07-04

Schedule K-1 (Form 1120S) 2003

12                          SHAREHOLDER NUMBER 2

00019

FORM
**BT-SUMMARY**

NEW HAMPSHIRE DEPARTMENT OF REVENUE ADMINISTRATION
**BUSINESS TAX SUMMARY**

For the CALENDAR year 2003 or other taxable period beginning _____ and ending _____
Mo  Day  Year                    Mo  Day  Year

FOR DRA USE ONLY

**SEQUENCE #1**

| STEP 1 | PROPRIETORSHIP - LAST NAME | FIRST NAME & INITIAL | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| Please Print or Type | PROPRIETORSHIP - SPOUSE'S LAST NAME | FIRST NAME & INITIAL | SPOUSE'S SOCIAL SECURITY NUMBER |

| CORPORATE, PARTNERSHIP, FIDUCIARY OR NON-PROFIT NAME | FEDERAL EMPLOYER IDENTIFICATION NUMBER |
|---|---|
| SWABI, INC | 02-0501577 |
| NUMBER & STREET ADDRESS | DEPARTMENT IDENTIFICATION NUMBER |
| 15 CRYSTAL AVENUE | |
| ADDRESS (continued) | PRINCIPAL BUSINESS ACTIVITY CODE (Federal) |
| | 722210 |

CITY/TOWN, STATE & ZIP CODE
DERRY, NH                    03038

**STEP 2** Return Type and Federal Information

ARE YOU REQUIRED TO FILE A BET RETURN:  YES  X    NO _____
ARE YOU REQUIRED TO FILE A BPT RETURN:  YES  X    NO _____

If you checked yes, please make sure the complete return is attached to the BT-Summary.

[X] (2) CORPORATION          [ ] (3) PARTNERSHIP          [ ] (1) PROPRIETORSHIP          [ ] AMENDED RETURN
[ ] (2) COMBINED GROUP   OR   [ ] (5) NON-PROFIT          [ ] (4) FIDUCIARY          [ ] FINAL RETURN

[ ] Check here if the IRS has made any agreed or partially agreed to adjustments for any federal income tax return which has not been previously reported to New Hampshire. Enter years covered by IRS _____    Do not use this form to report an IRS adjustment. See Step 2 instructions.

**STEP 3**    PLEASE COMPLETE THE BET AND/OR BPT RETURN(S) AND THEN THE BUSINESS TAX SUMMARY

**STEP 4** Figure Your Balance Due or Overpayment

| | | | | | |
|---|---|---|---|---|---|
| 1(a) | Business Enterprise Tax Net of Statutory Credit | | 1(a) | 469 | |
| (b) | Business Profits Tax Net of Statutory Credits | | 1(b) | 629 | 1  1098 |
| 2 | PAYMENTS: | | | | |
| (a) | Tax paid with application for extension | | 2(a) | | |
| (b) | Total of this year's estimated tax payments | | 2(b) | | |
| (c) | Credit carryover from prior year | | 2(c) | | |
| (d) | Paid with original return (Amended returns only) | | 2(d) | | 2 |
| 3 | TAX DUE: (Line 1 minus Line 2) | | | | 3  1098 |
| 4 | ADDITIONS TO TAX: | | | | |
| (a) | Interest (See instructions) | 4(a) | | | |
| (b) | Failure to Pay (See instructions) | 4(b) | | | |
| (c) | Failure to File (See instructions) | 4(c) | | | |
| (d) | Underpayment of Estimated Tax (See instructions) | 4(d) | | 48 | 4  48 |
| 5(a) | Subtotal of Amount Due (Line 3 plus Line 4) | | 5(a) | 1146 | |
| 5(b) | Return Payment Made Electronically | | 5(b) | | |
| 5 | BALANCE DUE: Line 5(a) minus 5(b). Make your payment on line at www.state.nh.us/revenue or make check payable to: STATE OF NEW HAMPSHIRE. Enclose, but do not staple or tape, your payment with this return. | | | | 5  1146 |
| 6 | OVERPAYMENT: [Line 1 plus Line 4 minus Lines 2 and 5(b)] | | 6 | | |
| 7 | Apply overpayment amount of Line 6 to:  (a)Credit – Next Year's tax liability | | | | 7(a) |
| | (b)Refund - Allow 12 weeks for processing | | | | 7(b) |

**THIS RETURN MUST BE ACCOMPANIED BY COMPLETE AND LEGIBLE COPIES OF THE APPROPRIATE FEDERAL FORMS AND SCHEDULES.**

**STEP 5** Signature(s)

Under penalties of perjury, I declare that I have examined this summary and the attached returns, and to the best of my belief they are true, correct and complete. If prepared by a person other than the taxpayer, this declaration is based on all information of which the preparer has knowledge. If a combined group, I also certify that all affiliated companies are included in the appropriate group described in this return.

02/10/2004

FOR DRA USE ONLY

| SIGNATURE (IN INK) | DATE | SIGNATURE (IN INK) OF PAID PREPARER OTHER THAN TAXPAYER | DATE |
|---|---|---|---|
| | | 02-0343936 | |
| TITLE | | PREPARER'S TAX IDENTIFICATION NUMBER | |
| | | 28 BIRCH STREET | |
| SPOUSE'S SIGNATURE (IN INK) (PROPRIETORSHIP ONLY) | DATE | PREPARER'S ADDRESS | |
| | | DERRY, NH    03038 | |
| | | CITY/TOWN, STATE & ZIP CODE | |

MAIL TO:
NH DEPT OF REVENUE ADMINISTRATION
DOCUMENT PROCESSING DIVISION
PO BOX 637
CONCORD NH 03302-0637

365121 10-28-03 PFX

BT-SUMMARY
Rev. 10/03

1

FORM
BET

**NEW HAMPSHIRE DEPARTMENT OF REVENUE ADMINISTRATION**
**BUSINESS ENTERPRISE TAX RETURN FOR CORPORATIONS,**
**PARTNERSHIPS, FIDUCIARIES AND NON-PROFIT ORGANIZATIONS**

SEQUENCE # 2

YOU ARE REQUIRED TO FILE THIS RETURN IF THE GROSS RECEIPTS WERE GREATER THAN $150,000 OR
THE ENTERPRISE VALUE TAX BASE WAS GREATER THAN $75,000.

**LINE–BY–LINE INSTRUCTIONS**

| STEP 1 Name and FEIN | At the top of the return enter the beginning and ending dates of the taxable period if different than the calendar year. |
| | Please PRINT the Corporate, Partnership, Fiduciary or Non-Profit name and federal employer identification number in the spaces provided. |

| BET-80 Apportion- ment | Business Enterprise Tax Base Apportionment: Form BET-80, BUSINESS ENTERPRISE TAX APPORTIONMENT, must be completed in order to determine the values for Lines 1, 2 and 3 of the Form BET. Use Form BET-80 if your business activity is both inside and outside NH. |

| STEP 2 Compute the Enterprise Value Tax Base | If business activity was both inside and outside NH: | If business activity was 100% inside NH |
| | Line 1   Enter the total amount from the BET-80, Line 17. | Line 1   Enter the total dividends paid. |
| | Line 2   Enter the total amount from the BET-80, Line 24. | Line 2   Enter the total compensation on wages paid or accrued. |
| | Line 3   Enter the total amount from the BET-80, Line 29. | Line 3   Enter the total interest paid or accrued. |
| | Line 4   Enter the sum of Lines 1, 2 and 3. | Line 4   Enter the sum of Lines 1, 2 and 3. |
| | | See BET instructions and quick checklist. |

| STEP 3 Figure Your Tax | Line 5   Multiply Line 4 by .0075. |
| | Line 6   STATUTORY CREDITS |
| | (a) Enter the amount of any CDFA (Investment Tax Credit) claimed pursuant to RSA 162-L:10. The amount of the credit shall not exceed the lesser of the total Business Enterprise Tax liability or $200,000 for tax periods ending prior to July 1, 1999 or $1,000,000 for tax periods ending after June 30, 1999. If you also claim this credit on your BPT or other tax form(s) the combined total shall not exceed $200,000 for tax periods ending prior to July 1, 1999 or $1,000,000 for tax years ending after June 30, 1999. |
| | (b) Enter the Community Reinvestment and Opportunity (CROP) Credit as authorized by your agreement with the Department of Resources and Economic Development (DRED) under RSA 162-N. |
| | Line 7   Enter the total amount of Line 5 minus Line 6. IF NEGATIVE, ENTER ZERO. Enter the amount from Line 7 on Line 1(a) of the BT-Summary. |

For the CALENDAR year **2003** or other taxable period beginning _____ and ending _____
                                                                    Mo  Day  Year                    Mo  Day  Year

| STEP 1 Please Print or Type Name | CORPORATE, PARTNERSHIP, FIDUCIARY, OR NON-PROFIT NAME  SWABI, INC  DBA SEASONS PIZZA | FEDERAL EMPLOYER IDENTIFICATION NUMBER  02-0501577 |
| | | DEPARTMENT IDENTIFICATION NUMBER |

If your business activities are conducted both inside and outside New Hampshire AND the business enterprise is subject to a tax in another state, whether or not it is actually imposed by the other state, then the business enterprise must apportion its enterprise value tax base. Complete Form BET-80 to determine the values for Lines 1, 2 and 3. If you need Form BET-80 and it is not included in your booklet, it may be obtained from our web site at www.state.nh.us/revenue or by calling (603) 271-2192.

| STEP 2 Compute the Taxable Enterprise Value Tax Base | 1   Dividends Paid | 1 | 0 | | |
| | 2   Compensation and Wages Paid or Accrued | 2 | 62086 | | |
| | 3   Interest Paid or Accrued | 3 | 438 | | |
| | 4   Taxable Enterprise Value Tax Base (Sum of Lines 1, 2 and 3) | | | 4 | 62524 |
| STEP 3 Figure Your Tax | 5   NH Business Enterprise Tax (Line 4 multiplied by .0075) | | | 5 | 469 |
| | 6   STATUTORY CREDITS (a) RSA 162-L:10, CDFA-Investment Tax Credit | 6(a) | | | |
| | (b) RSA 162-N, CROP Credit | 6(b) | | 6 | |
| | 7   Business Enterprise Tax Net of Statutory Credits (Line 5 minus Line 6.) (IF NEGATIVE, ENTER ZERO) ENTER THIS AMOUNT ON LINE 1(a) OF THE BT-SUMMARY. | | | 7 | 469 |

365311
10-28-03   CCH                    IF YOU HAVE COMPLETED THIS RETURN IT MUST BE FILED WITH THE BT-SUMMARY.          BET
                                                                                                                  Rev. 10/03

00021

| FORM | NEW HAMPSHIRE DEPARTMENT OF REVENUE ADMINISTRATION | | | |
|---|---|---|---|---|
| **NH-1120** | **CORPORATION BUSINESS PROFITS TAX RETURN** | | | **SEQUENCE # 4** |

For the CALENDAR year **2003** or other taxable period beginning _____ _____ _____   and ending _____ _____ _____
Mo  Day  Year                    Mo  Day  Year

Due Date for CALENDAR year filers is on or before March 15, 2004 or the 15th day of the 3rd month after the close of the taxable period.
**YOU ARE REQUIRED TO FILE THIS FORM IF GROSS BUSINESS INCOME WAS GREATER THAN $50,000.**

| STEP 1 Please Print or Type | Name of Corporation **SWABI, INC** **DBA SEASONS PIZZA** | FEDERAL EMPLOYER IDENTIFICATION NUMBER OR DEPARTMENT IDENTIFICATION NUMBER **02-0501577** |
|---|---|---|

| STEP 2 Questions | | | |
|---|---|---|---|
| A | Is the corporation filing its tax return on an IRS approved 52/53 week tax year? | Yes _____ | No **X** |
| B | Does the corporation file with the IRS as part of a federal consolidated return? | Yes _____ | No **X** |
| C | Is this corporation affiliated with any other business organization that files business tax returns with this department? Please identify by name and FEIN: _____ | Yes _____ | No **X** |
| D | Does the corporation file as part of a unitary group in any other jurisdiction? | Yes _____ | No **X** |
| E | Is this a "combined" business profits tax return? | Yes _____ | No **X** |

If the answer to "E" is yes, do not complete this return. You must file a NH-1120-WE return. You may download the Business tax forms for Combined Groups from our web site at www.state.nh.us/revenue or call (603) 271-2192 to request the business tax booklet for Combined Groups.

| STEP 3 Figure Your Taxes | 1 | Gross Business Profits | | | Bonus Depreciation |
|---|---|---|---|---|---|
| | | (a) Taxable income (loss) before net operating loss deduction and special deductions (Attach copy of federal return) | 1(a) | 12916 | **X** |
| | | (b) Separate entity or passive loss limitation adjustments | 1(b) | | |
| | | (c) NH Gross Business Profits (Combine Line 1(a) and Line 1(b)) | | | |
| | | (If negative, show in parenthesis. See worksheet for Net Operating Loss, NOL, provisions) | 1(c) | 12916 | |

2  Additions and Deductions
| | | |
|---|---|---|
| (a) Add back income taxes or franchise taxes measured by income (Attach schedule of taxes by state) | 2(a) | ( ) |
| (b) NH Net Operating Loss Deduction (Attach Form DP-132) | 2(b) | ( ) |
| (c) Interest on direct US Obligations | 2(c) | ( ) |
| (d) Wage adjustment required by IRC Section 280C | 2(d) | ( ) |
| (e) Deductible dividends | 2(e) | ( ) |
| (f) Income exempt under federal constitutional law, net of related expenses | 2(f) | ( ) |
| (g) Distribution from joint venture or partnership subject to NH taxation (Attach schedule: Name, FEIN, and amount distributed) | 2(g) | ( ) |
| (h) Foreign dividend gross-up (I.R.C. Section 78) | 2(h) | ( ) |
| (i) Research contribution (See RSA 77-A:4 XII. Attach computation) | 2(i) | ( ) |
| (j) Contributions made to a Qualified Investment Capital Company (Attach a schedule detailing name, FEIN and amount) | 2(j) | ( ) |
| (k) Add back return of capital from Qualified Investment Capital Company (Attach a schedule detailing name, FEIN and amount) | 2(k) | ( ) |
| (l) Combine Lines 2(a) through 2(k). If negative, show in parenthesis | 2(l) | |

| | 3 | Adjusted Gross Business Profits (Line 1(c) adjusted by Line 2(l). If negative, show in parenthesis) | 3 | 12916 |
|---|---|---|---|---|
| | 4 | New Hampshire Apportionment (Attach Form DP-80) | 4 | 1.000000 |
| | 5 | New Hampshire Taxable Business Profits (Line 3 x Line 4. If negative, enter zero.) | 5 | 12916 |
| | 6 | New Hampshire Business Profits Tax (Line 5 x 8.5%) | 6 | 1098 |

| STEP 4 Figure Your Credits | 7 | Credits allowed under RSA 77-A:5 (Attach Form DP-160) | 7 | |
|---|---|---|---|---|
| | 8 | Subtotal (Line 6 minus Line 7) | 8 | 1098 |
| | 9 | Business Enterprise Tax Credit | 9 | 469 |
| | 10 | Business Enterprise Tax Credit to be applied against Business Profits Tax (Enter the lesser of Line 8 or Line 9) | 10 | 469 |
| | 11 | NH Business Profits Tax Net of Statutory Credits (Line 8 less Line 10. IF NEGATIVE, ENTER ZERO.) | 11 | 629 |

Enter the amount from Line 11 on Line 1(b) of the BT-Summary.

385401
10-28-03   **CCH**   If you have completed this return it must be filed with the BT-Summary and all applicable Federal forms.

NH-1120
Rev. 10/03

3

00022

| FORM | NEW HAMPSHIRE DEPARTMENT OF REVENUE ADMINISTRATION | SEQUENCE #6 |
|---|---|---|
| DP-2210/2220 | EXCEPTIONS AND PENALTY FOR THE UNDERPAYMENT OF ESTIMATED TAX | |

CHECK ONE
[X] BUSINESS TAX RETURNS
[ ] INTEREST & DIVIDENDS TAX RETURN
[ ] OTHER _____

For the CALENDAR year 2003 or other taxable period beginning _____ Mo Day Year _____ and ending _____ Mo Day Year _____

| NAME | FEDERAL EMPLOYER IDENTIFICATION NUMBER OR SOCIAL SECURITY NUMBER OR DEPARTMENT IDENTIFICATION NUMBER |
|---|---|
| SWABI, INC DBA SEASONS PIZZA | 02-0501577 |

## PART I - FIGURE YOUR UNDERPAYMENT

| 1 | Current year tax | $ | 1098. |
|---|---|---|---|
| 2 | 90% of Line 1 (Line 1 x .90) | $ | 988. |

| | | A | B | C | D |
|---|---|---|---|---|---|
| 3(a) | Enter in columns A through D the installment dates that correspond to the 15th of the 4th, 6th, 9th, and 12th months of your tax period or specify statutory due dates. (I&D filers see instructions) | 04/15/2003 | 06/16/2003 | 09/15/2003 | 12/15/2003 |
| 3(b) | Applicable percentages | 25% | 25% | 25% | 25% |
| 3(c) | Enter Line 2 multiplied by Line 3(b) for columns A through D | 247. | 247. | 247. | 247. |
| 4 | Amount paid timely or credited for each period | | | | |
| 5 | Overpayment of previous installment | | | | |
| 6 | Total (add Line 4 plus Line 5) | | | | |
| 7 | Overpayment [Line 6 minus Line 3(c)]. Enter in Line 5 next column | | | | |
| 8 | Underpayment (Line 3(c) minus Line 6) | 247. | 247. | 247. | 247. |

## PART II - EXCEPTIONS TO PENALTY - SEE INSTRUCTIONS

| | | A | B | C | D |
|---|---|---|---|---|---|
| 9 | Cumulative amount paid or credited from the beginning of the tax year through the installment dates that correspond to the 15th day of the 4th, 6th, 9th, and 12th months of your tax period from Line 4. (I&D calendar year filers see instructions) | | | | |
| 10 | Applicable percentages | 25% | 50% | 75% | 100% |
| 11 | Exception, pursuant to RSA 21-J:32,IV(a), prior period's tax (prior year must be 12 full months) | 157. | 313. | 470. | 626. |
| 12 | Applicable percentages | 25% | 50% | 75% | 100% |
| 13 | Exception, pursuant to RSA 21-J:32,IV(b), prior period's tax base and facts using current year's tax rate | 156. | 313. | 469. | 626. |
| 14 | Applicable percentages | 22.5% | 45% | 67.5% | 90% |
| 15 | Exception, pursuant to RSA 21-J:32,IV(c), tax on annualized income (Attach Schedule) | | | | |

## PART III - COMPUTE THE PENALTY

| | | A | B | C | D |
|---|---|---|---|---|---|
| 16 | Amount of underpayment from Part I, Line 8 | | | | |
| 17 | Enter the date of payment or statutory due date of tax, whichever is earlier | | | | |
| 18 | Enter the number of days from installment date [Line 3(a)] to date shown on Line 17 | | | | |
| 19 | Interest due after 12/31/03 Number of days x 7% x Underpayment at 7%; (see instructions) 366 amount (Line 16) | | | | |
| 20 | Interest due through 12/31/03 Number of days x 8% x Underpayment at 8%; (see instructions) 365 amount (Line 16) Note: For interest rate in other years see instructions | | | | |
| 21 | Penalty for Underpayment of Estimated Tax (Line 19 plus Line 20) | | | | |

| 22 | Total Penalty for Underpayment of Estimated Tax (Total of columns A through D, Line 21) SEE STATEMENT 1 | 48. |
|---|---|---|

DP-2210/2220
Rev. 10/03

PFX
365141 10-28-03

4

00023

FORM
**DP - 120**
Schedule S

NEW HAMPSHIRE DEPARTMENT OF REVENUE ADMINISTRATION
**BUSINESS PROFITS TAX - SMALL BUSINESS CORPORATIONS**
**COMPUTATION OF "S" CORPORATION GROSS BUSINESS PROFITS**    | SEQUENCE # 9 |

| | |
|---|---|
| **INTENT** | It is the primary intent of the Department to equate the federally distinguished subchapter "S" corporations with regular corporations. No part of this form shall be construed as to allow a greater deduction from income or inclusion to income than would be allowable for regular C corporations. (Rev 302.01). |
| **NEED HELP** | Please see Rev 302.01 or contact the Audit Division at (603) 271-3400. Individuals with hearing or speech impairments may call TDD Access: Relay NH 1-800-735-2964. |
| **WHO MUST FILE** | Corporations which qualify for and file as Subchapter "S" corporations for federal income tax purposes pursuant to the Internal Revenue Code, as amended, are treated the same as corporations which file as regular "C" corporations for federal income tax purposes. All business organizations organized as Subchapter "S" corporations for federal income tax purposes must file NH Form DP-120. |
| **WHEN TO FILE** | Form DP-120 must be filed with Form NH-1120. |
| **REFERENCES TO FEDERAL FORMS** | All references to federal tax forms and form lines are based on draft forms available at the time the state forms were printed. If the federal line number and description do not match, follow the line description or contact the Department at (603) 271-3400. |

For the CALENDAR year **2003** or other taxable period beginning _____ Mo Day Year and ending _____ Mo Day year

| | |
|---|---|
| **NAME**<br>SWABI, INC<br>DBA SEASONS PIZZA | **FEDERAL EMPLOYER IDENTIFICATION NUMBER**<br>02-0501577 |

WERE ANY DISTRIBUTIONS MADE TO NEW HAMPSHIRE SHAREHOLDERS? Yes _____ No **X**

If yes, then you are required to file form DP-9 under separate cover by May 1, 2004 to report actual distributions to New Hampshire shareholders.

1   Income and Deductions from Federal Form 1120S. SHOW ALL LOSSES IN PARENTHESIS, e.g. ($50)

   (a) Ordinary income (loss) from trade or business activities

   (Federal Form 1120S, Page 1, Line 21) ........................... 1(a)    | 10303 |

   (b) Net income (loss) from rental real estate activities

   (Federal Form 1120S, Schedule K, Line 2) ..................... 1(b)

   (c) Net income (loss) from other rental activities

   (Federal Form 1120S, Schedule K, Line 3) ..................... 1(c)

   (d) Portfolio income (loss) such as but not limited to

   interest, dividend or royalty income

   (Federal Form 1120S, Schedule K, Lines 4a, b, c & f) ..... 1(d)

   (e) Capital gain on the sale of assets

   (Federal Form 1120S, Schedule K, Lines 4d & 4e(1)) ..... 1(e)

   (f) Net gain (loss) under section 1231

   (Federal Form 1120S, Schedule K, Line 5) ..................... 1(f)

   (g) Other income (loss) from "S" corporation activities

   (Federal Form 1120S, Schedule K, Line 6) ..................... 1(g)

   (h) Other "S" Corporation expenses (Federal Form 1120S,

   Schedule K, Lines 7, 8, 9 & 10) .

   (Refer to Rev 302.01 for limitations) ........................... 1(h) | ( ) |

   (i) Total "S" corporation income and deductions

   (Combine Lines 1(a) through 1(h)) .................................. 1(i)    | 10303 |

2   Other deductions not included in "S" Corporation return allowable to "C" Corporations under the

   Internal Revenue Code. (Attach supporting schedule) .................. 2 | ( ) |

3   "S" Corporation Gross Business Profits (Loss.)

   (Combine Line 1(i) and Line 2. Enter here and on Form NH-1120, page 1, Line 1(a) .......... 3    | 10303 |

365461
10-28-03   **CCH**

DP-120
Schedule S
Rev. 10/03

00024

SWABI, INC DBA SEASONS PI                                              02-0501577

ORM DP-2210/2220      COMPUTATION OF UNDERPAYMENT PENALTY           STATEMENT    1

| EVENT AMOUNT | TYPE | REMAINING UNDERPAYMENT | PERIOD OF UNDERPAYMENT | | DAYS | INTEREST RATE | AMOUNT OF PENALTY |
|---|---|---|---|---|---|---|---|
| 247. | Q | 247. | 04/15/2003 | 12/31/2003 | 260 | 8.0000 | 14. |
|  | R | 247. | 12/31/2003 | 03/15/2004 | 75 | 7.0000 | 4. |
| 247. | Q | 247. | 06/16/2003 | 12/31/2003 | 198 | 8.0000 | 11. |
|  | R | 247. | 12/31/2003 | 03/15/2004 | 75 | 7.0000 | 4. |
| 247. | Q | 247. | 09/15/2003 | 12/31/2003 | 107 | 8.0000 | 6. |
|  | R | 247. | 12/31/2003 | 03/15/2004 | 75 | 7.0000 | 4. |
| 247. | Q | 247. | 12/15/2003 | 12/31/2003 | 16 | 8.0000 | 1. |
|  | R | 247. | 12/31/2003 | 03/15/2004 | 75 | 7.0000 | 4. |

TOTAL TO FORM DP-2210/2220 LINE 22                                        48.

EVENT TYPE: Q = QUARTERLY AMOUNT DUE
            P = PAYMENT
            R = INTEREST RATE CHANGE
            L = LEAP YEAR CHANGE
            O = OVERPAYMENT FROM PRIOR YEAR/QUARTER

STATEMENT(S) 1

00025

FORM
**CORP**
Schedule R

NEW HAMPSHIRE DEPARTMENT OF REVENUE ADMINISTRATION
**CORPORATE BUSINESS PROFITS TAX RECONCILIATION OF**
**NH GROSS BUSINESS PROFITS SCHEDULE R**

SEQUENCE # 13

For the CALENDAR year <u>2003</u> or other taxable period beginning _____ and ending _____

| Name | FEIN |
|---|---|
| SWABI, INC<br>DBA SEASONS PIZZA | 02-0501577 |

This Schedule R shall be used to reconcile the Taxable Income before Net Operating Loss and Special Deductions line of the federal corporate income tax return filed with the Internal Revenue Service to the federal income calculated using the Internal Revenue Code (IRC) in effect on December 31, 2000. The revised calculation of federal income shall be used for the NH's Gross Business Profits Taxable Income on Line 1(a) of the NH-1120.

| | | | | |
|---|---|---|---|---|
| 1 | Federal Income (Loss) from business activities from return filed with IRS | 1 | | 10303. |
| 2 | Additions required to federal income: | | | |
| | (a) IRC Section 179 expense taken on federal return for assets placed in service during the current taxable period | 2(a) | | 0. |
| | (b) Bonus depreciation on assets acquired after September 10, 2001 (Federal Form 4562) | 2(b) | | 2750. |
| | (c) Current period depreciation reported on federal return for assets for which additional IRC Section 179 deductions were reported in any taxable period and/or for which bonus depreciation was reported in any taxable period | 2(c) | | 138. |
| | (d) Other amounts reported on federal return that need to be adjusted due to revisions to the IRC in effect on December 31, 2000 | 2(d) | | |
| | (e) Total additions (Sum of Line 2(a) through Line 2(d)) | 2(e) | | 2888. |
| 3 | Deductions required from federal income: (The deductions allowed in this section are the deductions that would be allowed on assets placed in service in 2001 through 2003 using the IRC in effect on on 12/31/2000.) | | | |
| | (a) IRC Section 179 expense allowed on assets placed in service during current taxable period | 3(a) | | 0. |
| | (b) Current taxable period depreciation allowable for assets for which the bonus depreciation deductions reported for any taxable period and/or additional Section 179 deductions for any taxable period reported on the federal return | 3(b) | | 275. |
| | (c) Other deductions required due to revisions to the IRC in effect on December 31, 2000 | 3(c) | | |
| | (d) Total deductions (Sum of Line 3(a) through Line 3(c)) | 3(d) | | 275. |
| 4 | Adjustments required on sale of assets acquired after September 10, 2001 or on which additional IRC Section 179 expense was taken. (The federal calculation of any gain or loss on the sale of these assets must be adjusted to reflect the different NH basis for the assets) | | | |
| | (a) Federal gain (loss) on sale of assets acquired after September 10, 2001 or on which the additional IRC Section 179 expense was taken | 4(a) | | |
| | (b) Gross sales price for assets acquired after September 10, 2001, or on which the additional IRC Section 179 expense was taken, and sold in current taxable period | 4(b) | | |
| | (c) NH basis of assets acquired after September 10, 2001, or on which additional IRC Section 179 expense was taken, and sold in current taxable period | 4(c) | | |
| | (d) NH gain (NH loss) on sale of assets acquired after September 10, 2001 on which additional IRC Section 179 expense was taken. [Line 4(b) MINUS Line 4(c)] | 4(d) | | |
| | (e) Total adjustments for sale of assets (Line 4(d) minus 4(a)) | 4(e) | | |
| 5 | Adjusted Gross Business Profits (Enter this amount on Line 1(a) of your NH Corporate Business Profits Tax return) Line 1 plus Line 2(e) minus Line 3(d) plus Line 4(e) | 5 | | 12916. |

This schedule must be attached to your Corporate Business Profits Tax Return and you must check the box on the front of the return indicating Special Depreciation.

Corp
Schedule R
Rev. 10/03

365321
11-04-03  **CCH**

7

00026





Swabi, Inc.
DBA Seasons Pizza, 16 Crystal Avenue
Derry, NH 03038

Toheed Zaman
18 Birch Street Apt 3
Derry, NH 03038

Social Security #: 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
Department:        Default Department
Employee ID:       16
Period beginning:  9/27/2004
Period end:        10/3/2004
Check Date:        10/8/2004
Check number:      1511

YTD Used Available

| | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| HOURLY | 10.5000 | 40.00 | 420.00 | |
| Total/Avera | | 40.00 | 420.00 | 7,980.00 |

| | | | Amount | YTD |
|---|---|---|---|---|
| Federal W/H | | | 40.00 | 760.00 |
| FICA-Med | | | 6.09 | 115.71 |
| FICA-SS | | | 26.04 | 494.76 |
| Total Withholdings | | | | |

| Deductions | Amount | YTD |
|---|---|---|
| Total Deductions | 0.00 | 0.00 |

FIRST CLASS MAIL

FIRST CLASS MAIL

FIRST CLASS MAIL

FITZGERALD & COMPANY, LLC

FitzGerald & Company LLC
Attorneys at Law
18 Tremont Street, Suite 210
Boston, MA 02108
www.fitzgeraldlawcompany.com

United States Citizenship & Immigration Services
Eastern Service Center
75 Lower Welden Street
St. Albans, VT 05479-0001

IMMEDIATE ATTENTION
REQUESTED

RECEIVED
JAN 21 PM 4:20
2005

IMMEDIATE ATTENTION
REQUESTED

00028



U.S. Department of Homeland Security
75 Lower Welden Street
St. Albans, VT 05479

**U.S. Citizenship
and Immigration
Services**

December 20, 2004

SWABI INC
ATTN ROXANA VERONICA MURO ESQ
FITZGERALD & COMPANY LLC
18 TREMONT ST RM 210
BOSTON MA 02108-2301

A Number: A79681723
File Receipt Number: EAC0404750469
Beneficiary: ZAMAN, TOHEED

Dear Sir/Madam:

On December 8, 2003, Swabi, Inc., dba Seasons Pizza filed an Immigrant Petition for Alien Worker (Form I-140) to classify Toheed Zaman as a cook under section 203(b)(3) of the Immigration and Nationality Act, supported by a Department of Labor Certification (Form ETA-750). The ETA-750 has a priority date (filing date) of May 30, 2003.

Title 8, Code of Federal Regulations, part 204.5(g) states in part:

(2)     Any petition filed by or for an employment-based immigrant which requires an offer of employment must be accompanied by evidence that the prospective United States employer has the ability to pay the proffered wage. The petitioner must demonstrate this ability at the time the priority date is established and continuing until the beneficiary obtains lawful permanent residence.

The petitioning company is a restaurant, established in 1998. The company currently employs 2 people. The record indicates the petitioning company has employed the beneficiary since October 2002. The ETA-750 indicates the recommended annual salary (proffered wage) for this position is $21,840.00. This position requires the minimum education, training or experience of 6 months experience in food preparation.

On August 31, 2004 a Notice of Action (Form I-797) was sent to the petitioning company requesting the following additional information in support of the petition:

Additional evidence to establish the ability to pay the proffered wage by submitting either the petitioning company's 2003 United States federal income tax return(s), with all schedules and attachments, or the company's annual reports for 2003 accompanied by audited or reviewed financial statements, or as secondary evidence copies of the beneficiary's 2003 Form W-2 Wage and Tax Statement(s) showing how much the beneficiary was paid by the company.

**www.uscis.gov**

S

Page 2
A79681723
EAC0404750469

On October 25, 2004 the petitioning company submitted the following additional evidence:

- A photocopy of 2 of the beneficiary's paystubs dated October 8th and October 15, 2004.
- A copy of the company's 1120s Tax Return and related schedules for 2003.

Form W-2 Wage and Tax Statements for the beneficiary were not submitted.

The paystubs submitted as evidence indicate the petitioning company paid beneficiary $8,400.00 as of October 10, 2004. A full-time employee working from January of 2004 and paid the proffered wage indicated on the ETA-750 should have earned approximately $15,000.00 by October of 2004.

The 2003 Tax return shows the petitioning company had an income of $10,303.00. Line 8 of the company's tax returns indicate that there were no salaries and wages paid in 2003. Schedule A indicates the company incurred some expenses identified as cost of labor that totaled $8,736.00. Schedule L of the tax return indicates net current assets in 2003 of $11,146.00.

The company's income and current assets fall far below the amount needed to meet the salary required by the ETA-750. Additionally, the beneficiary's paystubs also reflect that the proffered wage is not being met. The evidence submitted does not establish that the company had the ability to pay the proffered wage of $21,840.00.

Although it was not included in the notice of action, the record does not contain any evidence of the beneficiary's required experience, beyond the work experience listed on Part B. of the ETA-750.

Evidence relating to qualifying experience or training should be in the form of letter(s) from current or former employer(s) or trainer(s), and should include the name, address and title of the writer. A specific description of the duties performed by the alien or of the training received as well as the beginning and ending dates of employment should be provided in the letters submitted. Experience/training received through prior employment should be documented by the prior employer. If such evidence is unavailable, other documentation relating to the alien's experience will be considered. Evidence of the beneficiary's experience should be addressed in any future filings.

In visa petition proceedings, the petitioner bears the burden of establishing eligibility for the benefits sought. See Matter of Brantigan, 11 I. & N. Dec. 493 (BIA 1966).

In view of the above, the petition is denied.

You may appeal this decision by filing a completed Form I-290B with the Vermont Service Center within 30 days from the date of this notice, 33 days if this notice was received by mail. A copy of Form I-290B, Notice of Appeal to the Administrative Appeals Unit, is enclosed for your use. While your appeal will be decided by the Administrative Appeals Unit (AAU) in Washington, DC, it should be sent to the Vermont Service Center with the required fee of $110.00 at the following address:

Vermont Service Center
75 Lower Welden Street
St. Albans, VT  05479

Page 3
A79681723
EAC0404750469

You may also include a brief or other written statement in support of your appeal.  If no appeal is filed within the time allowed, this decision is final.

Sincerely,

*Paul E. Novak G.*

Paul E. Novak, Jr.
Center Director

Enclosure(s)

CC:     SWABI INC
        15 CRYSTAL AVENUE
        DERRY NH  03038

**U.S. Department of Justice**
Immigration and Naturalization Service

**Notice of Entry of Appearance as Attorney or Representative**

**Appearances** - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2 (b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: Season's Pizza (Petitioner) | Date: 10/5/05 |
|---|---|
| Toheed Zaman (Beneficiary) | File No. 79-681-723 |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

| Name: | ☒ Petitioner    ☐ Applicant |
|---|---|
| | ☐ Beneficiary |

| Address: (Apt. No.)    (Number & Street) | (City) | (State) | (Zip Code) |
|---|---|---|---|
| 15 Crystal Avenue | Derry | NH | 03038 |

| Name: | ☐ Petitioner    ☐ Applicant |
|---|---|
| Toheed Zaman | ☒ Beneficiary |

| Address: (Apt. No.)    (Number & Street) | (City) | (State) | (Zip Code) |
|---|---|---|---|
| #3    18 Birch Street | Derry | NH | |

*Check Applicable Item(s) below:*

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

MA-SJCt.  and am not under a court or administrative agency
*Name of Court*
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with

the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. (*If you check this item, also check item 1 or 2 whichever is appropriate.*)

☐ 4. Others (Explain Fully.)

| SIGNATURE | COMPLETE ADDRESS |
|---|---|
| | FitzGerald & Company, LLC |
| | 59 Temple Place, Suite 444 |
| | Boston, MA 02111 |
| NAME (Type or Print) | TELEPHONE NUMBER |
| Roxana Veronica Muro | (617) 542-0033 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

Roxana Veronica Muro

(Name of Attorney or Representative)

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

Season's Pizza    I-140 Petition for Immigrant Worker

| Name of Person Consenting | Signature of Person Consenting | Date |
|---|---|---|
| Vaqar Purzada | | 12/5/05 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y

00032

U.S. Department of Homeland Security
Bureau of Citizenship and Immigration Services

OMB No. 1615-0015; Exp. 8-31-04

**I-140, Immigrant Petition for Alien Worker**

**START HERE - Please Type or Print.**

**FOR BCIS USE ONLY**

**Part 1.  Information about the person or organization filing this petition.**
If an individual is filing, use the top name line. Organizations should use the second line.

| Family Name (Last Name) | Given Name (First Name) | Full Middle Name |
|---|---|---|
| | | |

Company or Organization Name

Swabi, Inc. dba Season's Pizza

Address: (Street Number and Name)                                    Suite #

15 Crystal Avenue

Attn:

| City | State/Province |
|---|---|
| Derry | NH |

| Country | Zip/Postal Code |
|---|---|
| USA | 03038 |

| IRS Tax # | Social Security # (if any) | E-Mail Address (if any) |
|---|---|---|
| 02-0501577 | | |

**Part 2. Petition type.**

This petition is being filed for: (Check one)

a. ☐ An alien of extraordinary ability.
b. ☐ An outstanding professor or researcher.
c. ☐ A multinational executive or manager.
d. ☐ A member of the professions holding an advanced degree or an alien of exceptional ability (who is NOT seeking a National Interest Waiver).
e. ☐ A skilled worker (requiring at least two years of specialized training or experience) or a professional.
f. ☐ Item E no longer available.
g. ☒ Any other worker (requiring less than two years of training or experience).
h. ☐ An alien applying for a National Interest Waiver (who IS a member of the professions holding an advanced degree or an alien of exceptional ability).

**Part 3. Information about the person you are filing for.**

| Family Name (Last Name) | Given Name (First Name) | Full Middle Name |
|---|---|---|
| Zaman | Toheed | |

Address: (Street Number and Name)                                    Apt. #

| 18 Birch Street | 3 |
|---|---|

C/O: (In Care Of)

| City | State/Province |
|---|---|
| Derry | NH |

| Country | Zip/Postal Code | E-Mail Address (if any) |
|---|---|---|
| USA | 03038 | |

| Daytime Phone # (with a real/country code) | Date of Birth (mm/dd/yyyy) |
|---|---|
| (603)434-9623 | 09/11/1973 |

| City/Town/Village of Birth | State/Province of Birth | Country of Birth |
|---|---|---|
| Swabi | | Pakistan |

| Country of Nationality/Citizenship | A # (if any) | Social Security # (if any) |
|---|---|---|
| Pakistani | 79-681-723 | - - - |

| IF IN THE U.S. | Date of Arrival (mm/dd/yyyy) | I-94 # (Arrival/Departure Document) |
|---|---|---|
| | 07/15/1999 | 069547098 08 |
| | Current Nonimmigrant Status | Date Status Expires (mm/dd/yyyy) |
| | B2OVST | 01-14-2000 |

NSEERS ok
FIN#13242706
isn 7/21/04

**FOR BCIS USE ONLY (right column)**

Returned

Date

Date

Resubmitted

Date

Date

Reloc Sent

Date

Date

Reloc Rec'd

Date

Date

Receipt

Classification:
☐ 203(b)(1)(A) Alien of Extraordinary
☐ 203(b)(1)(B) Outstanding Professor or Researcher
☐ 203(b)(1)(C) Multi-national executive or manager
☐ 203(b)(2) Member of professions w/adv. degree or exceptional ability
☒ 203(b)(3)(A)(i) Skilled Worker
☐ 203(b)(3)(A)(ii) Professional
☐ 203(b)(3)(A)(iii) Other worker

Certification:
☐ National Interest Waiver (NIW)
☐ Schedule A, Group I
☐ Schedule A, Group II

Priority Date            Consulate
5-30-03          (2) 245

Remarks   E-31         430

**Action Block**

Denied at VSC

DEC 2004

Paul E. Novak Jr.

To Be Completed By
Attorney or Representative, if any.
☒ Fill in box if G-28 is attached to represent the applicant.

ATTY State License #   653657

Form I-140 (Rev. 05/120/03)N (Prior versions may be used until 09/30/03)

00033

## Part 4. Processing Information.

**1.** Please complete the following for the person named in Part 3: *(Check one)*

[ ] Alien will apply for a visa abroad at the American Embassy or Consulate at:

City                      Foreign Country

[X] Alien is in the United States and will apply for adjustment of status to that of lawful permanent resident.
Alien's country of current residence or, if now in the U.S., last permanent residence abroad

**2.** If you provided a U.S. address in Part 3, print the person's foreign address:

**3.** If the person's native alphabet is other than Roman letters, write the person's foreign name and address in the native alphabet:

| | | | |
|---|---|---|---|
| **4.** Are you filing any other petitions or applications with this one? | [X] No | | [ ] Yes-attach an explanation |
| **5.** Is the person you are filing for in removal proceedings? | [ ] No | | [X] Yes-attach an explanation |
| **6.** Has any immigrant visa petition ever been filed by or on behalf of this person? | [X] No | | [ ] Yes-attach an explanation |

If you answered yes to any of these questions, please provide the case number, office location, date of decision and disposition of the decision on a separate sheet(s) of paper.

## Part 5. Additional information about the petitioner.

**1.** Type of petitioner *(Check one).*

[X] Employer    [ ] Self    [ ] Other (Explain, e.g., Permanent Resident, U.S. Citizen or any other person filing on behalf of the alien.)

**2.** If a company, give the following:

| Type of Business | Date Established *(mm/dd/yyyy)* | Current Number of Employees |
|---|---|---|
| Restaurant | 07/20/1998 | 2 |
| Gross Annual Income | Net Annual Income | NAICS Code |
| 240,028 | 146,996 | 7 2 2 1 1 0 |

**3.** If an individual, give the following:

| Occupation | Annual Income |
|---|---|
| | |

## Part 6. Basic information about the proposed employment.

**1.** Job Title                             **2.** SOC Code

Food Preparer                    3 5 — 2 0 2 1

**3.** Nontechnical Description of Job

Perform food preparation duties other than cooking. Prepare cold foods, shell fish, slicing meat, brewing coffee and tea.

**4.** Address where the person will work if different from address in Part 1.

**5.** Is this a full-time position?      **6.** If the answer to Number 5 is "No," how many hours per week for the position?

[X] Yes   [ ] No

| | | |
|---|---|---|
| **7.** Is this a permanent position? | **8.** Is this a new position? | **9.** Wages per week |
| [X] Yes [ ] No | [ ] Yes [X] No | $ 10.50 per hour |

Form I-140 (Rev, 05/20/03)N (Prior versions maybe used until 09/30/03) Page 2

00034

**Part 7. Information on spouse and all children of the person for whom you are filing.**

List husband/wife and all children related to the individual for whom the petition is being filed. Provide an attachment of additional family members, if needed.

| Name (First/Middle/Last) | Relationship | Date of Birth (mm/dd/yyyy) | Country of Birth |
|---|---|---|---|
| none | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Part 8.  Signature.**  *Read the information on penalties in the instructions before completing this section. If someone helped you prepare this petition, he or she must complete Part 9.*

I certify, under penalty of perjury under the laws of the United States of America, that this petition and the evidence submitted with it are all true and correct. I authorize the release of any information from my records that the Bureau of Citizenship Immigration Services needs to determine eligibility for the benefit I am seeking.

| Petitioner's Signature | Daytime Phone Number (Area/Country Code) | E-mail Address |
|---|---|---|

| Print Name | Date (mm/dd/yyyy) |
|---|---|
| Vazeer Purzada | 12/5/2003 |

**Please Note:** If you *do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested benefit and this petition may be denied.*

**Part 9. Signature of person preparing form, if other than above.**    *(Sign below)*

I declare that I prepared this petition at the request of the above person and it is based on all information of which I have knowledge.

**Attorney or Representative:** In the event of a Request for Evidence (RFE) may the BCIS contact you by Fax or E-mail? ☐ Yes   ☐ No

| Signature | Print Name | Date (mm/dd/yyyy) |
|---|---|---|
| | Roxana Veronica Muro, | 12/5/03 |

**Firm Name and Address**

FitzGerald & Company, LLC, 59 Temple Place, Suite 444, Boston, MA 02111

| Daytime Phone Number (Area/Country Code) | Fax Number (Area/Country Code) | E-mail Address |
|---|---|---|
| (617)   542-0033 | (617)   542-8410 | rmuro@fitzgeraldlawcompany.com |

00035

# Attachment to Form I-140

### CONTINUATION SHEET

ZAMAN, Toheed                              File Number: 79-681-723

Employer Name: Swabi, Inc. dba Season's Pizza

Employer Address:                 15 Crystal Avenue
              Derry, NH USA 03038

Employer's IRS tax #: 02-0501577
Employer's Social Security #:   - -

Exclusion/deportation proceeding explanation:

The beneficiary is currently in removal proceedings before the Immigration Court in Boston, Massachusetts. As a result of special registration requirements, the beneficiary was placed into removal proceedings.

# FITZGERALD & COMPANY, LLC

FitzGerald & Company LLC
Attorneys at Law
59 Temple Place, Suite 444
Boston, MA 02111

T: 617.542.0033
F: 617.542.8410
www.fitzgeraldlawcompany.com

December 5, 2003

United States Citizenship & Immigration Services
Eastern Service Center
75 Lower Welden Street
St. Albans, VT 05479-0001

RE:              Toheed Zaman
Our File No.:    2127
Your File No.:   A 79-681-723

Dear Sir or Madam:

Enclosed please find the following documents to be filed in reference to the above-captioned matter:

1.    Form G-28;
2.    Form I-140;
3.    Approved Labor Certification;
4.    Financial Documents; and
5.    Filing fee ($135.00).

The enclosed 2002 income tax return reflects a total gross profit for the company of $146,171. The profit is distributed to payment of officers and employees. The compensation of the company's employees coupled with the ordinary income equates the profit produced by the entity. The profit generated in 2002 was $64,570.00, more than three times the proffered annual wage for the beneficiary.

Should you have any other questions or concerns please do not hesitate to contact me. Thank you for your attention to this matter.

Sincerely,

Roxana V. Muro

RVM/me
Enclosure

00037

Season's Pizza, Petitioner
Toheed Zaman, Beneficiary
A 79-681-723

Copy of Approved Labor Certification

**U.S. DEPARTMENT OF LABOR**
**EMPLOYMENT AND TRAINING ADMINISTRATION**
**JFK Federal Building E-350**
**Cambridge Street**
**Boston, Massachusetts 02203**

**FINAL DETERMINATION**

P2003-NH-01335850                          In reply refer to 1TGESC: MKO

November 24, 2003                                   <u>Toheed Zaman</u>
                                                     Alien's name

                                                        <u>Cook</u>
                                                   Alien's Occupation

Season's Pizza
Rozana Muro
c/o London Lara FitzGerald, LLC
59 Temple Place
Suite 444
Boston, MA 02111

                                                   <u>May 30, 2003</u>
                                          Date of acceptance for processing


The Department of Labor has made a determination on your Application for Employment Certification pursuant to Title 20, Code of Federal Regulations, Part 656 and as required by the Immigration and Nationality Act, as amended.

<u>Form ETA 750 **has been certified** and is enclosed</u>. This certification must be attached to the I-140 petition and filed with the Immigration and Naturalization Service, U.S. Department of Justice, Eastern Service Center, 75 Lower Welden Street, St. Albans, Vermont 05479-0001.


RAIMUNDO A. LOPEZ
Regional Certifying Officer

cc:     State ES Agency
        Season's Pizza
        Toheed Zaman

Attachments: ETA 750A, ETA 750B                    ETA 7145PA(REV.MAR.,1990)

00039

OMB Approval No. 44-R1301

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

**APPLICATION**
**FOR**
**ALIEN EMPLOYMENT CERTIFICATION**

IMPORTANT: READ CAREFULLY BEFORE COMPLETING THIS FORM
*PRINT legibly in ink or use a typewriter. If you need more space to answer questions on this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature.*

*To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (US.U.S.C. 1001)*

**PART A. OFFER OF EMPLOYMENT**

| 1. Name of Alien *(Family name in capital letter, First, Middle, Maiden)* | | | |
|---|---|---|---|
| ZAMAN, Toheed | | | |

| 2. Present Address of Alien *(Number, Street, City and Town, State ZIP Code or Province, Country)* | 3. Type of Visa *(If in U.S.)* |
|---|---|
| 18 Birch Street, Derry, NH 03038 USA | B2 overstay |

The following information is submitted as evidence of an offer of employment.

| 4. Name of Employer *(Full name of organization)* | 5. Telephone *(Area Code and Number)* |
|---|---|
| Swabi, Inc. d/b/a/ Season's Pizza (FEIN: 02-0501577) | (603) 434-9623 |

| 6. Address *(Number, Street, City or Town, Country, State, Zip Code)* |
|---|
| 15 Crystal Avenue, Derry, NH 03038, USA |

7. Address Where Alien Will Work *(if different from item 6)*

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule *(Hourly)* | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | | a. Basic | b. Overtime |
| Restaurant | Food Preparer | 40 | n/a | 5 a.m. 1 p.m. | $ 10.50 per hour | $ n/a per hour |

13. Describe Fully the Job to be Performed *(Duties)*

Perform a variety of food preparation duties other than cooking, such as preparing cold foods and shellfish, slicing meat, slicing cheese for pizza, preparing dough and brewing coffee or tea. Maintain kitchen area in immaculate condition before end of shift, which includes wrapping all food items and shutting off of cooking equipment.

14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactory the job duties described in Item 13 above.

15. Other Special Requirements

| EDU-CATION *(Enter number of years)* | Grade School | High School | College | College Degree Required *(specify)* |
|---|---|---|---|---|
| | | 4 | | |
| | | | | Major Field of Study |

| TRAIN-ING | No. Yrs. | No. Mos. | Type of Training |
|---|---|---|---|

| EXPERI-ENCE | Job Offered | | Related Occupation | | Related Occupation *(specify)* |
|---|---|---|---|---|---|
| | Yrs. | Mos. | Number Yrs. | Mos. | |
| | | | | 6 | food preparation |

| 16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor | Supervisor | 17. Number of Employees Alien Will Supervise | 0 |
|---|---|---|---|

ENDORSEMENTS *(Make no entry in section - for government use only)*

**CERTIFICATION**
PURSUANT TO THE PROVISIONS OF SECTION 212 (A) (14) OF THE IMMIGRATION AND NATIONALITY ACT AS AMENDED I HEREBY CERTIFY THAT THERE ARE NOT SUFFICIENT U.S. WORKERS AVAILABLE AND THE EMPLOYMENT OF THE ABOVE WILL NOT ADVERSELY AFFECT THE WAGES AND WORKING CONDITIONS OF THE WORKERS IN THE U.S. SIMILARLY EMPLOYED.

| Date Forms Received | |
|---|---|
| MAY 3 0 2003 | S.O. MAY 3 0 2003 |
| R.O. | N.O. |
| Ind. Code 5812 | Occ. Code 313.361-014 |
| Occ. Title FOOD SERVICE WORKER | |

*Raimundo A. Lopez* (CERTIFYING OFFICER)

JUN 2 4 2003 (DATE)

*Replaces MA 7-50A, B and C (Apr. 1970 edition) which is obsolete.*

ETA 750 (Oct. 1979)

## PART B. STATEMENT OF QUALIFICATIONS  ALIEN

FOR ADVICE CONCERNING REQUIREMENTS F    LIEN EMPLOYMENT CERTIFICATION: If alien is    U.S., contact nearest office of Immigration and Naturalization Service. If alien is ou...de U.S., contact nearest U.S. Consulate.

**IMPORTANT:  READ ATTACHED INSTRUCTIONS BEFORE COMPLETING THIS FORM.**

Print legibly in ink or use a typewriter.  If you need space to fully answer any questions on this form, use a separate sheet.  Identify each answer with the number of the corresponding question.  Sign and date each sheet.

| 1. Name of Alien (Family name in capital letters) | First Name | Middle Name | Maiden Name |
|---|---|---|---|
| ZAMAN | Toheed | | |

| 2. Present Address (No., Street, City or Town, State or Province and ZIP Code | Country | 3. Type of Visa (If in U.S. |
|---|---|---|
| 18 Birch Street, Derry, NH 03038 | USA | B2 overstay |

| 4. Alien's Birthdate (Month, Day, Year) | 5. Birthplace (City or Town, State or Province) | Country | 6. Present Nationality or Citizenship (Country) |
|---|---|---|---|
| September 11, 1973 | Peshawar, Swabi | Pakistan | Pakistani |

**7. Address in United States Where Alien Will Reside**

18 Birch Street, #3
Derry, NH 03038

| 8. Name and Address of Prospective Employer if Alien has job offer in U.S. | 9. Occupation in which Alien is Seeking Work |
|---|---|
| Season's Pizza<br><br>15 Crystal Avenue, Derry, NH 03038, USA | Food Preparation |

10. "X" the appropriate box below and furnish the information required for the box marked

| | | City in Foreign Country | Foreign Country |
|---|---|---|---|
| a. ☐ | Alien will apply for a visa abroad at the American Consulate in | | |
| b. ☒ | Alien is in the United States and will apply for adjustment of status to that of a lawful permanent resident in the office of the Immigration and Naturalization Service at | City<br>Boston | State<br>MA |

| 11. Names and Addresses of Schools, Colleges and Universities Attended (Include trade or vocational training facilities) | Field of Study | FROM | | TO | | Degrees or Certificates Received |
|---|---|---|---|---|---|---|
| | | Month | Year | Month | Year | |
| Board of Intermediate and Secondary Education | General Studies | Sept. | 1991 | Jun. | 1993 | diploma |
| | | Jan. | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### SPECIAL QUALIFICATIONS AND SKILLS

12. Additional Qualifications and Skills Alien Possesses and Proficiency in the use of Tools, Machines or Equipment Which Would Help Establish if Alien Meets Requirements for Occupation in Item 9.

13. List Licenses (Professional, journeyman, etc.)

14. List Documents Attached Which are Submitted as Evidence that Alien Possesses the Education, Training, Experience, and Abilities Represented

offer of employment

| Endorsements | DATE REC. DOL |
|---|---|
| | O.T. & C. |
| (Make no entry in this section -- FOR Government Agency USE ONLY) | |

(Items continued on next page)

Season's Pizza, Petiti\_ \_r
Toheed Zaman, Beneficiary
A 79-681-723

Copy of Financial Document

| Form **1120S** | **U.S. Income Tax Return for an S Corporation** | OMB No. 1545-0130 |
|---|---|---|

▶ Do not file this form unless the corporation has timely filed
Form 2553 to elect to be an S corporation.

Department of the Treasury
Internal Revenue Service

**2002**

For calendar year 2002, or tax year beginning _____, and ending _____

| A Effective date of election as an S corporation **07/20/1998** | Use IRS label. Otherwise, print or type. | Name **SWABI, INC** **DBA SEASONS PIZZA** | C Employer identification number **02-0501577** |
|---|---|---|---|
| B Business code no. (see pages 29-31) **722210** | | Number, street, and room or suite no. (If a P.O. box, see page 11 of the instructions.) **15 CRYSTAL AVENUE** | D Date incorporated **07/20/1998** |
| | | City or town, state, and ZIP code **DERRY, NH 03038** | E Total assets (see page 11) $ **86419.** |

F Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return

G Enter number of shareholders in the corporation at end of the tax year ▶ **2**

Caution: Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

**Income**

| | | | |
|---|---|---|---|
| 1 a | Gross receipts or sales **240028.** b Less returns and allowances _____ c Bal ▶ | 1c | **240028.** |
| 2 | Cost of goods sold (Schedule A, line 8) | 2 | **93857.** |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | **146171.** |
| 4 | Net gain (loss) from Form 4797, Part II, line 18 (attach Form 4797) | 4 | |
| 5 | Other income (loss) (attach schedule)                    STATEMENT 1 | 5 | **525.** |
| 6 | Total income (loss). Combine lines 3 through 5 ▶ | 6 | **146696.** |

**Deductions (See instructions for limitations)**

| | | | |
|---|---|---|---|
| 7 | Compensation of officers | 7 | **57200.** |
| 8 | Salaries and wages (less employment credits) | 8 | |
| 9 | Repairs and maintenance | 9 | **290.** |
| 10 | Bad debts | 10 | |
| 11 | Rents | 11 | **23019.** |
| 12 | Taxes and licenses                    STATEMENT 2 | 12 | **23999.** |
| 13 | Interest | 13 | **2040.** |
| 14 a | Depreciation (if required, attach Form 4562) | 14a | **2424.** | |
| b | Depreciation claimed on Schedule A and elsewhere on return | 14b | |
| c | Subtract line 14b from line 14a | 14c | **2424.** |
| 15 | Depletion (Do not deduct oil and gas depletion.) | 15 | |
| 16 | Advertising | 16 | **295.** |
| 17 | Pension, profit-sharing, etc., plans | 17 | |
| 18 | Employee benefit programs | 18 | |
| 19 | Other deductions (attach schedule)                    STATEMENT 3 | 19 | **30059.** |
| 20 | Total deductions. Add the amounts shown in the far right column for lines 7 through 19 ▶ | 20 | **139326.** |
| 21 | Ordinary income (loss) from trade or business activities. Subtract line 20 from line 6 | 21 | **7370.** |

**Tax and Payments**

| | | | |
|---|---|---|---|
| 22 | Tax: a Excess net passive income tax (attach schedule) | 22a | |
| b | Tax from Schedule D (Form 1120S) | 22b | |
| c | Add lines 22a and 22b | 22c | |
| 23 | Payments: a 2002 estimated tax payments and amount applied from 2001 return | 23a | |
| b | Tax deposited with Form 7004 | 23b | |
| c | Credit for Federal tax paid on fuels (attach Form 4136) | 23c | |
| d | Add lines 23a through 23c | 23d | |
| 24 | Estimated tax penalty. Check if Form 2220 is attached ▶ ☐ | 24 | |
| 25 | Tax due. If the total of lines 22c and 24 is larger than line 23d, enter amount owed. See instructions for depository method of payment ▶ | 25 | |
| 26 | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid ▶ | 26 | |
| 27 | Enter amount of line 26 you want: Credited to 2003 estimated tax ▶ _____ Refunded ▶ | 27 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____    Title _____

May the IRS discuss this return with the preparer shown below (see instr.)? ☐ Yes ☐ No

CLIENTS' COPY

**Paid Preparer's Use Only**

| Preparer's signature ▶ | | Date **02/24/03** | Check if self-employed ☐ | Preparer's SSN or PTIN **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** |
|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | **PANOS & PANOS, INC.** **28 BIRCH STREET** **DERRY, NH     03038** | | EIN **02-0343936** | |
| | | | Phone no. | |

JWA  For Paperwork Reduction Act Notice, see the separate instructions.
211701 12-03-02

1

Form **1120S** (2002)

00043

**U.S. Department of Homeland Security**
United States Citizenship and Immigration Services

Notice of Action
Page 1

| Applicant/Petitioner A# | | Application/Petition<br>Immigrant Petition for Alien Worker (Form I-140) |
|---|---|---|
| Receipt #<br>EAC0404750469 | | Applicant/Petitioner<br>SWABI INC DBA SEASONS PIZZA |
| Notice Date<br>August 31, 2004 | Page<br>1 | Beneficiary<br>ZAMAN, TOHEED |

SWABI INC DBA SEASONS PIZZA
ATTN ROXANA VERONICA MURO ESQ
FITZGERALD & COMPANY LLC
59 TEMPLE PLACE SUITE 444
BOSTON MA 02111



12/09/2003   EAC-04-047-50469   EACKMF01

**IMPORTANT: THIS NOTICE CONTAINS YOUR UNIQUE NUMBER AND MUST BE RESUBMITTED IN THE ORIGINAL WITH THE REQUESTED INFORMATION. WHEN YOU HAVE COMPLIED WITH THE INSTRUCTIONS ON THIS FORM, RESUBMIT THIS NOTICE AND ALL REQUESTED DOCUMENTS AND/OR INFORMATION.**

1. YOUR RESPONSE MUST BE RECEIVED IN THIS OFFICE ON OR BEFORE **November 26, 2004.**
2. REGULATIONS REQUIRE THAT THE REQUESTED EVIDENCE BE SUBMITTED WITHIN 12 WEEKS.
3. ALL DOCUMENTATION REQUESTED SHOULD BE SUBMITTED TOGETHER.
4. SUBMISSIONS RECEIVED AFTER THE ABOVE DATE WILL NOT BE ACCEPTED.
5. YOU MAY NOT RECEIVE AN EXTENSION OF TIME IN ORDER TO SUBMIT THE REQUESTED DOCUMENTATION.

From the date this office receives your resubmission a minimum of 14 days will be required to process your form. If you have not heard from us within **60 days** then you may contact the USCIS National Customer Service Center (NCSC) at **1-800-375-5283.** If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833.**

Submit additional evidence to establish that you had the ability to pay the proffered wage or salary of $10.50 per hour as of May 30, 2003, the date of filing, and continuing to the present.

Submit the 2003 United States federal income tax return(s), with all schedules and attachments, for your business. If your business is organized as a corporation, submit the corporate tax return. If the business is organized as a sole proprietorship, submit the owner's individual tax return (Form 1040) as well as Schedule C relating to the business.

As an alternative you may submit annual reports for 2003 which are accompanied by audited or reviewed financial statements.

If the beneficiary was employed by you in 2003, submit copies of the beneficiary's Form W-2 Wage and Tax Statement(s) showing how much the beneficiary was paid by your business.

You will be notified separately about any other applications or petitions you filed. Please enclose this original notice with your response. You may wish to make a copy of it for your records. If you write to us about this case, or if you file another application based on this decision, please enclose a copy of this notice. Our address is:

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES
VERMONT SERVICE CENTER          561
75 LOWER WELDEN STREET
ST. ALBANS, VT 05479-0001

Form I-797 (8/03/90) Y

**FITZGERALD & COMPANY, LLC**

FitzGerald & Company LLC
Attorneys at Law
18 Tremont Street, Suite 210
Boston, MA 02108

T:617.523.6320
F:617.523.6324
fitzgeraldlawcompany.com

October 22, 2004

United States Citizenship & Immigration Services
Eastern Service Center
75 Lower Welden Street
St. Albans, VT  05479-0001

RE:              Toheed Zaman
Our File No.:    2127
Your File No.:   EAC 0404750469

Dear Sir or Madam:

Enclosed please find the following documents to be filed in reference to the above-captioned matter:

1.    Form I-797;
2.    2003 Tax Returns with schedules and attachments; and
3.    Memorandum of Law in Support of I-140 Approval.

Should you have any other questions or concerns please do not hesitate to contact me.

Thank you for your attention to this matter.

Sincerely,

Roxana V. Muro

RVM/me
Enclosure

00045

# United States Citizenship and Immigration Services

# Vermont Service Center

SWABI Inc, DBA Season's Pizza, LLC,
Petitioner

Toheed Zaman,
Beneficiary

EAC 0404750469

Roxana V. Muro, Esq.
FitzGerald & Company, LLC
18 Tremont Street, Suite 210
Boston, MA  02108
Telephone (617) 523-6320
Facsimile (617) 523-6324
rmuro@fitzgeraldlawcompany.com

In reference to the present I-140 Petition for an Immigrant Worker, the petitioner, Season's Pizza, submitted tax returns for 2003 indicating that they have a total of $243,315.00 in gross receipts and sales and a gross profit of $146,958.00 (See Attached 2003 Tax Return, Page 1). The financial documents submitted to the Vermont Service Center establish that Season's Pizza has the ability to meet the wages stipulated in the labor certification. The petitioner's total assets for 2003 are $83,874.00 (See Attached 2003 Tax Return, Page 4). The Petitioner is also including a copy of the beneficiary's pay-stub indicating that he is currently receiving the **actual proffered wage**. The pay-stub demonstrates a weekly paycheck of $420.00 or $10.50 per hour. On May 4, 2004, the Office of William Yates issued a memorandum instructing Service Center Directors to approve I-140 Petitions in any one of the following circumstances:

1. The evidence reflects that the petitioner's net income is equal to or greater than the proffered wage;
2. The evidence reflects that the petitioner' current assets are equal to or greater than the proffered wage; and
3. The record contains credible verifiable evidence that petitioner not only is employing the beneficiary but also has paid or currently paying the proffered wage.

The 2003 Tax Returns indicate that the assets are greater than the proffered wage. In the 2003 returns, approximately $53,500.00 represent the salary and wages paid to employees, more than the beneficiary's yearly wage, approximately $10.50 per hour or $21,840.00. As previously stated, the 2003 assets reflect a total of $83,874.00, fax exceeding the liabilities, again evidencing the Petitioner's ability to pay the stipulated wages. The most important factor is that the Petitioner's assets include $8,796.00 in cash and a depreciation of $22,245.00. As recommended in the Yates Memorandum, applications should be approved when the assets are greater than or equal to the stipulated wage—a situation that is present in 2001, 2002 and 2003. As further recommended in the Yates Memorandum, the Petition should be approved if the record contains credible evidence that demonstrates the beneficiary is **actually receiving the stipulated wage**. In

1

Matter of X, WAC 98 071 53033 (AAU non precedent decision 61999), the Administrative Appeals Unit approved an I-140 Petition where the Petitioner submitted tax returns that demonstrated that the depreciation and cash at the end of the year totaled more than the proffered wage. Furthermore, the AAU also noted that the assets outweighed the total liabilities. Similarly, in the evidence submitted along with this petition, the same principle should apply.

Although the Vermont Service Center is not bound to oblige by its prior rulings, its ruling must be one that is in accordance with the law. *See* Louisiana Philharmonic v. INS, 44 F. Supp 2d. 800, 803 (1999). Therefore, the Vermont Service Center should approve this I-140 Petition for an Immigrant Worker.

Respectfully Submitted,

Roxana V. Muro, Esq.
FitzGerald & Company, LLC
18 Tremont Street, Suite 210
Boston, MA 02111
Tel. 617.523-6320
Fax. 617-523-6324
BBO No. 653657
e-mail: rmuro@fitzgeraldlawcompany.com

00048

OCT-22-2004 FRI 01:45    P. 01/01





**Swabi, Inc.**
DBA Season's Pizza, 16 Crystal Avenue
Derry, NH 03038

Toheed Zaman
18 Birch Street Apt 3
Derry, NH 03038

Social Security #: 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
Department: Default Department
Employee ID: 16
Period beginning: 10/4/2004
Period end: 10/10/2004
Check Date: 10/15/2004
Check number: 1517
YTD Used    Available

| | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| HOURLY | 10.5000 | 40.00 | 420.00 | 8,400.00 |
| Total Wages | | | 420.00 | 8,400.00 |
| Federal W/H | | 40.00 | 40.00 | 800.00 |
| FICA-Med | | | 6.09 | 121.80 |
| FICA-SS | | | 26.04 | 520.80 |
| Total Withholdings | | | 72.13 | 1,442.60 |

| Deductions | Amount | YTD |
|---|---|---|
| Total Deductions | 0.00 | 0.00 |

| | Amount | YTD |
|---|---|---|
| Net Check | 347.87 | |
| Direct Deposit Total | 0.00 | 6,957.40 |



**Swabi, Inc.**
DBA Season's Pizza, 16 Crystal Avenue
Derry, NH 03038

Toheed Zaman
18 Birch Street Apt 3
Derry, NH 03038

Social Security #: 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
Department: Default Department
Employee ID: 16
Period beginning: 9/27/2004
Period end: 10/3/2004
Check Date: 10/8/2004
Check number: 1511
YTD Used    Available

| | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| HOURLY | 10.5000 | 40.00 | 420.00 | 7,980.00 |
| Total Wages | | | 420.00 | 7,980.00 |
| Federal W/H | | 40.00 | 40.00 | 760.00 |
| FICA-Med | | | 6.09 | 115.71 |
| FICA-SS | | | 26.04 | 494.76 |
| Total Withholdings | | | 72.13 | 1,370.47 |

| Deductions | Amount | YTD |
|---|---|---|
| Total Deductions | 0.00 | 0.00 |

| | Amount | YTD |
|---|---|---|
| Net Check | 347.87 | |
| Direct Deposit Total | 0.00 | 6,609.53 |

| Form **1120S** | | U.S. Income Tax Return for an S Corporation | | | | OMB No. 1545-0130 |
|---|---|---|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | | ▶ Do not file this form unless the corporation has timely filed<br>Form 2553 to elect to be an S corporation. | | | | **2003** |

For calendar year 2003, or tax year beginning _____ , and ending _____

| **A** Effective date of election<br>as an S corporation<br>**07/20/1998** | Use<br>IRS<br>label.<br>Other-<br>wise,<br>print<br>or type. | Name<br>SWABI, INC<br>DBA SEASONS PIZZA | **C** Employer identification number<br>**02-0501577** |
|---|---|---|---|
| **B** Business code number<br>(see pages 31-33 of the<br>insts.)<br>**722210** | | Number, street, and room or suite no. (If a P.O. box, see page 12 of the instructions.)<br>15 CRYSTAL AVENUE | **D** Date incorporated<br>**07/20/1998** |
| | | City or town, state, and ZIP code<br>DERRY, NH  03038 | **E** Total assets (see page 12 of instr)<br>$ **83874.** |

**F** Check applicable boxes: **(1)** ☐ Initial return  **(2)** ☐ Final return  **(3)** ☐ Name change  **(4)** ☐ Address change  **(5)** ☐ Amended return

**G** Enter number of shareholders in the corporation at end of the tax year ▶ **2**

Caution: Include only trade or business income and expenses on lines 1a through 21. See page 12 of the instructions for more information.

| | | | | |
|---|---|---|---|---|
| **Income** | **1 a** Gross receipts or sales | 243415. | **b** Less returns and allowances | **c** Bal ▶ **1c** | **243415.** |
| | **2** Cost of goods sold (Schedule A, line 8) | | | **2** | **96457.** |
| | **3** Gross profit. Subtract line 2 from line 1c | | | **3** | **146958.** |
| | **4** Net gain (loss) from Form 4797, Part II, line 18 (attach Form 4797) | | | **4** | |
| | **5** Other income (loss) (attach schedule)  STATEMENT 1 | | | **5** | **1500.** |
| | **6** Total income (loss). Combine lines 3 through 5 ▶ | | | **6** | **148458.** |

| | | | | |
|---|---|---|---|---|
| **Deductions (See Instructions for limitations)** | **7** Compensation of officers | | **7** | **53350.** |
| | **8** Salaries and wages (less employment credits) | | **8** | |
| | **9** Repairs and maintenance | | **9** | **1509.** |
| | **10** Bad debts | | **10** | |
| | **11** Rents | | **11** | **23281.** |
| | **12** Taxes and licenses  STATEMENT 2 | | **12** | **23472.** |
| | **13** Interest | | **13** | **438.** |
| | **14 a** Depreciation (Attach Form 4562) | **14a** 5070. | | |
| | **b** Depreciation claimed on Schedule A and elsewhere on return | **14b** | | |
| | **c** Subtract line 14b from line 14a | | **14c** | **5070.** |
| | **15** Depletion (Do not deduct oil and gas depletion.) | | **15** | |
| | **16** Advertising | | **16** | **3550.** |
| | **17** Pension, profit-sharing, etc., plans | | **17** | |
| | **18** Employee benefit programs | | **18** | |
| | **19** Other deductions (attach schedule)  STATEMENT 3 | | **19** | **27485.** |
| | **20** Total deductions. Add the amounts shown in the far right column for lines 7 through 19 ▶ | | **20** | **138155.** |
| | **21** Ordinary income (loss) from trade or business activities. Subtract line 20 from line 6 | | **21** | **10303.** |

| | | | | |
|---|---|---|---|---|
| **Tax and Payments** | **22 Tax: a** Excess net passive income tax (attach schedule) | **22a** | | |
| | **b** Tax from Schedule D (Form 1120S) | **22b** | | |
| | **c** Add lines 22a and 22b | | **22c** | |
| | **23 Payments: a** 2003 estimated tax payments and amount applied from 2002 return | **23a** | | |
| | **b** Tax deposited with Form 7004 | **23b** | | |
| | **c** Credit for Federal tax paid on fuels (attach Form 4136) | **23c** | | |
| | **d** Add lines 23a through 23c | | **23d** | |
| | **24** Estimated tax penalty. Check if Form 2220 is attached ▶ ☐ | | **24** | |
| | **25** Tax due. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | | **25** | |
| | **26** Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | | **26** | |
| | **27** Enter amount of line 26 you want: Credited to 2004 estimated tax ▶ ____ Refunded ▶ | | **27** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| ▶ _____ | _____ | ▶ _____ | May the IRS discuss this return with the preparer shown below (see inst.)? ☐ Yes ☐ No |
|---|---|---|---|
| Signature of officer | Date | Title | |

| **Paid Preparer's Use Only** | Preparer's signature ▶ | | Date **02/10/04** | Check if self-employed ☐ | Preparer's SSN or PTIN **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** |
|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ | PANOS & PANOS, INC.<br>28 BIRCH STREET<br>DERRY, NH  03038 | | EIN **02-0343936** | |
| | | | | Phone no. | |

JWA  For Paperwork Reduction Act Notice, see the separate instructions.      Form **1120S** (2003)
311701
12-15-03

1

00050

Form 1120S (2003)    SWABI, INC DBA SEASONS PIZZA                    02-0501577  Page 2

## Schedule A   Cost of Goods Sold (see page 18 of the instructions)

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | 2350. |
| 2 | Purchases | 2 | 87721. |
| 3 | Cost of labor | 3 | 8736. |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | Total. Add lines 1 through 5 | 6 | 98807. |
| 7 | Inventory at end of year | 7 | 2350. |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | 96457. |

9a Check all methods used for valuing closing inventory:  (i) [X] Cost as described in Regulations section 1.471-3

(ii) [ ] Lower of cost or market as described in Regulations section 1.471-4

(iii) [ ] Other (specify method used and attach explanation) ▶

b Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) ............ ▶ [ ]

c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ............ ▶ [ ]

d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory
computed under LIFO ............ | 9d | |

e If property produced or acquired for resale, do the rules of Section 263A apply to the corporation? ............ [ ] Yes [X] No

f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ............ [ ] Yes [X] No
If "Yes," attach explanation.

## Schedule B   Other Information (see page 19 of the instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check method of accounting: (a) [X] Cash  (b) [ ] Accrual  (c) [ ] Other (specify) ▶ | | |
| 2 | See pages 31 through 33 of the instructions and enter the: | | |
| | (a) Business activity ▶ ACCOMODATION & FOOD SE (b) Product or service ▶ PIZZA & SUBS | | |
| 3 | At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) If "Yes," attach a schedule showing: (a) name, address, and employer identification number and (b) percentage owned | | X |
| 4 | Was the corporation a member of a controlled group subject to the provisions of section 1561? | | X |
| 5 | Check this box if the corporation has filed or is required to file Form 8264, Application for Registration of a Tax Shelter ............ ▶ [ ] | | |
| 6 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ............ ▶ [ ] | | |
| | If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 7 | If the corporation: (a) was a C corporation before it elected to be an S corporation or the corporation acquired an asset with a basis determined by reference to its basis (or the basis of any other property) in the hands of a C corporation and (b) has net unrealized built-in gain (defined in section 1374(d)(1)) in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years ............ ▶ $ | | |
| 8 | Check this box if the corporation had accumulated earnings and profits at the close of the tax year ............ ▶ [ ] | | |
| 9 | Are the corporation's total receipts (see page 19 of the instructions) for the tax year and total assets at the end of the tax year less than $250,000? If "Yes," the corporation is not required to complete Schedules L and M-1 | X | |

Note: If the corporation had assets or operated a business in a foreign country or U.S. possession, it may be required to attach
Schedule N (Form 1120), Foreign Operations of U.S. Corporations, to this return. See Schedule N for details.

## Schedule K   Shareholders' Shares of Income, Credits, Deductions, etc.

| | (a) Pro rata share items | | (b) Total amount |
|---|---|---|---:|
| | **Income (Loss)** | | |
| 1 | Ordinary income (loss) from trade or business activities (page 1, line 21) | 1 | 10303. |
| 2 | Net income (loss) from rental real estate activities (attach Form 8825) | 2 | |
| 3a | Gross income from other rental activities | 3a | |
| b | Expenses from other rental activities (attach schedule) | 3b | |
| c | Net income (loss) from other rental activities. Subtract line 3b from line 3a | 3c | |
| 4 | Portfolio income (loss): | | |
| a | Interest income | 4a | |
| b | Dividends: (1) Qualified dividends ▶ ___ (2) Total ordinary dividends ▶ | 4b(2) | |
| c | Royalty income | 4c | |
| d | Net short-term capital gain (loss): (1) Post-May 5, 2003 ▶ ___ (2) Entire year ▶ | 4d(2) | |
| e | Net long-term capital gain (loss): (1) Post-May 5, 2003 ▶ ___ (2) Entire year ▶ | 4e(2) | |
| f | Other portfolio income (loss) (attach schedule) | 4f | |
| 5 | Net section 1231 gain (loss) (att Form 4797): (a) Post-May 5, 2003 ▶ ___ (b) Entire year ▶ | 5(b) | |
| 6 | Other income (loss) (attach schedule) | 6 | |

JWA                                                          Form **1120S** (2003)

311711
12-15-03

00051

2

Form 1120S (2003)   SWABI, INC, A SEASONS' PIZZA                02-0501577   Page 4

Note: The corporation is not required to complete Schedules L and M-1 if question 9 of Schedule B is answered "Yes."

## Schedule L   Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 6384. | | 8796. |
| 2 a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | 2350. | | 2350. |
| 4 U.S. Government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (Att. Sch.) | | | | |
| 7 Loans to shareholders | | | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (Att. Sch.) | | | | |
| 10 a Buildings and other depreciable assets | 35000. | | 40500. | |
| b Less accumulated depreciation | 13185. | 21815. | 18255. | 22245. |
| 11 a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 12 Land (net of any amortization) | | | | |
| 13 a Intangible assets (amortizable only) | 80465. | | 80411. | |
| b Less accumulated amortization | 26395. | 54070. | 31728. | 48683. |
| 14 Other assets (Att. Sch.)   SEE STATEMENT 4 | | 1800. | | 1800. |
| 15 Total assets | | 86419. | | 83874. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | | | |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (Att. Sch.) | | | | |
| 19 Loans from shareholders | | | | 56233. |
| 20 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 Other liabilities (Att. Sch.) | | | | |
| 22 Capital stock | | | | 5000. |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings   STMT 5 | | 12338. | | 22641. |
| 25 Adjustments to shareholders' equity (Att. Sch.) | | | | |
| 26 Less cost of treasury stock | | ( ) | | ( ) |
| 27 Total liabilities and shareholders' equity | | 12338. | | 83874. |

## Schedule M-1   Reconciliation of Income (Loss) per Books With Income (Loss) per Return

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books | 10303. | 5 Income recorded on books this year not included on Schedule K, lines 1 through 6 (itemize): | |
| 2 Income included on Schedule K, lines 1 through 6, not recorded on books this year (itemize): | | a Tax-exempt interest $ | |
| 3 Expenses recorded on books this year not included on Schedule K, lines 1 through 11a, 15g, and 16b (itemize): | | 6 Deductions included on Schedule K, lines 1 through 11a, 15g, and 16b, not charged against book income this year (itemize): | |
| a Depreciation $ | | a Depreciation $ | |
| b Travel and entertainment $ | | | |
| | | 7 Add lines 5 and 6 | |
| 4 Add lines 1 through 3 | 10303. | 8 Income (loss) (Schedule K, line 23) Line 4 less line 7 | 10303. |

## Schedule M-2   Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see page 29 of the instructions)

| | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|
| 1 Balance at beginning of tax year | 12338. | | |
| 2 Ordinary income from page 1, line 21 | 10303. | | |
| 3 Other additions | | | |
| 4 Loss from page 1, line 21 | ( ) | | |
| 5 Other reductions | ( ) | ( ) | |
| 6 Combine lines 1 through 5 | 22641. | | |
| 7 Distributions other than dividend distributions | | | |
| 8 Balance at end of tax year. Subtract line 7 from line 6 | 22641. | | |

311731
12-15-03   JWA

4

00052

Form 1120S (2003)

Form 1120S (2003)    SWABI, INC DBA SEASONS PIZZA                    02-0501577    Page 3

## Schedule K   Shareholders' Shares of Income, Credits, Deductions, etc. (continued)

| | (a) Pro rata share items | | (b) Total amount |
|---|---|---|---|
| **Deductions** | 7   Charitable contributions (attach schedule) | 7 | |
| | 8   Section 179 expense deduction (attach Form 4562) | 8 | |
| | 9   Deductions related to portfolio income (loss) (itemize) | 9 | |
| | 10   Other deductions (attach schedule) | 10 | |
| **Investment Interest** | 11a  Interest expense on investment debts | 11a | |
| | b (1) Investment income included on lines 4a, 4b(2), 4c, and 4f on page 2 | 11b(1) | |
| | (2) Investment expenses included on line 9 above | 11b(2) | |
| **Credits** | 12a  Credit for alcohol used as a fuel (attach Form 6478) | 12a | |
| | b  Low-income housing credit: | | |
| | (1) From partnerships to which section 42(j)(5) applies | 12b(1) | |
| | (2) Other than on line 12b(1) | 12b(2) | |
| | c  Qualified rehabilitation expenditures related to rental real estate activities (attach Form 3468) | 12c | |
| | d  Credits (other than credits shown on lines 12b and 12c) related to rental real estate activities | 12d | |
| | e  Credits related to other rental activities | 12e | |
| | 13  Other credits | 13 | |
| **Adjustments and Tax Preference Items** | 14a  Depreciation adjustment on property placed in service after 1986 | 14a | |
| | b  Adjusted gain or loss | 14b | |
| | c  Depletion (other than oil and gas) | 14c | |
| | d (1) Gross income from oil, gas, or geothermal properties | 14d(1) | |
| | (2) Deductions allocable to oil, gas, or geothermal properties | 14d(2) | |
| | e  Other adjustments and tax preference items (attach schedule) | 14e | |
| **Foreign Taxes** | 15a  Name of foreign country or U.S. possession ▶ | | |
| | b  Gross income from all sources | 15b | |
| | c  Gross income sourced at shareholder level | 15c | |
| | d  Foreign gross income sourced at corporate level: | | |
| | (1) Passive | 15d(1) | |
| | (2) Listed categories (attach schedule) | 15d(2) | |
| | (3) General limitation | 15d(3) | |
| | e  Deductions allocated and apportioned at shareholder level: | | |
| | (1) Interest expense | 15e(1) | |
| | (2) Other | 15e(2) | |
| | f  Deductions allocated and apportioned at corporate level to foreign source income: | | |
| | (1) Passive | 15f(1) | |
| | (2) Listed categories (attach schedule) | 15f(2) | |
| | (3) General limitation | 15f(3) | |
| | g  Total foreign taxes (check one): ▶ ☐ Paid  ☐ Accrued | 15g | |
| | h  Reduction in taxes available for credit (attach schedule) | 15h | |
| **Other** | 16  Section 59(e)(2) expenditures: a Type ▶ | | |
| | b  Amount ▶ | 16b | |
| | 17  Tax-exempt interest income | 17 | |
| | 18  Other tax-exempt income | 18 | |
| | 19  Nondeductible expenses | 19 | |
| | 20  Total property distributions (including cash) other than dividends reported on line 22 below | 20 | |
| | 21  Other items and amounts required to be reported separately to shareholders (attach schedule) | 21 | |
| | 22  Total dividend distributions paid from accumulated earnings and profits | 22 | |
| | 23  Income (loss).  (Required only if Schedule M-1 must be completed.) Combine lines 1 through 16 in column (b). From the result, subtract the sum of lines 7 through 11a, 15g, and 16b | 23 | 10303. |

JWA                                                                Form **1120S** (2003)

311721
12-15-03                              3

00053

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property) **OTHER** | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ See separate instructions.    ▶ Attach to your tax return. | **2003** Attachment Sequence No. **67** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| SWABI, INC DBA SEASONS PIZZA | OTHER DEPRECIATION | 02-0501577 |

**Part I** Election To Expense Certain Tangible Property Under Section 179 Note: If you have any listed property, complete Part V before you complete Part I.

| | | | | |
|---|---|---|---|---|
| 1 | Maximum amount. See instructions for a higher limit for certain businesses | 1 | 100000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 | 400000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | 8 | |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2002 Form 4562 | | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | | 12 | |
| 13 | Carryover of disallowed deduction to 2004. Add lines 9 and 10, less line 12 ▶ | 13 | | |

Note: Do not use Part II or Part III below for listed property. Instead, use Part V.

**Part II** Special Depreciation Allowance and Other Depreciation (Do not include listed property.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 14 | 2750. |
| 15 | Property subject to section 168(f)(1) election (see instructions) | 15 | |
| 16 | Other depreciation (including ACRS) (see instructions) | 16 | |

**Part III** MACRS Depreciation (Do not include listed property.) (See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2003 | 17 | 2182. |
| 18 | If you are electing under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B - Assets Placed in Service During 2003 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | 2750. | 5 YRS. | MQ | 200DB | 138. |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

**Section C - Assets Placed in Service During 2003 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 40-year | / | | 40 yrs. | MM | S/L | |

**Part IV** Summary (See instructions.)

| | | | | |
|---|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | | 21 | |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | | 22 | 5070. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | | |

316251 10-21-03    LHA For Paperwork Reduction Act Notice, see separate instructions.

5

00054    Form **4562** (2003)

Form 4562 (2003)  SWABI, INC DBA SEASON'S PIZZA                    02-0501577  Page 2

**Part V** Listed Property (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A – Depreciation and Other Information (Caution: See instructions for limits for passenger automobiles.)**

24a  Do you have evidence to support the business/investment use claimed? [ ] Yes [ ] No  24b If "Yes," is the evidence written? [ ] Yes [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25  Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | | 25 | | |
| 26  Property used more than 50% in a qualified business use: | | | | | | | | |
| | : : | % | · | | | | | |
| | : : | % | | · | | | | |
| | : : | % | | | | | | |
| 27  Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| 28  Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | 28 | | |
| 29  Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | 29 | |

**Section B – Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.

If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30  Total business/investment miles driven during the year (do not include commuting miles) | | | | | | | | | | | | |
| 31  Total commuting miles driven during the year | | | | | | | | | | | | |
| 32  Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33  Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| 34  Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35  Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36  Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C – Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are not more than 5% owners or related persons.

| | | Yes | No |
|---|---|---|---|
| 37  Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | | |
| 38  Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See instructions for vehicles used by corporate officers, directors, or 1% or more owners | | | |
| 39  Do you treat all use of vehicles by employees as personal use? | | | |
| 40  Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | | |
| 41  Do you meet the requirements concerning qualified automobile demonstration use? | | | |

Note: If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.

**Part VI** Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42  Amortization of costs that begins during your 2003 tax year: | | | | | |
| | : : | · | | | |
| | : : | | | | |
| 43  Amortization of costs that began before your 2003 tax year | | | | 43 | 5387. |
| 44  Total. Add amounts in column (f). See instructions for where to report | | | | 44 | 5387. |

316252/10-21-03

6

00055

Form 4562 (2003)

**2003 DEPRECIATION AND AMORTIZATION REPORT**
**OTHER DEPRECIATION**

OTHER

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Amount Of Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | EQUIPMENT | 080198 | 150DB | 15.00 | 17 | 35000. | | | 35000. | 13185. | | 2182. |
| 2 | LEASEHOLD IMPROVEMENTS | 080198 | | 180M | | | | | | | | |
| 3 | GOODWILL | 080198 | | 180M | 43 | 45000. | | | 45000. | 13250. | | 3000. |
| 4 | ORGANIZATION COSTS | 081198 | | 60M | | | | | | | | |
| 5 | EQUIPMENT (TABLES & CHAIRS) | 111603 | 200DB | 5.00 | 19B | 5500. | | 2750. | 2750. | | | 2888. |
| | TOTAL OTHER DEPRECIATION & AMORT | | | | | | | | | | | |

(D) - Asset disposed

* ITC, Section 179, Salvage, HR 3090, Commercial Revitalization Deduction

6.1

328102
05-01-03

00056

SWABI, INC DBA SEASONS PI A                                02-0501577

| FORM 1120S | OTHER INCOME | STATEMENT    1 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| AMUSEMENT MACHINE INCOME | 1500. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 5 | 1500. |

| FORM 1120S | TAXES AND LICENSES | STATEMENT    2 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| MEALS TAXES | 17352. |
| PAYROLL TAXES | 5469. |
| BET TAX | 651. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 12 | 23472. |

| FORM 1120S | OTHER DEDUCTIONS | STATEMENT    3 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| BANK CHARGES | 11. |
| CREDIT CARD DISCOUNTS | 1375. |
| DUES, FEES, & SUBSC | 150. |
| INSURANCE | 3114. |
| LAUNDRY | 881. |
| LEASED EQUIPMENT | 365. |
| LEGAL & ACCOUNTING | 1200. |
| OFFICE SUPPLIES | 135. |
| RUBBISH REMOVAL | 2556. |
| SUPPLIES | 85. |
| TELEPHONE | 1283. |
| UTILITIES | 10943. |
| AUTO EXPENSE | |
| AMORTIZATION EXPENSE | 5387. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 19 | 27485. |

SWABI, INC DBA SEASONS P... A                                02-0501577

---

| SCHEDULE L | OTHER ASSETS | STATEMENT | 4 |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| SECURITY DEPOSIT | 1800. | 1800. |
| TOTAL TO SCHEDULE L, LINE 14 | 1800. | 1800. |

---

| SCHEDULE L | ANALYSIS OF TOTAL RETAINED EARNINGS PER BOOKS | STATEMENT | 5 |

| DESCRIPTION | AMOUNT |
|---|---|
| BALANCE AT BEGINNING OF YEAR - SCHEDULE L, LINE 24, COLUMN (B) | 12338. |
| NET INCOME PER BOOKS - SCHEDULE M-1, LINE 1 | 10303. |
| DISTRIBUTIONS | 0. |
| OTHER INCREASES (DECREASES) | |
| | |
| BALANCE AT END OF YEAR - SCHEDULE L, LINE 24, COLUMN (D) | 22641. |

ALTERNATIVE MINIMUM TAX DEPRECIATION REPORT

| Asset No. | Description | Date Acquired | AMT Method | AMT Life | AMT Cost Or Basis | AMT Accumulated | Regular Depreciation | AMT Depreciation | AMT Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| 1 | EQUIPMENT | 080198 | 150DB | 15.00 | 35000. | 13185. | 2182. | 2182. | 0. |
| | EQUIPMENT (TABLES & CHAIRS) | | | | | | | | |
| | TOTALS | | | | | | | | |

8.1

325104
09-08-03

00059

| SCHEDULE K-1<br>(Form 1120S)<br>Department of the Treasury<br>Internal Revenue Service | Shareholder's Share of Income, Credits, Deductions, etc.<br>▶ See separate Instructions.<br>For calendar year 2003 or tax year | 6711<br>OMB No. 1545-0130<br>**2003** |
|---|---|---|

beginning _____ and ending _____

| Shareholder's identifying number ▶  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 | Corporation's identifying number ▶  02-0501577 |
|---|---|
| Shareholder's name, address, and ZIP code | Corporation's name, address, and ZIP code |
| VAZEER. PIRZADA<br>38 CLARENDON STREET<br>WATERTOWN MA 02172 | SWABI, INC<br>DBA SEASONS PIZZA<br>15 CRYSTAL AVENUE<br>DERRY, NH  03038 |

A  Shareholder's percentage of stock ownership for tax year (see instructions for Schedule K-1) ............ ▶  50.000000%

B  Internal Revenue Service Center where corporation filed its return ▶  CINCINNATI, OH

C  Tax shelter registration number (see instructions for Schedule K-1) ................................. ▶ _____

D  Check applicable boxes:  (1) ☐ Final K-1    (2) ☐ Amended K-1

| (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| **Income (Loss)** | 1  Ordinary income (loss) from trade or business activities | 1 | 5152. | See page 4 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 2  Net income (loss) from rental real estate activities | 2 | | |
| | 3  Net income (loss) from other rental activities | 3 | | |
| | 4  Portfolio income (loss): | | | |
| | a  Interest income | 4a | | Form 1040, line 8a |
| | b (1)  Qualified dividends | 4b(1) | | Form 1040, line 9b |
| | (2)  Total ordinary dividends | 4b(2) | | Form 1040, line 9a |
| | c  Royalty income | 4c | | Sch. E, Part I, line 4 |
| | d (1)  Net short-term capital gain (loss) (post-May 5, 2003) | 4d(1) | | Sch. D, line 5, col. (g) |
| | (2)  Net-short capital gain (loss) (entire year) | 4d(2) | | Sch. D, line 5, col. (f) |
| | e (1)  Net long-term capital gain (loss) (post-May 5, 2003) | 4e(1) | | Sch. D, line 12, col. (g) |
| | (2)  Net long-term capital gain (loss) (entire year) | 4e(2) | | Sch. D, line 12, col. (f) |
| | f  Other portfolio income (loss) (attach schedule) | 4f | | (Enter on applicable line of your return.) |
| | 5 a  Net section 1231 gain (loss) (post-May 5, 2003) | 5a | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | b  Net section 1231 gain (loss) (entire year) | 5b | | |
| | 6  Other income (loss) (attach schedule) | 6 | | (Enter on applicable line of your return.) |
| **Deductions** | 7  Charitable contributions (attach schedule) | 7 | | Sch. A, line 15 or 16 |
| | 8  Section 179 expense deduction | 8 | | See page 5 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 9  Deductions related to portfolio income (loss) (attach schedule) | 9 | | |
| | 10  Other deductions (attach schedule) | 10 | | |
| **Investment Interest** | 11 a  Interest expense on investment debts | 11a | | Form 4952, line 1 |
| | b (1)  Investment income included on lines 4a, 4b(2), 4c, and 4f above | 11b(1) | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | (2)  Investment expenses included on line 9 above | 11b(2) | | |
| **Credits** | 12 a  Credit for alcohol used as fuel | 12a | | Form 6478, line 10 |
| | b  Low-income housing credit: | | | |
| | (1)  From section 42(j)(5) partnerships | 12b(1) | | Form 8586, line 5 |
| | (2)  Other than on line 12b(1) | 12b(2) | | |
| | c  Qualified rehabilitation expenditures related to rental real estate activities | 12c | | See pages 6 and 7 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | d  Credits (other than credits shown on lines 12b and 12c) related to rental real estate activities | 12d | | |
| | e  Credits related to other rental activities | 12e | | |
| | 13  Other credits | 13 | | |

JWA  For Paperwork Reduction Act Notice, see the Instructions for Form 1120S.

Schedule K-1 (Form 1120S) 2003

311741
01-07-04

00060

SHAREHOLDER NUMBER 1

6712

Schedule K-1 (Form 1120S) 2003  SWABI, INC DBA SEASONS PIZZA                    02-0501577  Page 2

| | (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Adjustments and Tax Preference Items** | 14 a  Depreciation adjustment on property placed in service after 1986 | 14a | | See page 6 of the Shareholder's Instructions for Schedule K-1 (Form 1120S) and Instructions for Form 6251 |
| | b  Adjusted gain or loss | 14b | | |
| | c  Depletion (other than oil and gas) | 14c | | |
| | d  (1) Gross income from oil, gas, or geothermal properties | 14d(1) | | |
| | (2) Deductions allocable to oil, gas, or geothermal properties | 14d(2) | | |
| | e  Other adjustments and tax preference items (attach schedule) | 14e | | |
| **Foreign Taxes** | 15 a  Name of foreign country or U.S. possession ▶ | | | |
| | b  Gross income from all sources | 15b | | |
| | c  Gross income  sourced at shareholder level | 15c | | |
| | d  Foreign gross income sourced at corporate level: | | | |
| | (1) Passive | 15d(1) | | |
| | (2) Listed categories (attach schedule) | 15d(2) | | |
| | (3) General limitation | 15d(3) | | |
| | e  Deductions allocated and apportioned at shareholder level: | | | Form 1116, Part I |
| | (1) Interest expense | 15e(1) | | |
| | (2) Other | 15e(2) | | |
| | f  Deductions allocated and apportioned at corporate level to foreign source income: | | | |
| | (1) Passive | 15f(1) | | |
| | (2) Listed categories (attach schedule) | 15f(2) | | |
| | (3) General limitation | 15f(3) | | |
| | g  Total foreign taxes (check one):  ▶ ☐ Paid  ☐ Accrued | 15g | | Form 1116, Part II |
| | h  Reduction in taxes available for credit (attach schedule) | 15h | | See Instructions for Form 1116 |
| **Other** | 16  Section 59(e)(2) expenditures: a Type ▶ | | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | b  Amount | 16b | | |
| | 17  Tax-exempt interest income | 17 | | Form 1040, line 8b |
| | 18  Other tax-exempt income | 18 | | |
| | 19  Nondeductible expenses | 19 | | See page 7 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 20  Property distributions (including cash) other than dividend distributions reported to you on Form 1099-DIV | 20 | | |
| | 21  Amount of loan repayments for "Loans From Shareholders" | 21 | | |
| | 22  Recapture of low-income housing credit: | | | |
| | a  From section 42(j)(5) partnerships | 22a | | Form 8611, line 8 |
| | b  Other than on line 22a | 22b | | |
| **Supplemental Information** | 23  Supplemental information required to be reported separately to each shareholder (attach additional schedules if more space is needed): | | | |

Schedule K-1 (Form 1120S) 2003
00061
SHAREHOLDER NUMBER 1

6711

**SCHEDULE K-1**
**(Form 1120S)**
Department of the Treasury
Internal Revenue Service

**Shareholder's Share of Income, Credits, Deductions, etc.**
▶ See separate instructions.
For calendar year 2003 or tax year
beginning _____ and ending _____

OMB No. 1545-0130

**2003**

| Shareholder's identifying number ▶  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 | Corporation's identifying number ▶  02-0501577 |
|---|---|
| Shareholder's name, address, and ZIP code | Corporation's name, address, and ZIP code |
| HATEM. KOFAHI<br>18 FAIRWAY 28<br>DERRY NH 03038 | SWABI, INC<br>DBA SEASONS PIZZA<br>15 CRYSTAL AVENUE<br>DERRY,  NH   03038 |

A  Shareholder's percentage of stock ownership for tax year (see instructions for Schedule K-1) ........... ▶  **50.000000%**

B  Internal Revenue Service Center where corporation filed its return ▶  CINCINNATI,  OH

C  Tax shelter registration number (see instructions for Schedule K-1) ........................ ▶ _____

D  Check applicable boxes:  (1) ☐ Final K-1   (2) ☐ Amended K-1

| | | (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary income (loss) from trade or business activities | 1 | 5151. | See page 4 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 2 | Net income (loss) from rental real estate activities | 2 | | |
| | 3 | Net income (loss) from other rental activities | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest income | 4a | | Form 1040, line 8a |
| | b (1) | Qualified dividends | 4b(1) | | Form 1040, line 9b |
| | (2) | Total ordinary dividends | 4b(2) | | Form 1040, line 9a |
| | c | Royalty income | 4c | | Sch. E, Part I, line 4 |
| | d (1) | Net short-term capital gain (loss) (post-May 5, 2003) | 4d(1) | | Sch. D, line 5, col. (g) |
| | (2) | Net-short capital gain (loss) (entire year) | 4d(2) | | Sch. D, line 5, col. (f) |
| | e (1) | Net long-term capital gain (loss) (post-May 5, 2003) | 4e(1) | | Sch. D, line 12, col. (g) |
| | (2) | Net long-term capital gain (loss) (entire year) | 4e(2) | | Sch. D, line 12, col. (f) |
| | f | Other portfolio income (loss) (attach schedule) | 4f | | Enter on applicable line of your return. |
| | 5 a | Net section 1231 gain (loss) (post-May 5, 2003) | 5a | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | b | Net section 1231 gain (loss) (entire year) | 5b | | |
| | 6 | Other income (loss) (attach schedule) | 6 | | Enter on applicable line of your return. |
| **Deductions** | 7 | Charitable contributions (attach schedule) | 7 | | Sch. A, line 15 or 16 |
| | 8 | Section 179 expense deduction | 8 | | See page 5 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 9 | Deductions related to portfolio income (loss) (attach schedule) | 9 | | |
| | 10 | Other deductions (attach schedule) | 10 | | |
| **Investment Interest** | 11 a | Interest expense on investment debts | 11a | | Form 4952, line 1 |
| | b (1) | Investment income included on lines 4a, 4b(2), 4c, and 4f above | 11b(1) | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | (2) | Investment expenses included on line 9 above | 11b(2) | | |
| **Credits** | 12 a | Credit for alcohol used as fuel | 12a | | Form 6478, line 10 |
| | b | Low-income housing credit: | | | |
| | | (1) From section 42(j)(5) partnerships | 12b(1) | | Form 8586, line 5 |
| | | (2) Other than on line 12b(1) | 12b(2) | | |
| | c | Qualified rehabilitation expenditures related to rental real estate activities | 12c | | See pages 6 and 7 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | d | Credits (other than credits shown on lines 12b and 12c) related to rental real estate activities | 12d | | |
| | e | Credits related to other rental activities | 12e | | |
| | 13 | Other credits | 13 | | |

JWA  **For Paperwork Reduction Act Notice, see the Instructions for Form 1120S.**

Schedule K-1 (Form 1120S) 2003

311741
01-07-04

11

00062

SHAREHOLDER NUMBER 2

6712

Schedule K-1 (Form 1120S) 2003   SWABI, INC DBA SEASONS PIZZA                                02-0501577   Page 2

| (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| **14 a** Depreciation adjustment on property placed in service after 1986 | 14a | | See page 6 of the Shareholder's Instructions for Schedule K-1 (Form 1120S) and Instructions for Form 6251 |
| **b** Adjusted gain or loss | 14b | | |
| **c** Depletion (other than oil and gas) | 14c | | |
| **d** (1) Gross income from oil, gas, or geothermal properties | 14d(1) | | |
| (2) Deductions allocable to oil, gas, or geothermal properties | 14d(2) | | |
| **e** Other adjustments and tax preference items (attach schedule) | 14e | | |
| **15 a** Name of foreign country or U.S. possession ▶ | | | |
| **b** Gross income from all sources | 15b | | |
| **c** Gross income sourced at shareholder level | 15c | | |
| **d** Foreign gross income sourced at corporate level: | | | |
| (1) Passive | 15d(1) | | |
| (2) Listed categories (attach schedule) | 15d(2) | | |
| (3) General limitation | 15d(3) | | |
| **e** Deductions allocated and apportioned at shareholder level: | | | Form 1116, Part I |
| (1) Interest expense | 15e(1) | | |
| (2) Other | 15e(2) | | |
| **f** Deductions allocated and apportioned at corporate level to foreign source income: | | | |
| (1) Passive | 15f(1) | | |
| (2) Listed categories (attach schedule) | 15f(2) | | |
| (3) General limitation | 15f(3) | | |
| **g** Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 15g | | Form 1116, Part II |
| **h** Reduction in taxes available for credit (attach schedule) | 15h | | See Instructions for Form 1116 |
| **16** Section 59(e)(2) expenditures: a Type ▶ | | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| **b** Amount | 16b | | |
| **17** Tax-exempt interest income | 17 | | Form 1040, line 8b |
| **18** Other tax-exempt income | 18 | | |
| **19** Nondeductible expenses | 19 | | See page 7 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| **20** Property distributions (including cash) other than dividend distributions reported to you on Form 1099-DIV | 20 | | |
| **21** Amount of loan repayments for "Loans From Shareholders" | 21 | | |
| **22** Recapture of low-income housing credit: | | | |
| **a** From section 42(j)(5) partnerships | 22a | | Form 8611, line 8 |
| **b** Other than on line 22a | 22b | | |

**23** Supplemental information required to be reported separately to each shareholder (attach additional schedules if more space is needed):

JWA
311742
01-07-04

Schedule K-1 (Form 1120S) 2003

00063
SHAREHOLDER NUMBER 2

FORM
**BT-SUMMARY**

NEW HAMPSHIRE DEPARTMENT OF REVENUE ADMINISTRATION
**BUSINESS TAX SUMMARY**

For the CALENDAR year **2003** or other taxable period beginning _____ and ending _____
Mo  Day  Year                    Mo  Day  Year

FOR DRA USE ONLY

**SEQUENCE #1**

| STEP 1 | PROPRIETORSHIP - LAST NAME | FIRST NAME & INITIAL | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| **Please Print or Type** | PROPRIETORSHIP - SPOUSE'S LAST NAME | FIRST NAME & INITIAL | SPOUSE'S SOCIAL SECURITY NUMBER |

| CORPORATE, PARTNERSHIP, FIDUCIARY OR NON-PROFIT NAME | FEDERAL EMPLOYER IDENTIFICATION NUMBER |
|---|---|
| SWABI, INC | 02-0501577 |

NUMBER & STREET ADDRESS | DEPARTMENT IDENTIFICATION NUMBER
15 CRYSTAL AVENUE |

ADDRESS (continued) | PRINCIPAL BUSINESS ACTIVITY CODE (Federal)
| 722210

CITY/ TOWN, STATE & ZIP CODE
DERRY, NH                    03038

**STEP 2**
**Return Type and Federal Information**

ARE YOU REQUIRED TO FILE A BET RETURN:  YES  __X__   NO _____
ARE YOU REQUIRED TO FILE A BPT RETURN:  YES  __X__   NO _____

If you checked yes, please make sure the complete return is attached to the BT-Summary.

[X] (2) CORPORATION          (3) PARTNERSHIP        (1) PROPRIETORSHIP       [ ] AMENDED RETURN
    -OR-
[ ] (2) COMBINED GROUP      (5) NON-PROFIT         (4) FIDUCIARY           [ ] FINAL RETURN

[ ] Check here if the IRS has made any agreed or partially agreed to adjustments for any federal income tax return which has not been previously reported to New Hampshire. Enter years covered by IRS.    Do not use this form to report an IRS adjustment. See Step 2 instructions.

**STEP 3**    PLEASE COMPLETE THE BET AND/OR BPT RETURN(S) AND THEN THE BUSINESS TAX SUMMARY

| STEP 4 | | | | | |
|---|---|---|---|---|---|
| **Figure Your Balance Due or Over-payment** | 1(a) Business Enterprise Tax Net of Statutory Credit | | 1(a) | 469 | |
| | (b) Business Profits Tax Net of Statutory Credits | | 1(b) | 629 | 1    1098 |
| | 2  PAYMENTS: | | | | |
| | (a) Tax paid with application for extension | | 2(a) | | |
| | (b) Total of this year's estimated tax payments | | 2(b) | | |
| | (c) Credit carryover from prior year | | 2(c) | | |
| | (d) Paid with original return (Amended returns only) | | 2(d) | | 2 |
| | 3  TAX DUE: (Line 1 minus Line 2) | | 3 | | 3    1098 |
| | 4  ADDITIONS TO TAX: | | | | |
| | (a) Interest (See instructions) | 4(a) | | | |
| | (b) Failure to Pay (See instructions) | 4(b) | | | |
| | (c) Failure to File (See instructions) | 4(c) | | | |
| | (d) Underpayment of Estimated Tax (See instructions) | 4(d) | | 48 | 4    48 |
| | 5(a) Subtotal of Amount Due (Line 3 plus Line 4) | | 5(a) | 1146 | |
| | 5(b) Return Payment Made Electronically | | 5(b) | | |
| | 5  BALANCE DUE: Line 5(a) minus 5(b). Make your payment on line at www.state.nh.us/revenue or make check payable to: STATE OF NEW HAMPSHIRE. Enclose, but do not staple or tape, your payment with this return. | | | | 5    1146 |
| | 6  OVERPAYMENT: [Line 1 plus Line 4 minus Lines 2 and 5(b)] | | 6 | | |
| | 7  Apply overpayment amount of Line 6 to: (a) Credit - Next Year's tax liability | | | | 7(a) |
| | (b)Refund - Allow 12 weeks for processing | | | | 7(b) |

THIS RETURN MUST BE ACCOMPANIED BY COMPLETE AND LEGIBLE COPIES OF THE APPROPRIATE FEDERAL FORMS AND SCHEDULES.

**STEP 5**
**Signature(s)**

Under penalties of perjury, I declare that I have examined this summary and the attached returns, and to the best of my belief these are true, correct and complete. If prepared by a person other than the taxpayer, this declaration is based on all information of which the preparer has knowledge. If a combined group, I also certify that all affiliated companies are included in the appropriate group described in this return.

02/10/2004

| FOR DRA USE ONLY | SIGNATURE (IN INK)    DATE | SIGNATURE (IN INK) OF PAID PREPARER OTHER THAN TAXPAYER    DATE |
|---|---|---|
| | | 02-0343936 |
| | TITLE | PREPARER'S TAX IDENTIFICATION NUMBER |
| | | 28 BIRCH STREET |
| | SPOUSE'S SIGNATURE (IN INK) (PROPRIETORSHIP ONLY)  DATE | PREPARER'S ADDRESS |
| | | DERRY, NH    03038 |
| | NH DEPT OF REVENUE ADMINISTRATION | CITY/TOWN, STATE & ZIP CODE |
| | MAIL TO: DOCUMENT PROCESSING DIVISION PO BOX 637 CONCORD NH 03302-0637 | |

365121 10-28-03  PFX

BT-SUMMARY
Rev. 10/03

1

00064

FORM
BET

NEW HAMPSHIRE DEPARTMENT OF REVENUE ADMINISTRATION
## BUSINESS ENTERPRISE TAX RETURN FOR CORPORATIONS,
## PARTNERSHIPS, FIDUCIARIES AND NON-PROFIT ORGANIZATIONS

SEQUENCE # 2

YOU ARE REQUIRED TO FILE THIS RETURN IF THE GROSS RECEIPTS WERE GREATER THAN $150,000 OR
THE ENTERPRISE VALUE TAX BASE WAS GREATER THAN $75,000.

## LINE-BY-LINE INSTRUCTIONS

| | |
|---|---|
| **STEP 1**<br>**Name**<br>**and FEIN** | At the top of the return enter the beginning and ending dates of the taxable period if different than the calendar year.<br><br>Please PRINT the Corporate, Partnership, Fiduciary or Non-Profit name and federal employer identification number in the spaces provided. |
| **BET-80 Apportion-ment** | Business Enterprise Tax Base Apportionment:<br>Form BET-80, BUSINESS ENTERPRISE TAX APPORTIONMENT, must be completed in order to determine the values for Lines 1, 2 and 3 of the Form BET. Use Form BET-80 if your business activity is both inside and outside NH. |
| **STEP 2**<br>**Compute**<br>**the**<br>**Enterprise**<br>**Value Tax**<br>**Base** | If business activity was both inside and outside NH:<br>Line 1   Enter the total amount from the BET-80, Line 17.<br>Line 2   Enter the total amount from the BET-80, Line 24.<br>Line 3   Enter the total amount from the BET-80, Line 29.<br>Line 4   Enter the sum of Lines 1, 2 and 3.         If business activity was 100% inside NH<br>Line 1   Enter the total dividends paid.<br>Line 2   Enter the total compensation on wages paid or accrued.<br>Line 3   Enter the total interest paid or accrued.<br>Line 4   Enter the sum of Lines 1, 2 and 3.<br>See BET instructions and quick checklist. |
| **STEP 3**<br>**Figure**<br>**Your Tax** | Line 5   Multiply Line 4 by .0075.<br><br>Line 6   STATUTORY CREDITS<br>(a) Enter the amount of any CDFA (Investment Tax Credit) claimed pursuant to RSA 162-L:10. The amount of the credit shall not exceed the lesser of the total Business Enterprise Tax liability or $200,000 for tax periods ending prior to July 1, 1999 or $1,000,000 for tax periods ending after June 30, 1999. If you also claim this credit on your BPT or other tax form(s) the combined total shall not exceed $200,000 for tax periods ending prior to July 1, 1999 or $1,000,000 for tax years ending after June 30, 1999.<br><br>(b) Enter the Community Reinvestment and Opportunity (CROP) Credit as authorized by your agreement with the Department of Resources and Economic Development (DRED) under RSA 162-N.<br><br>Line 7   Enter the total amount of Line 5 minus Line 6. IF NEGATIVE, ENTER ZERO. Enter the amount from Line 7 on Line 1(a) of the BT-Summary. |

For the CALENDAR year **2003** or other taxable period beginning _____ and ending _____
Mo   Day   Year                    Mo   Day   Year

| | | |
|---|---|---|
| **STEP 1**<br>**Please**<br>**Print or**<br>**Type Name** | CORPORATE, PARTNERSHIP, FIDUCIARY, OR NON-PROFIT NAME<br><br>**SWABI, INC**<br>**DBA SEASONS PIZZA** | FEDERAL EMPLOYER IDENTIFICATION NUMBER<br>**02-0501577**<br>DEPARTMENT IDENTIFICATION NUMBER |

If your business activities are conducted both inside and outside New Hampshire AND the business enterprise is subject to a tax in another state, whether or not it is actually imposed by the other state, then the business enterprise must apportion its enterprise value tax base. Complete Form BET-80 to determine the values for Lines 1, 2 and 3. If you need Form BET-80 and it is not included in your booklet, it may be obtained from our web site at www.state.nh.us/revenue or by calling (603) 271-2192.

| **STEP 2**<br>**Compute**<br>**the**<br>**Taxable**<br>**Enterprise**<br>**Value Tax**<br>**Base** | 1   Dividends Paid | 1 | 0 | | |
|---|---|---|---|---|---|
| | 2   Compensation and Wages Paid or Accrued | 2 | 62086 | | |
| | 3   Interest Paid or Accrued | 3 | 438 | | |
| | 4   Taxable Enterprise Value Tax Base<br>(Sum of Lines 1, 2 and 3) | | | 4 | 62524 |
| **STEP 3**<br>**Figure**<br>**Your Tax** | 5   NH Business Enterprise Tax<br>(Line 4 multiplied by .0075) | | | 5 | 469 |
| | 6   STATUTORY CREDITS<br>(a) RSA 162-L:10, CDFA-Investment Tax Credit | 6(a) | | | |
| | (b) RSA 162-N, CROP Credit | 6(b) | | 6 | |
| | 7   Business Enterprise Tax Net of Statutory Credits<br>(Line 5 minus Line 6.) (IF NEGATIVE, ENTER ZERO) ENTER THIS AMOUNT ON LINE 1(a) OF THE BT-SUMMARY. | | | 7 | 469 |

365311
10-26-03   CCH

IF YOU HAVE COMPLETED THIS RETURN IT MUST BE FILED WITH THE BT-SUMMARY.

2

BET
Rev. 10/03

00065

| FORM | NEW HAMPSHIRE DEPARTMENT OF REVENUE ADMINISTRATION | SEQUENCE # 4 |
|---|---|---|
| NH-1120 | **CORPORATION BUSINESS PROFITS TAX RETURN** | |

For the CALENDAR year 2003 or other taxable period beginning _____ Mo Day Year and ending _____ Mo Day Year

Due Date for CALENDAR year filers is on or before March 15, 2004 or the 15th day of the 3rd month after the close of the taxable period.

**YOU ARE REQUIRED TO FILE THIS FORM IF GROSS BUSINESS INCOME WAS GREATER THAN $50,000.**

| STEP 1 Please Print or Type | Name of Corporation SWABI, INC DBA SEASONS PIZZA | FEDERAL EMPLOYER IDENTIFICATION NUMBER OR DEPARTMENT IDENTIFICATION NUMBER 02-0501577 |
|---|---|---|

**STEP 2 Questions**

A  Is the corporation filing its tax return on an IRS approved 52/53 week tax year? ............................ Yes _____ No  X

B  Does the corporation file with the IRS as part of a federal consolidated return? ............................ Yes _____ No  X

C  Is this corporation affiliated with any other business organization that files business tax returns with this
department? Please identify by name and FEIN: _____ Yes _____ No  X

D  Does the corporation file as part of a unitary group in any other jurisdiction? ............................ Yes _____ No  X

E  Is this a "combined" business profits tax return? ............................ Yes _____ No  X

If the answer to "E" is yes, do not complete this return. You must file a NH-1120-WE return. You may download the Business tax forms for Combined Groups from our web site at www.state.nh.us/revenue or call (603) 271-2192 to request the business tax booklet for Combined Groups.

**STEP 3 Figure Your Taxes**

1  **Gross Business Profits**                                                                    Bonus Depreciation

   (a) Taxable income (loss) before net operating loss deduction and special
      deductions (Attach copy of federal return) ............ 1(a)  | 12916 |                [X]

   (b) Separate entity or passive loss limitation adjustments ............ 1(b)

   (c) NH Gross Business Profits (Combine Line 1(a) and Line 1(b))
      (If negative, show in parenthesis. See worksheet for Net Operating Loss, NOL, provisions) ............ 1(c) | 12916 |

2  **Additions and Deductions**

   (a) Add back income taxes or franchise taxes measured by income
      (Attach schedule of taxes by state) ............ 2(a)

   (b) NH Net Operating Loss Deduction (Attach Form DP-132) ............ 2(b) (                    )

   (c) Interest on direct US Obligations ............ 2(c) (                    )

   (d) Wage adjustment required by IRC Section 280C ............ 2(d) (                    )

   (e) Deductible dividends ............ 2(e) (                    )

   (f) Income exempt under federal constitutional law, net of related expenses 2(f) (                    )

   (g) Distribution from joint venture or partnership subject to NH taxation
      (Attach schedule: Name, FEIN, and amount distributed) ............ 2(g)

   (h) Foreign dividend gross-up (I.R.C. Section 78) ............ 2(h) (                    )

   (i) Research contribution (See RSA 77-A:4 XII. Attach computation) ......... 2(i) (                    )

   (j) Contributions made to a Qualified Investment Capital Company
      (Attach a schedule detailing name, FEIN and amount) ............ 2(j)

   (k) Add back return of capital from Qualified Investment Capital Company
      (Attach a schedule detailing name, FEIN and amount) ............ 2(k)

   (l) Combine Lines 2(a) through 2(k). If negative, show in parenthesis ............ 2(l)

3  Adjusted Gross Business Profits (Line 1(c) adjusted by Line 2(l). If negative, show in parenthesis) ............ 3  | 12916 |

4  New Hampshire Apportionment (Attach Form DP-80) ............ 4  | 1.000000 |

5  New Hampshire Taxable Business Profits (Line 3 x Line 4. If negative, enter zero.) ............ 5  | 12916 |

6  New Hampshire Business Profits Tax (Line 5 x 8.5%) ............ 6  | 1098 |

**STEP 4 Figure Your Credits**

7  Credits allowed under RSA 77-A:5 (Attach Form DP-160) ............ 7

8  Subtotal (Line 6 minus Line 7) ............ 8  | 1098 |

9  Business Enterprise Tax Credit ............ 9  | 469 |

10  Business Enterprise Tax Credit to be applied against Business Profits Tax
(Enter the lesser of Line 8 or Line 9) ............ 10  | 469 |

11  NH Business Profits Tax Net of Statutory Credits (Line 8 less Line 10. IF NEGATIVE, ENTER ZERO.) ............ 11  | 629 |
Enter the amount from Line 11 on Line 1(b) of the BT-Summary.

365401
10-28-03  CCH  If you have completed this return it must be filed with the BT-Summary and all applicable Federal forms.

NH-1120
Rev. 10/03

3

00066

**FORM**
**DP-2210/2220**

NEW HAMPSHIRE DEPARTMENT OF REVENUE ADMINISTRATION
**EXCEPTIONS AND PENALTY**
**FOR THE UNDERPAYMENT OF ESTIMATED TAX**

**SEQUENCE #6**

CHECK ONE
[X] BUSINESS TAX RETURNS
[ ] INTEREST & DIVIDENDS TAX RETURN
[ ] OTHER _____

For the CALENDAR year 2003 or other taxable period beginning _____ and ending _____
Mo  Day  Year          Mo  Day  Year

NAME
SWABI, INC
DBA SEASONS PIZZA

FEDERAL EMPLOYER IDENTIFICATION NUMBER
OR SOCIAL SECURITY NUMBER
OR DEPARTMENT IDENTIFICATION NUMBER
02-0501577

## PART I - FIGURE YOUR UNDERPAYMENT

| | | | |
|---|---|---|---|
| 1 | Current year tax | $ | 1098. |
| 2 | 90% of Line 1 (Line 1 x .90) | $ | 988. |

| | | A | B | C | D |
|---|---|---|---|---|---|
| 3(a) | Enter in columns A through D the installment dates that correspond to the 15th of the 4th, 6th, 9th, and 12th months of your tax period or specify statutory due dates. (I&D filers see instructions) | 04/15/2003 | 06/16/2003 | 09/15/2003 | 12/15/2003 |
| 3(b) | Applicable percentages | 25% | 25% | 25% | 25% |
| 3(c) | Enter Line 2 multiplied by Line 3(b) for columns A through D | 247. | 247. | 247. | 247. |
| 4 | Amount paid timely or credited for each period | | | | |
| 5 | Overpayment of previous installment | | | | |
| 6 | Total (add Line 4 plus Line 5) | | | | |
| 7 | Overpayment [Line 6 minus Line 3(c)]. Enter in Line 5 next column | | | | |
| 8 | Underpayment (Line 3(c) minus Line 6) | 247. | 247. | 247. | 247. |

## PART II - EXCEPTIONS TO PENALTY - SEE INSTRUCTIONS

| | | A | B | C | D |
|---|---|---|---|---|---|
| 9 | Cumulative amount paid or credited from the beginning of the tax year through the installment dates that correspond to the 15th day of the 4th, 6th, 9th, and 12th months of your tax period from Line 4. (I&D calendar year filers see instructions) | | | | |
| 10 | Applicable percentages | 25% | 50% | 75% | 100% |
| 11 | Exception, pursuant to RSA 21-J:32,IV(a), prior period's tax (prior year must be 12 full months) | 157. | 313. | 470. | 626. |
| 12 | Applicable percentages | 25% | 50% | 75% | 100% |
| 13 | Exception, pursuant to RSA 21-J:32,IV(b), prior period's tax base and facts using current year's tax rate | 156. | 313. | 469. | 626. |
| 14 | Applicable percentages | 22.5% | 45% | 67.5% | 90% |
| 15 | Exception, pursuant to RSA 21-J:32,IV(c), tax on annualized income (Attach Schedule) | | | | |

## PART III - COMPUTE THE PENALTY

| | | A | B | C | D |
|---|---|---|---|---|---|
| 16 | Amount of underpayment from Part I, Line 8 | | | | |
| 17 | Enter the date of payment or statutory due date of tax, whichever is earlier | | | | |
| 18 | Enter the number of days from installment date [Line 3(a)] to date shown on Line 17 | | | | |
| 19 | Interest due after 12/31/03  Number of days x 7% x Underpayment at 7%: (see instructions)  366  amount (Line 16) | | | | |
| 20 | Interest due through 12/31/03 Number of days x 8% x Underpayment at 8%: (see instructions)  365  amount (Line 16) | | | | |
| | Note: For interest rate in other years see instructions | | | | |
| 21 | Penalty for Underpayment of Estimated Tax (Line 19 plus Line 20) | | | | |
| 22 | Total Penalty for Underpayment of Estimated Tax (Total of columns A through D, Line 21)  SEE STATEMENT 1 | | | | 48. |

DP-2210/2220
Rev. 10/03

PFX
365141 10-28-03

4

00067

| FORM | | NEW HAMPSHIRE DEPARTMENT OF REVENUE ADMINISTRATION | |
|---|---|---|---|
| **DP - 120** | | **BUSINESS PROFITS TAX - SMALL BUSINESS CORPORATIONS** | |
| Schedule S | | **COMPUTATION OF "S" CORPORATION GROSS BUSINESS PROFITS** | **SEQUENCE # 9** |

| INTENT | It is the primary intent of the Department to equate the federally distinguished subchapter "S" corporations with regular corporations. No part of this form shall be construed as to allow a greater deduction from income or inclusion to income than would be allowable for regular C corporations. (Rev 302.01). |
|---|---|
| NEED HELP | Please see Rev 302.01 or contact the Audit Division at (603) 271-3400. Individuals with hearing or speech impairments may call TDD Access: Relay NH 1-800-735-2964. |
| WHO MUST FILE | Corporations which qualify for and file as Subchapter "S" corporations for federal income tax purposes pursuant to the Internal Revenue Code, as amended, are treated the same as corporations which file as regular "C" corporations for federal income tax purposes. All business organizations organized as Subchapter "S" corporations for federal income tax purposes must file NH Form DP-120. |
| WHEN TO FILE | Form DP-120 must be filed with Form NH-1120. |
| REFERENCES TO FEDERAL FORMS | All references to federal tax forms and form lines are based on draft forms available at the time the state forms were printed. If the federal line number and description do not match, follow the line description or contact the Department at (603) 271-3400. |

For the CALENDAR year 2003 or other taxable period beginning _____ Mo Day Year and ending _____ Mo Day year

| NAME | FEDERAL EMPLOYER IDENTIFICATION NUMBER |
|---|---|
| SWABI, INC | |
| DBA SEASONS PIZZA | 02-0501577 |

WERE ANY DISTRIBUTIONS MADE TO NEW HAMPSHIRE SHAREHOLDERS? Yes _____ No  X

If yes, then you are required to file form DP-9 under separate cover by May 1, 2004 to report actual distributions to New Hampshire shareholders.

1   Income and Deductions from Federal Form 1120S. SHOW ALL LOSSES IN PARENTHESIS, e.g. ($50)

(a) Ordinary income (loss) from trade or business activities

(Federal Form 1120S, Page 1, Line 21) ............................. 1(a)    `10303`

(b) Net income (loss) from rental real estate activities

(Federal Form 1120S, Schedule K, Line 2)......................... 1(b)

(c) Net income (loss) from other rental activities

(Federal Form 1120S, Schedule K, Line 3) ....................... 1(c)

(d) Portfolio income (loss) such as but not limited to

interest, dividend or royalty income

(Federal Form 1120S, Schedule K, Lines 4a, b, c & f) ............ 1(d)

(e) Capital gain on the sale of assets

(Federal Form 1120S, Schedule K, Lines 4d & 4e(1)) ........... 1(e)

(f) Net gain (loss) under section 1231

(Federal Form 1120S, Schedule K, Line 5)........................ 1(f)

(g) Other income (loss) from "S" corporation activities

(Federal Form 1120S, Schedule K, Line 6)........................ 1(g)

(h) Other "S" Corporation expenses (Federal Form 1120S,

Schedule K, Lines 7, 8, 9 & 10) .

(Refer to Rev 302.01 for limitations) ............................... 1(h)  (                     )

(i) Total "S" corporation income and deductions

(Combine Lines 1(a) through 1(h)) ................................. 1(i)    `10303`

2   Other deductions not included in "S" Corporation return allowable to "C" Corporations under the

Internal Revenue Code. (Attach supporting schedule) ..................................... 2  (                     )

3   "S" Corporation Gross Business Profits (Loss.)

(Combine Line 1(i) and Line 2.) Enter here and on Form NH-1120, page 1, Line 1(a) ......... 3    `10303`

365461
10-28-03   **CCH**

5

0006

DP-120
Schedule S
Rev 10/03

SWABI, INC DBA SEASONS PI  A                                    02-0501577

---

FORM DP-2210/2220     COMPUTATION OF UNDERPAYMENT PENALTY          STATEMENT    1

| Q T R | EVENT AMOUNT | TYPE | REMAINING UNDERPAYMENT | PERIOD OF UNDERPAYMENT | | DAYS | INTEREST RATE | AMOUNT OF PENALTY |
|---|---|---|---|---|---|---|---|---|
| A | | | | | | | | |
| | 247. | Q | 247. | 04/15/2003 | 12/31/2003 | 260 | 8.0000 | 14. |
| | | R | 247. | 12/31/2003 | 03/15/2004 | 75 | 7.0000 | 4. |
| B | | | | | | | | |
| | 247. | Q | 247. | 06/16/2003 | 12/31/2003 | 198 | 8.0000 | 11. |
| | | R | 247. | 12/31/2003 | 03/15/2004 | 75 | 7.0000 | 4. |
| C | | | | | | | | |
| | 247. | Q | 247. | 09/15/2003 | 12/31/2003 | 107 | 8.0000 | 6. |
| | | R | 247. | 12/31/2003 | 03/15/2004 | 75 | 7.0000 | 4. |
| D | | | | | | | | |
| | 247. | Q | 247. | 12/15/2003 | 12/31/2003 | 16 | 8.0000 | 1. |
| | | R | 247. | 12/31/2003 | 03/15/2004 | 75 | 7.0000 | 4. |

TOTAL TO FORM DP-2210/2220 LINE 22                                        48.

EVENT TYPE:  Q = QUARTERLY AMOUNT DUE
             P = PAYMENT
             R = INTEREST RATE CHANGE
             L = LEAP YEAR CHANGE
             O = OVERPAYMENT FROM PRIOR YEAR/QUARTER

FORM
**CORP**
Schedule R

NEW HAMPSHIRE DEPARTMENT OF REVENUE ADMINISTRATION
**CORPORATE BUSINESS PROFITS TAX RECONCILIATION OF
NH GROSS BUSINESS PROFITS SCHEDULE R**

SEQUENCE # 13

For the CALENDAR year __2003__ or other taxable period beginning _____ and ending _____

| Name | FEIN |
|------|------|
| SWABI, INC<br>DBA SEASONS PIZZA | 02-0501577 |

This Schedule R shall be used to reconcile the Taxable Income before Net Operating Loss and Special Deductions line of the federal corporate income tax return filed with the Internal Revenue Service to the federal income calculated using the Internal Revenue Code (IRC) in effect on December 31, 2000. The revised calculation of federal income shall be used for the NH's Gross Business Profits Taxable Income on Line 1(a) of the NH-1120.

1 Federal Income (Loss) from business activities from return filed with IRS ............... 1 | **10303.**
2 Additions required to federal income:
  (a) IRC Section 179 expense taken on federal return for assets placed in service during the current taxable period ............... 2(a) | **0.**
  (b) Bonus depreciation on assets acquired after September 10, 2001 (Federal Form 4562) ............... 2(b) | **2750.**
  (c) Current period depreciation reported on federal return for assets for which additional IRC Section 179 deductions were reported in any taxable period and/or for which bonus depreciation was reported in any taxable period ............... 2(c) | **138.**
  (d) Other amounts reported on federal return that need to be adjusted due to revisions to the IRC in effect on December 31, 2000 ............... 2(d) |
  (e) Total additions (Sum of Line 2(a) through Line 2(d)) ............... 2(e) | **2888.**
3 Deductions required from federal income: (The deductions allowed in this section are the deductions that would be allowed on assets placed in service in 2001 through 2003 using the IRC in effect on on 12/31/2000.)
  (a) IRC Section 179 expense allowed on assets placed in service during current taxable period ............... 3(a) | **0.**
  (b) Current taxable period depreciation allowable for assets for which the bonus depreciation deductions reported for any taxable period and/or additional Section 179 deductions for any taxable period reported on the federal return ............... 3(b) | **275.**
  (c) Other deductions required due to revisions to the IRC in effect on December 31, 2000 ............... 3(c) |
  (d) Total deductions (Sum of Line 3(a) through Line 3(c)) ............... 3(d) | **275.**
4 Adjustments required on sale of assets acquired after September 10, 2001 or on which additional IRC Section 179 expense was taken. (The federal calculation of any gain or loss on the sale of these assets must be adjusted to reflect the different NH basis for the assets)
  (a) Federal gain (loss) on sale of assets acquired after September 10, 2001 or on which the additional IRC Section 179 expense was taken ............... 4(a) |
  (b) Gross sales price for assets acquired after September 10, 2001, or on which the additional IRC Section 179 expense was taken, and sold in current taxable period ... 4(b) |
  (c) NH basis of assets acquired after September 10, 2001, or on which additional IRC Section 179 expense was taken, and sold in current taxable period ............... 4(c) |
  (d) NH gain (NH loss) on sale of assets acquired after September 10, 2001 on which additional IRC Section 179 expense was taken. [Line 4(b) MINUS Line 4(c)] ............... 4(d) |
  (e) Total adjustments for sale of assets (Line 4(d) minus 4(a)) ............... 4(e) |
5 Adjusted Gross Business Profits (Enter this amount on Line 1(a) of your NH Corporate Business Profits Tax return) Line 1 plus Line 2(e) minus Line 3(d) plus Line 4(e) ............... 5 | **12916.**

This schedule must be attached to your Corporate Business Profits Tax Return and you must check the box on the front of the return indicating **Special Depreciation.**

Corp
Schedule R
Rev. 10/03



FIRST CLASS MAIL

FITZGERALD & COMPANY, LLC

FitzGerald & Company LLC
Attorneys at Law
59 Temple Place, Suite 444
Boston, MA 02111
www.fitzgeraldlawcompany.com

Eastern Service Center/USCIS
75 Lower Welden Street
St. Albans, VT  05479-0001

00071

C3 LAST NAME, FIRST NAME, MIDDLE NAME
B- ZAMAN,TOHEED,

DOB        DISP    RUN DATE
19730911   NOHIT   20050126

IBIS LAST NAME, FIRST NAME, MIDDLE NAME
ZAMAN,TOHEED

00072

**Date:** 2/24/2005 1:48 PM
**Sender:** Suzanne M Roberge
**Subject:** Re:ETA 750-I-140
Hi Mr. Gannon,

I have the file you were inquiring about, and have reviewed the appeal. I will be forwarding it to the AAU.

I will try to get a fax over to you right now.

sincerely

suzanne roberge

_____Reply Separator_____
Subject:     ETA 750-I-140
Author:      Patrick F Gannon
Date:        2/15/2005 12:54 PM

Suzanne,

My name is Patrick F. Gannon, I 'm a Senior Special Agent currently attached to the Benefit Fraud Unit in Vermont the old Eastern Regional Office for Investigations. I was recently notified that you currently maintain EAC file (EAC-04-047-50469).

If you could, please fax me copies of the I-140 and the entire ETA 750 both parts and both sides. If you have any questions regarding this please call me at 802-660-5016. The fax number is 802-660-5110.

Thaks

Pat

**Unclassified: for official use only** 733



U. S. Department Of Homeland
Security

## *VERMONT SERVICE CENTER*

*75 LOWER WELDEN STREET
ST. ALBANS, VT  05479-0001*

*TELEPHONE: (802) 527- 4700_
x5035*

*The Vermont Service Center, through teamwork,
continuous process improvements, and personal development,
will produce a product that is timely and of high quality
which will provide customer satisfaction and employee self-esteem.*

## *FAX COVER SHEET*

**Date: February 24, 2005**　　　　　*This cover +　　10　　Page(s)*

**TO: Sr. Special Agent**　　　　**FAX NUMBER: 802-660-5110**
　　　**Patrick Gannon / Benefit Fraud Unit.**

_____　　_____

_____　　_____

_____　　_____

*Sent by:　**Suzanne Roberge CAO-VSC 733**_____*

*Subject:　I-140 (denied) EAC0404750469*
_____

*Comments:　　I-140 will be routed to AAU – I-140 denial was appealed.*
_____

_____

_____

_____

_____

*IF YOU DO NOT RECEIVE THE INDICATED NUMBER OF PAGES,
OR DO NOT RECEIVE A LEGIBLE TRANSMISSION,
PLEASE CONTACT THE SENDER.*

.S. Department of Homeland Security
.ureau of Citizenship and Immigration Services

OMB No. 1615-0015; Exp. 8-31-04

**I-140, Immigran. Petition for Alien Worker**

**START HERE - Please Type or Print.**

**FOR BCIS USE ONLY**

**Part 1.   Information about the person or organization filing this petition.**
If an individual is filing, use the top name line. Organizations should use the second line.

| Family Name (Last Name) | Given Name (First Name) | Full Middle Name |
|---|---|---|
| | | |

Company or Organization Name

Swabi, Inc. dba Season's Pizza

Address: (Street Number and Name)          Suite #

15 Crystal Avenue

Attn:

| City | State/Province |
|---|---|
| Derry | NH |
| Country | Zip/Postal Code |
| USA | 03038 |

| IRS Tax # | Social Security # (if any) | E-Mail Address (if any) |
|---|---|---|
| 02-0501577 | | |

**Part 2. Petition type.**

This petition is being filed for: (Check one)

a. ☐ An alien of extraordinary ability.
b. ☐ An outstanding professor or researcher.
c. ☐ A multinational executive or manager.
d. ☐ A member of the professions holding an advanced degree or an alien of exceptional ability (who is NOT seeking a National Interest Waiver).
e. ☐ A skilled worker (requiring at least two years of specialized training or experience) or professional.
f. ☐ Item E no longer available.
g. ☒ Any other worker (requiring less than two years of training or experience).
h. ☐ An alien applying for a National Interest Waiver (who IS a member of the professions holding an advanced degree or an alien of exceptional ability).

**Part 3. Information about the person you are filing for.**

| Family Name (Last Name) | Given Name (First Name) | Full Middle Name |
|---|---|---|
| Zaman | Toheed | |

Address: (Street Number and Name)          Apt. #

18 Birch Street          3

C/O: (In Care Of)

| City | State/Province |
|---|---|
| Derry | NH |
| Country | Zip/Postal Code | E-Mail Address (if any) |
| USA | 03038 | |

| Daytime Phone # (with a real/country code) | Date of Birth (mm/dd/yyyy) |
|---|---|
| (603)434-9623 | 09/11/1973 |

| City/Town/Village of Birth | State/Province of Birth | Country of Birth |
|---|---|---|
| Swabi | | Pakistan |

| Country of Nationality/Citizenship | A # (if any) | Social Security # (if any) |
|---|---|---|
| Pakistani | 79-681-723 | - - - |

| IF IN THE U.S. | Date of Arrival (mm/dd/yyyy) | I-94 # (Arrival/Departure Document) |
|---|---|---|
| | 07/15/1999 | 069547098 08 |
| | Current Nonimmigrant Status | Date Status Expires (mm/dd/yyyy) |
| | B2OVST | 01-14-2000 |

**FOR BCIS USE ONLY**

Returned          Receipt

Date

Date
Resubmitted

Date

Date
Reloc Sent

Date

Date
Reloc Rec'd

Date

Date

**Classification:**
☐ 203(b)(1)(A) Alien of Extraordinary
☐ 203(b)(1)(B) Outstanding Professor or Researcher
☐ 203(b)(1)(C) Multi-national executive or manager
☐ 203(b)(2) Member of professions w/adv. degree or exceptional ability
☒ 203(b)(3)(A)(i) Skilled Worker
☐ 203(b)(3)(A)(ii) Professional
☐ 203(b)(3)(A)(iii) Other worker

**Certification:**
☐ National Interest Waiver (NIW)
☐ Schedule A, Group I
☐ Schedule A, Group II

| Priority Date | Consulate |
|---|---|
| 5·30·02 | ② 245 |

Remarks
E·31          430

**Action Block**

Denied at VSC

denied          DE  _ 2004

Paul E. Novak Jr.

**To Be Completed By**
Attorney or Representative, if any.
☒ Fill in box if G-28 is attached to represent the applicant.

ATTY State License #
653657

NSEERS OK
FIN#132427 04

00075

## Part 4. Processing Information.

**1.** Please complete the following for the person named in Part 3: *(Check one)*

[ ] Alien will apply for a visa abroad at the American Embassy or Consulate at:

City _____ Foreign Country _____

[X] Alien is in the United States and will apply for adjustment of status to that of lawful permanent resident.
Alien's country of current residence or, if now in the U.S., last permanent residence abroad

_____

**2.** If you provided a U.S. address in Part 3, print the person's foreign address:

_____

**3.** If the person's native alphabet is other than Roman letters, write the person's foreign name and address in the native alphabet:

_____

**4.** Are you filing any other petitions or applications with this one?    [X] No    [ ] Yes-attach an explanation

**5.** Is the person you are filing for in removal proceedings?    [ ] No    [X] Yes-attach an explanation

**6.** Has any immigrant visa petition ever been filed by or on behalf of this person?    [X] No    [ ] Yes-attach an explanation

If you answered yes to any of these questions, please provide the case number, office location, date of decision and disposition of the decision on a separate sheet(s) of paper.

## Part 5. Additional information about the petitioner.

**1.** Type of petitioner *(Check one)*.

[X] Employer    [ ] Self    [ ] Other (Explain, e.g., Permanent Resident, U.S. Citizen or any other person filing on behalf of the alien.)

_____

**2.** If a company, give the following:

| Type of Business | Date Established *(mm/dd/yyyy)* | Current Number of Employees |
|---|---|---|
| Restaurant | 07/20/1998 | 2 |

| Gross Annual Income | Net Annual Income | NAICS Code |
|---|---|---|
| 240,028 | 146,996 | 7 2 2 1 1 0 |

**3.** If an individual, give the following:

Occupation _____ Annual Income _____

## Part 6. Basic information about the proposed employment.

**1.** Job Title

Food Preparer

**2.** SOC Code

3 5 — 2 0 2 1

**3.** Nontechnical Description of Job

Perform food preparation duties other than cooking. Prepare cold foods, shell fish, slicing meat, brewing coffee and tea.

**4.** Address where the person will work if different from address in Part 1.

_____

**5.** Is this a full-time position?    [X] Yes [ ] No

**6.** If the answer to Number 5 is "No," how many hours per week for the position?

_____

**7.** Is this a permanent position?    [X] Yes [ ] No

**8.** Is this a new position?    [ ] Yes [X] No

**9.** Wages per week

$ 10.50 per hour

00076

**Part 7. Information on spouse and all children of the person for whom you are filing.**

List husband/wife and all children related to the individual for whom the petition is being filed. Provide an attachment of additional family members, if needed.

| Name (First/Middle/Last) | Relationship | Date of Birth (mm/dd/yyyy) | Country of Birth |
|---|---|---|---|
| none | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Part 8.   Signature.**   *Read the information on penalties in the instructions before completing this section. If someone helped you prepare this petition, he or she must complete Part 9.*

I certify, under penalty of perjury under the laws of the United States of America, that this petition and the evidence submitted with it are all true and correct. I authorize the release of any information from my records that the Bureau of Citizenship Immigration Services needs to determine eligibility for the benefit I am seeking.

| Petitioner's Signature | Daytime Phone Number (Area/Country Code) | E-mail Address |
|---|---|---|
| | | |

| Print Name | Date (mm/dd/yyyy) |
|---|---|
| Vazeer Purzada | 12/5/2003 |

**Please Note:** If you *do not completely fill out this form or fail to submit required documents listed in the instructions, you may be not found eligible for the requested benefit and this petition may be denied.*

**Part 9. Signature of person preparing form, if other than above.**          *(Sign below)*

I declare that I prepared this petition at the request of the above person and it is based on all information of which I have knowledge.

**Attorney or Representative:** In the event of a Request for Evidence (RFE) may the BCIS contact you by Fax or E-mail?   ☐ Yes   ☐ No

| Signature | Print Name | Date (mm/dd/yyyy) |
|---|---|---|
| | Roxana Veronica Muro, | 12/5/13 |

**Firm Name and Address**

| FitzGerald & Company, LLC, 59 Temple Place, Suite 444, Boston, MA 02111 |
|---|

| Daytime Phone Number (Area/Country Code) | Fax Number (Area/Country Code) | E-mail Address |
|---|---|---|
| (617)    542-0033 | (617)    542-8410 | rmuro@fitzgeraldlawcompany.com |

# Attachment to Form I-140

## CONTINUATION SHEET

ZAMAN, Toheed                          File Number: 79-681-723

Employer Name: Swabi, Inc. dba Season's Pizza

Employer Address:                    15 Crystal Avenue
                    Derry, NH USA 03038

Employer's IRS tax #: 02-0501577
Employer's Social Security #:   - -

Exclusion/deportation proceeding explanation:

The beneficiary is currently in removal proceedings before the Immigration Court in Boston, Massachusetts. As a result of special registration requirements, the beneficiary was placed into removal proceedings.

OMB Approval No. 44-R130

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

**APPLICATION
FOR
ALIEN EMPLOYMENT CERTIFICATION**

IMPORTANT:  READ CAREFULLY BEFORE COMPLETING THIS FORM
*PRINT legibly in ink or use a typewriter. If you need more space to answer questions on this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature.*

*To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (18 U.S.C. 1001).*

**PART A. OFFER OF EMPLOYMENT**

| | |
|---|---|
| 1. Name of Alien *(Family name in capital letter, First, Middle, Maiden)* | |

ZAMAN, Toheed

| 2. Present Address of Alien *(Number, Street, City and Town, State ZIP Code or Province, Country)* | 3. Type of Visa *(If in U.S.)* |
|---|---|
| 18 Birch Street,  Derry, NH 03038 USA | B2 overstay |

The following information is submitted as evidence of an offer of employment.

| 4. Name of Employer *(Full name of organization)* | 5. Telephone *(Area Code and Number)* |
|---|---|
| Swabi, Inc. d/b/a/ Season's Pizza (FEIN: 02-0501577) | (603) 434-9623 |

6. Address *(Number, Street, City or Town, Country, State, Zip Code)*

15 Crystal Avenue, Derry, NH 03038, USA

7. Address Where Alien Will Work *(if different from item 6)*

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule *(Hourly)* | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | | a. Basic | b. Overtime |
| Restaurant | Food Preparer | 40 | n/a | 5 a.m. 1 p.m. | $ 10.50 per hour | $ n/a per hour |

13. Describe Fully the Job to be Performed *(Duties)*

Perform a variety of food preparation duties other than cooking, such as preparing cold foods and shellfish, slicing meat, slicing cheese for pizza, preparing dough and brewing coffee or tea. Maintain kitchen area in immaculate condition before end of shift, which includes wrapping all food items and shutting off of cooking equipment.

| 14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactory the job duties described in item 13 above. | | | | | 15. Other Special Requirements |
|---|---|---|---|---|---|
| | | | | | none |

| EDUCATION *(Enter number of years)* | Grade School | High School | College | College Degree Required *(specify)* |
|---|---|---|---|---|
| | | 4 | | |
| | | | | Major Field of Study |

| TRAIN-ING | No. Yrs. | No. Mos. | Type of Training |
|---|---|---|---|
| | | | |

| EXPERI-ENCE | Job Offered | | Related Occupation | | Related Occupation *(specify)* |
|---|---|---|---|---|---|
| | Yrs. | Mos. | Yrs. | Mos. | |
| | | | | 6 | food preparation |

| 16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor ➤ Supervisor | 17. Number of Employees Alien Will Supervise ➤ 0 |
|---|---|

**CERTIFICATION**

PURSUANT TO THE PROVISIONS OF SECTION 212 (A) (14) OF THE IMMIGRATION AND NATIONALITY ACT AS AMENDED I HEREBY CERTIFY THAT THERE ARE NOT SUFFICIENT U.S. WORKERS AVAILABLE AND THE EMPLOYMENT OF THE ABOVE WILL NOT ADVERSELY AFFECT THE WAGES AND WORKING CONDITIONS OF WORKERS IN THE U.S. SIMILARLY EMPLOYED.

NOV 2 4 2003
*(DATE)*                    Raimundo A. Lopez
                              *(CERTIFYING OFFICER)*

| ENDORSEMENTS *(Make no entry in section - for government use only)* | |
|---|---|
| Date Forms Received | |
| R.O. MAY 30 2003 | S.O. MAY 30 2003 |
| R.O. | N.O. |
| Ind. Code 5812 | Occ. Code 313.361-014 |
| Occ. Title  FOOD SERVER WORKER | |

00079

| 18. COMPLETE ITEMS ONLY IF JOB IS TEMPORARY | | | 19. IF JOB IS UNIONIZED (Complete) | |
|---|---|---|---|---|
| a. No. of Openings To Be Filled By Aliens Under Job Offer | b. Exact Dates You Expect To Employ Alien | | a. Number of Local | b. Name of Local |
| | From | To | | |
| | | | | c. City and State |

| 20. STATEMENT FOR LIVE-AT-WORK JOB OFFERS | | (Complete for Private Household Job ONLY) | | | |
|---|---|---|---|---|---|
| a. Description of Residence | | b. No. Persons Residing at Place of Employment | | | c. Will free board and private room not shared with anyone be provided? ("X" one) |
| ("X" one) ☐ House ☐ Apartment | Number of Rooms | Adults | | | ☐ YES ☐ NO |
| | | | BOYS | Children / Ages | |
| | | | GIRLS | | |

**21. DESCRIBE EFFORTS TO RECRUIT U.S. WORKERS AND THE RESULTS.** *(Specify Sources of Recruitment by Name)*

internal postings
newspaper advertisements
help wanted signs on premises

**22.   Applications require various types of documentation. Please read PART II of the instructions to assure that appropriate supporting documentation is included with your application.**

### 23. EMPLOYER CERTIFICATIONS

*By virtue of my signature below, I HEREBY CERTIFY the following conditions of employment.*

a.   I have enough funds available to pay the wage or salary offered the alien.

b.   The wage offered equals or exceeds the prevailing wage and I guarantee that, if a labor certification is granted, the wage paid to the alien when the alien begins work will equal or exceed the prevailing wage which is applicable at the time the alien begins work.

c.   The wage offered is not based on commissions, bonuses, or other incentives, unless I guarantee a wage paid on a weekly, bi-weekly or monthly basis.

d.   I will be able to place the alien on the payroll on or before the date of the alien's proposed entrance into the United States.

e.   The job opportunity does not involve unlawful discrimination by race, creed, color, national origin, age, sex, religion, handicap, or citizenship.

f.   The job opportunity is not:

(1)   Vacant because the former occupant is on strike or is being locked out in the course of a labor dispute involving a work stoppage.

(2)   At issue in a labor dispute involving a work stoppage.

g.   The job opportunity's terms, conditions and occupational environment are not contrary to Federal, State or local law.

h.   The job opportunity has been and is clearly open to any qualified U.S. worker.

### 24. DECLARATIONS

DECLARATION OF EMPLOYER ▶   *Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury the foregoing is true and correct.*

| SIGNATURE | DATE |
|---|---|
| | 05. 28 - 03 |
| NAME (Type or Print) | TITLE |
| Vazeer Pirzada | Supervisor |

AUTHORIZATION OF AGENT OF EMPLOYER ▶   *I HEREBY DESIGNATE the agent below to represent me for the purposes of labor certification and I TAKE FULL RESPONSIBILITY for accuracy of any representations made by my agent.*

| SIGNATURE OF EMPLOYER | DATE |
|---|---|
| | 05. 28. 03 |

| NAME OF AGENT   (Type or Print) | ADDRESS OF AGENT (Number, Street, City, State, ZIP Code) |
|---|---|
| Roxana V. Muro | FitzGerald & Company, LLC 59 Temple Place, Suite 44 Boston, MA 02111 |

00080

## PART B. STATEMENT OF QUALIFICATIONS OF ALIEN

**FOR ADVICE CONCERNING REQUIREMENTS FOR ALIEN EMPLOYMENT CERTIFICATION:** If alien is in U.S., contact nearest office of Immigration and Naturalization Service. If alien is outside U.S., contact nearest U.S. Consulate.

**IMPORTANT: READ ATTACHED INSTRUCTIONS BEFORE COMPLETING THIS FORM.**

Print legibly in ink or use a typewriter. If you need space to fully answer any questions on this form, use a separate sheet. Identify each answer with the number of the corresponding question. Sign and date each sheet.

| 1. Name of Alien (Family name in capital letters) | First Name | Middle Name | Maiden Name |
|---|---|---|---|
| ZAMAN | Toheed | | |

| 2. Present Address (No., Street, City or Town, State or Province and ZIP Code) | Country | 3. Type of Visa (If in U.S.) |
|---|---|---|
| 18 Birch Street, Derry, NH 03038 | USA | B2 overstay |

| 4. Alien's Birthdate (Month, Day, Year) | 5. Birthplace (City or Town, State or Province) | Country | 6. Present Nationality or Citizenship (Country) |
|---|---|---|---|
| September 11, 1973 | Peshawar, Swabi | Pakistan | Pakistani |

**7. Address in United States Where Alien Will Reside**

18 Birch Street, #3
Derry, NH 03038

| 8. Name and Address of Prospective Employer if Alien has job offer in U.S. | 9. Occupation in which Alien is Seeking Work |
|---|---|
| Season's Pizza | |
| 15 Crystal Avenue, Derry, NH 03038, USA | Food Preparation |

**10. "X" the appropriate box below and furnish the information required for the box marked**

| | | City in Foreign Country | Foreign Country |
|---|---|---|---|
| a. ☐ | Alien will apply for a visa abroad at the American Consulate in | | |
| b. ☒ | Alien is in the United States and will apply for adjustment of status to that of a lawful permanent resident in the office of the Immigration and Naturalization Service at | City    Boston | State    MA |

| 11. Names and Addresses of Schools, Colleges and Universities Attended (Include trade or vocational training facilities) | Field of Study | FROM | | TO | | Degrees or Certificates Received |
|---|---|---|---|---|---|---|
| | | Month | Year | Month | Year | |
| Board of Intermediate and Secondary Education | General Studies | Sept. | 1991 | Jun. | 1993 | diploma |
| | | Jan. | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## SPECIAL QUALIFICATIONS AND SKILLS

**12. Additional Qualifications and Skills Alien Possesses and Proficiency in the use of Tools, Machines or Equipment Which Would Help Establish if Alien Meets Requirements for Occupation in Item 9.**

**13. List Licenses (Professional, journeyman, etc.)**

**14. List Documents Attached Which are Submitted as Evidence that Alien Possesses the Education, Training, Experience, and Abilities Represented**

offer of employment

Endorsements

| | DATE REC. DOL |
|---|---|
| (Make no entry in this section — FOR Government Agency USE ONLY) | O.T. & C. |

(Items continued on next page)

**16. WORK EXPERIENCE.**    List all jobs held during past three (3) years.  Also, list any other jobs related to the occupation for which the alien is seeking certification as indicated in item 9.

**a. NAME AND ADDRESS OF EMPLOYER**
Season's Pizza
15 Crystal Avenue
Derry, NH 03038, USA

| NAME OF JOB | DATE STARTED | | DATE LEFT | | KIND OF BUSINESS |
|---|---|---|---|---|---|
| | Month | Year | Month | Year | |
| Food Preparer | October | 2002 | Present | | Restaurant |

| DESCRIBE IN DETAIL THE DUTIES PERFORMED, INCLUDING THE USE OF TOOLS, MACHINES, OR EQUIPMENT | NO. OF HOURS PER WEEK |
|---|---|
| | 40 |

Prepare food, prepare ingredients for pizza, sandwiches, meats, chop vegetables, cut meats, poultry, fish.

**b. NAME AND ADDRESS OF EMPLOYER**
Ibrahim Hotel
Peshawar, Pakistan

| NAME OF JOB | DATE STARTED | | DATE LEFT | | KIND OF BUSINESS |
|---|---|---|---|---|---|
| | Month | Year | Month | Year | |
| Cook/Food Preparer | 04 | 1994 | 07 | 1999 | Hotel/Restaurant |

| DESCRIBE IN DETAIL THE DUTIES PERFORMED, INCLUDING THE USE OF TOOLS, MACHINES, OR EQUIPMENT | NO. OF HOURS PER WEEK |
|---|---|
| | 40 |

Measure and mix ingredients according to recipe, using variety of kitchen equipment, such as grinders, mixers, and slicers. Cook and carve meats, and prepare dishes during rush periods, banquets and other social functions

**c. NAME AND ADDRESS OF EMPLOYER**

| NAME OF JOB | DATE STARTED | | DATE LEFT | | KIND OF BUSINESS |
|---|---|---|---|---|---|
| | Month | Year | Month | Year | |
| | | | | | |

| DESCRIBE IN DETAIL THE DUTIES PERFORMED, INCLUDING THE USE OF TOOLS, MACHINES, OR EQUIPMENT | NO. OF HOURS PER WEEK |
|---|---|
| | |

**16. DECLARATIONS**

| DECLARATION OF ALIEN ➤ | Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury the foregoing is true and correct. |
|---|---|

| SIGNATURE OF ALIEN | DATE |
|---|---|
| | 0 5-28-03 |

| AUTHORIZATION OF AGENT OF ALIEN ➤ | I hereby designate the agent below to represent me for the purpose of labor certification and I take full responsibility for accuracy of any representations made by my agent. |
|---|---|

| SIGNATURE OF ALIEN | DATE |
|---|---|
| | 05-28-03 |

| NAME OF AGENT  (Type or Print) | ADDRESS OF AGENT (No., Street, City, State, ZIP Code) |
|---|---|
| Roxana V. Muro | FitzGerald & Company, LLC 59 Temple Place, Suite 444 Boston, MA 02111 |

00082

On December 8, 2003, Swabi, Inc., dba Seasons Pizza filed an Immigrant Petition for Alien Worker (Form I-140) to classify Toheed Zaman as a cook under section 203(b)(3) of the Immigration and Nationality Act, supported by a Department of Labor Certification (Form ETA-750). The ETA-750 has a priority date (filing date) of May 30, 2003.

Title 8, Code of Federal Regulations, part 204.5(g) states in part:

(2)    Any petition filed by or for an employment-based immigrant which requires an offer of employment must be accompanied by evidence that the prospective United States employer has the ability to pay the proffered wage. The petitioner must demonstrate this ability at the time the priority date is established and continuing until the beneficiary obtains lawful permanent residence.

The petitioning company is a restaurant, established in 1998. The company currently employs 2 people. The record indicates the petitioning company has employed the beneficiary since October 2002. The ETA-750 indicates the recommended annual salary (proffered wage) for this position is $21,840.00. This position requires the minimum education, training or experience of 6 months experience in food preparation.

On August 31, 2004 a Notice of Action (Form I-797) was sent to the petitioning company requesting the following additional information in support of the petition:

Additional evidence to establish the ability to pay the proffered wage by submitting either the petitioning company's 2003 United States federal income tax return(s), with all schedules and attachments, or the company's annual reports for 2003 accompanied by audited or reviewed financial statements, or as secondary evidence copies of the beneficiary's 2003 Form W-2 Wage and Tax Statement(s) showing how much the beneficiary was paid by the company.

On October 25, 2004 the petitioning company submitted the following additional evidence:

- A photocopy of 2 of the beneficiary's paystubs dated October 8th and October 15, 2004.
- A copy of the company's 1120s Tax Return and related schedules for 2003.

Form W-2 Wage and Tax Statements for the beneficiary were not submitted.

The paystubs submitted as evidence indicate the petitioning company paid beneficiary $8,400.00 as of October 10, 2004. A full-time employee working from January of 2004 and paid the proffered wage indicated on the ETA-750 should have earned approximately $15,000.00 by October of 2004.

The 2003 Tax return shows the petitioning company had an income of $10,303.00. Line 8 of the company's tax returns indicate that there were no salaries and wages paid in 2003. Schedule A indicates the company incurred some expenses identified as cost of labor that totaled $8,736.00. Schedule L of the tax return indicates net current assets in 2003 of $11,146.00.

The company's income and current assets fall far below the amount needed to meet the salary required by the ETA-750. Additionally, the beneficiary's paystubs also reflect that the proffered wage is not being met. The evidence submitted does not establish that the company had the ability to pay the proffered wage of $21,840.00.

Although it was not included in the notice of action, the record does not contain any evidence of the beneficiary's required experience, beyond the work experience listed on Part B. of the ETA-750.

Evidence relating to qualifying experience or training should be in the form of letter(s) from current or former employer(s) or trainer(s), and should include the name, address and title of the writer. A specific description of the duties performed by the alien or of the training received as well as the beginning and ending dates of employment should be provided in the letters submitted. Experience/training received through prior employment should be documented by the prior employer. If such evidence is unavailable, other documentation relating to the alien's experience will be considered. Evidence of the beneficiary's experience should be addressed in any future filings.

In visa petition proceedings, the petitioner bears the burden of establishing eligibility for the benefits sought. See Matter of Brantigan, 11 I. & N. Dec. 493 (BIA 1966).

In view of the above, the petition is denied.

You may appeal this decision by filing a completed Form I-290B with the Vermont Service Center within 30 days from the date of this notice, 33 days if this notice was received by mail. A copy of Form I-290B, Notice of Appeal to the Administrative Appeals Unit, is enclosed for your use. While your appeal will be decided by the Administrative Appeals Unit (AAU) in Washington, DC, it should be sent to the Vermont Service Center with the required fee of $110.00 at the following address:

Vermont Service Center
75 Lower Welden Street
St. Albans, VT 05479

You may also include a brief or other written statement in support of your appeal. If no appeal is filed within the time allowed, this decision is final.

C3 LAST NAME, FIRST NAME, MIDDLE NAME
B- ZAMAN,TOHEED,

LAST MANIFEST UPDATE = 20041122

DOB          DISP    RUN DATE    IBIS LAST NAME, FIRST NAME, MIDDLE NAME
19730911    NOHIT    20041028    ZAMAN,TOHEED

00085

# ADJUDICATIONS Worksheet

REVISED 1/16/2003

PLACE BAR CODE LABEL(S) IN THIS SPACE OR WRITE IN RECEIPT NUMBER(S)

_6404750469_

| ID _733_ | ID _____ | ID _____ |
| DATE _12·9·04_ | DATE _____ | DATE _____ |

☐ CABLE / FAX TO _____ CLASSIFICATION: _____

☐ RELEASE    A. First Approval Notice    C. Duplicate Notice    E. Congressional interest
             B. Amended Notice           D. Petition to Mailroom, FWD to NVC

☐ TRANSFER OUT        ☒ ORDER # _1140 Ew33_    ☐ 539ND.797

   HAND   LAN          HAND (LAN)    ☐ 129D.797  EOS / COS

☐ SCANNING   ☐ IAP-66 TO USIA    ☐ I-20 ID TO STSC    ☐ ABANDONMENT (H1)

☐ RETURN I-94   ☐ RETURN IAP-66    ☐ RETURN I-20 ID    ☐ NO RESPONSE (H1A)

☐ RETURN ORIGINALS: _____

☐ FMU   Consolidate:_____    Relocate file(s) to: _____

   I-751/I-89 Hold Shelf_____

☐ FOR DELETION    ☐ ORDER/CREATE A FILE
                     a. VISA AVAILABLE       b. VISA NOT AVAILABLE

☐ CRU  a. FEE REFUND    ☐ AAU APPEAL    ☐ BIA APPEAL

   b. OTHER _____ SCAO SIGNATURE _____

☐ FCU  FAM / BUS / RES  SHELF _____ DAYS    ☐ TO RECORDS SHELF
       (CIRCLE ONE)

☐ MFAS: Interview at _____ on _____    ☐ MFAS STRIPPING

☐ MFAS: Record Updated, no Schedule Record Available. _____ District Office

☐ OTHER: _____

☐ IBIS TRIAGE UNIT - Potential  Approval / Denial    ☐ OPS REFERRAL    ☐ DENIAL CRATE

☐ RETURN TO:_____ RAFACS#_____

00086

```
CIMIDN                MIGRATION AND NATURALIZATI    SERVICE              12/09/0
COMMAND:                CENTRAL INDEX SYSTEM - ID # SEARCH/DISPLAY         10:40:16

ID # (A/AA/AB/C/DA): A79681723                    A#: 079681723    .DOB: 091119
    (DL/FB/FP/I/PP/SS/TD)
    LAST: ZAMAN
   FIRST: TOHEED                                               NATZ DATE:
  MIDDLE:                                                         COURT:
 ALIASES:                                                      LOCATION:

 SEX: M      POE: WAS   COB: PAKIS     DOE: 07151999
 FCO: NRC    COA: B2    COC: PAKIS     FTC: 11142003    FATHER: NAWAR
PFCO: ESC   SFCO:       DFO: 03192003  BIN:             MOTHER: ROMAN

      SSN:                          CONSOLIDATED A-NOS    --OTHER INFORMATION--
I-94 ADM #: 06954709809                                  DACS-X  EADS-X
PASSPORT #: KB542676
    FBI #:
DRIVER LIC:
FINGER CD#:


            OVER-KEY ID NUMBER TO DISPLAY NEW PERSON.   PRESS ENTER.
CLEAR EXIT  PF3 REFRESH  PF4 RETURN PF5 HELP PF6 MAIN MENU  PF8 HISTORY PF9 EAD
PF10 REQUIRES A SPECIAL SECURITY CLASS.                     PF10 NAILS PF11 EOI
```

00087

# ADJUDICATIONS Worksheet

REVISED 6/13/2002

12/09/2003    EAC-04-047-50469    EACKMF01

___ THIS SPACE OR WRITE IN RECEIPT NUMBER (S

(1)    457B

DATE 8/5/2004    DATE    DATE

[ ] CABLE / FAX TO    CLASSIFICATION

[ ] RELEASE    A  First Approval Notice    D  Petition to Mailroom, I WD to NVC
                B  Amended Notice    E  Congressional Interest
                C  Duplicate Notice    F  Normal Mailer

[ ] 539ND 797

[X] TRANSFER OUT    [ ] ORDER #    [ ] 129D. 797
HAND (LAN)    HAND    LAN

[ ] RETURN I-94    [ ] IAP-66 TO USIA    [ ] I-20 ID TO STSC    [ ] ABANDONMENT

[ ] FMU    [ ] RETURN IAP-66    [ ] RETURN I-20 ID    [ ] NO RESPONSE

[ ] RETURN ORIGINALS:

[ ] FOR DELETION    [ ] ORDER/CREATE A FILE
                    ___ VISA AVAILABLE    b. VISA NOT AVAIL

[ ] CRU    a. FEE REFUND
           b. OTHER    SCAO SIGNATURE _____

[ ] AAU APPEAL    [ ] BIA APPEAL    SCAO SIGN-OFF _____

[ ] RCU  FAM / BUS / RES  SHELF ____ DAYS    [ ] TO RECORDS SHELF
         (CIRCLE ONE)

[ ] MFAS: Interview at _____ on ___    [ ] MFAS STRIPPING

[ ] MFAS: Record Updated, no Schedule Record Available. _____ District Office

[ ] OTHER: _____

[ ] IBIS CHECK COMPLETED ON _____    [ ] IBIS Triage Unit    [ ] OPS Referral

[ ] RETURN TO:    RAFACS    World or Cube # ___    00088

```
DAX40D0                   DACS-EOIR DATA INQUIRY    OIR)           DATE: 07/21/20
                                                                  TIME: 07:57:03
    DACS                        A-NBR: 079681723
 LAST NAME: ZAMAN                          EOIR LAST NAME: ZAMAN
 FIRST NAME: TOHEED                           FIRST NAME: TOHEED
     NATLTY: PAKIS                               NATLTY: PK
                                            PRIN A-NBR: 79681723
CHARGE DOC: 03/17/2003  BASE CITY: BOS    HEARING LOC: BOS
   CUSTODY:               ASYLYM TYPE:                CLOCK ELAPSED: 0000
PROC RCVD: 03/25/2003  INIT HEARING: 04/24/2003   CLOCK UPDATED:
                       LAST/NEXT HEARING: 01/04/2005  TYPE: MSTR  CLK STAT:
INIT RCVD:
ASYL RCVD:                    IJ DEC:    IJ COMPLETE:              APPLICATION
    W/H DEC:              EOIR DEC:        OTHER COMPL:              FILED DEC
MTR RCVD:            DEC:        DATE:                      212C:
APPEAL:             DEC:        DATE:                      245ADJ:
              FINAL DISP:       DATE:                      VOL DEP:
                                                           WTHDRWL:
CHRGS: 1) 237a01B        2) 237a01Ci       3)              SUSPENS:
       4)                5)                6)

PF1 - PAGE FWD
                        COMMAND: EOIR     A-NUM: 079681723
```

00089

## I-140 Processing Worksheet

Mailroom/Data Entry: If any deficiencies below are encountered, annotate worksheet in the Remarks/Action Taken column, and send for INS Review

| MAILROOM | Check Box if Deficient | Remarks/Action Taken | Emp. I.D. # / Date |
|---|---|---|---|
| No Name Present in Part 1 or Part 3 of the petition | ☐ | | |
| More Than One or No Lettered Box Checked in Part 2 of the petition | ☐ | | |
| Missing Address in Part 1 or Part 3 of the petition | ☐ | | |
| Incorrect Jurisdiction in Part 6 | ☐ | | |
| Missing or Incomplete Signature in Part 8 | ☐ | | |
| Fee is Missing/Incorrect | ☐ | | |
| Other | ☐ | | VT 34312 12-8-03 |
| Supervisor Signature (If necessary) | | | |

| DATA ENTRY | Check Box if Deficient | Remarks/Action Taken | Emp. I.D. # / Date |
|---|---|---|---|
| No Name Present in Part 1 or Part 3 of the petition | ☐ | | |
| More Than One or No Lettered Box Checked in Part 2 of the petition | ☐ | | |
| Missing Address in Part 1 or Part 3 of the petition | ☐ | | |
| Missing or Incomplete Signature in Part 8 | ☐ | | |
| Fee Missing/Incorrect | ☐ | | |
| Other | ☐ | | VT34258 12-9-03 |
| Supervisor Signature (If necessary) | | | |

| INS REVIEW | Circle One | Remarks/Action Taken | Emp. I.D. # / Date |
|---|---|---|---|
| This file originated in the (Circle One) | | | |
| Mailroom | | | |
| Data Entry | | | |
| Reason for rejection | | | |
| Accept filing? | Y    N | | |

| ADJUDICATIONS | Check Box if Deficient | Remarks/Action Taken | Emp. I.D. # / Date |
|---|---|---|---|
| CLAIMS/systems updated correctly | ☐ | | |
| Priority Dates and Classification Data Annotated Correct | ☐ | | |
| Approval stamp signed and dated correctly | ☐ | | |
| Denial Annotated Correctly | ☐ | | |
| Missing/Incorrect Approval Phrase | ☐ | | |
| Adjustment of Status Requested | (Circle One) Y    N | | |

10/15/01

```
CIMIDN              _IGRATION AND NATURALIZATIC  SERVICE          03/16/05
COMMAND:          CENTRAL INDEX SYSTEM - ID # SEARCH/DISPLAY       11:07:15

ID # (A/AA/AB/C/DA): A79681723              A#: 079681723    DOB: 0911197
    (DL/FB/FP/I/PP/SS/TD)
   LAST: ZAMAN
  FIRST: TOHEED                                  NATZ DATE:
 MIDDLE:                                             COURT:
ALIASES:                                          LOCATION:


 SEX: M      POE: WAS   COB: PAKIS     DOE: 07151999
 FCO: NRC    COA: B2    COC: PAKIS     FTC: 11142003   FATHER: NAWAR
PFCO: ESC   SFCO:       DFO: 03192003  BIN:            MOTHER: ROMAN

        SSN:                   CONSOLIDATED A-NOS    --OTHER INFORMATION--
I-94 ADM #: 06954709809                             DACS-X  EADS-X
PASSPORT #: KB542676
     FBI #:
DRIVER LIC:
FINGER CD#:


          OVER-KEY ID NUMBER TO DISPLAY NEW PERSON.   PRESS ENTER.
CLEAR EXIT  PF3 REFRESH  PF4 RETURN PF5 HELP PF6 MAIN MENU  PF8 HISTORY PF9 EAD
                                                              PF11 EOIF
```

00091

# EXHIBIT 2

38541

**Department of Homeland Security**
**Delegation Number: 0150.1**

# DELEGATION
# TO THE BUREAU OF
# CITIZENSHIP AND
# IMMIGRATION SERVICES

## 1.  Purpose

This delegation vests in the Bureau of Citizenship and Immigration Services (BCIS) and through its highest ranking official to regional directors, asylum directors, district directors, service center directors, adjudication officers, asylum officers, immigration information officers, and other officers or employees of the BCIS the authorities described herein in order to accomplish the mission of the BCIS.  This delegation is made through, and the exercise of any authorities therein is subject to the authority, direction, and control of, the Deputy Secretary of the Department of Homeland Security.

## 2.  Delegations

Pursuant to the authority vested in the Secretary of Homeland Security by law, including the Homeland Security Act of 2002, I hereby delegate to the Bureau of Citizenship and Immigration Services:

    (A)    Authority to establish policies for performing such functions as are transferred to the Director by section 451 of the Homeland Security Act of 2002 (Act) or otherwise vested in the Bureau by law.

    (B)    Authority to oversee the administration of such policies.

    (C)    Responsibility for advising the Deputy Secretary with respect to any policy or operation of the BCIS that may affect the Bureau of Customs and Border Protection (BCBP) or the Bureau of Immigration and Customs Enforcement (BICE) of the Department, including potentially conflicting policies or operations.

    (D)    Authority to establish national immigration services policies and priorities.

(E) Authority to meet regularly with the Citizenship and Immigration Services Ombudsman ("the Ombudsman") described in section 452 of Act and to establish procedures requiring a formal response to any recommendations submitted in the Ombudsman's annual report to Congress pursuant to section 451(a)(3)(F) of the Act.

(F) Authority to design and implement in consultation with the Chief Human Capital Officer the managerial rotation program described in section 451(a)(4) of the Homeland Security Act of 2002.

(G) Authority to implement pilot initiatives for backlog elimination as described in section 451(a)(5) of the Homeland Security Act of 2002, including the authority to increase personnel, transfer personnel to focus on areas with the largest potential for backlog, and streamline paperwork.

(H) Authority under section 103(a)(1) of the Immigration and Nationality Act of 1952, as amended (INA), 8 U.S.C. §1103(a)(1), to administer the immigration laws (as defined in section 101(a)(17) of the INA).

(I) Authority to investigate alleged civil and criminal violations of the immigration laws, including but not limited to alleged fraud with respect to applications or determinations within the BCIS and make recommendations for prosecutions, or other appropriate action when deemed advisable.

(J) Authority to register and fingerprint aliens in the United States, and exercise other functions relating to registration and change of address, as provided by sections 262-266 of the INA, 8 U.S.C. §§1302-06.

(K) Authority, in consultation with the legislative affairs function of the Department of Homeland Security, to prepare reports on private bills pertaining to immigration matters under 28 C.F.R. §0.105(h).

(L) Authority to certify official Department of Homeland Security records relating to immigration matters.

(M) Authority to maintain such files and records systems as are necessary to carry out the functions of the BCIS.

(N) Authority to place aliens in removal proceeding by issuance of a Notice to Appear, and to cancel such Notice before jurisdiction vests with the Executive Office for Immigration Review of the Department of Justice (EOIR).

(O) Authority to parole an applicant for admission into the United States under section 212(d)(5) of the INA, 8 U.S.C. §1182(d)(5), and to issue advance parole documentation.

(P)   Authority to grant voluntary departure under section 240B of the INA, 8 U.S.C. §1229c, and deferred action.

(Q)   Authority to approve bonds issued pursuant to the immigration laws, to determine whether such bonds have been breached, and take appropriate action to protect the interests of the United States with respect to such bonds.

(R)   Authority to grant employment authorization under sections 214(a) or 274A(h)(3) of the INA (8 U.S.C. §§1184(a) and 1324A(h)(3)), 8 C.F.R. §274a.13, or other applicable law.

(S)   Authority to interrogate aliens and issue subpoenas, administer oaths, take and consider evidence, and fingerprint and photograph aliens under sections 287(a), (b), and (f) of the INA, 8 U.S.C. §1357 and under section 235(d) of the INA, 8 U.S.C. §1225(d).

(T)   Authority under the immigration laws, including but not limited to sections 207 and 208 of the INA (8 U.S.C. §1157 and §1158), to grant asylum and refugee status (and terminate such status), adjust status of refugees and asylees, make credible fear determinations, and approve withholding of removal under the Convention Against Torture.

(U)   Authority to exercise appellate jurisdiction over the matters described in 8 C.F.R. §103.1(f)(3)(E)(iii) (as in effect on February 28, 2003).

(V)   Authority under the immigration laws, including but not limited to sections 310 and 341 of the INA (8 U.S.C. §1421 and §1452), to grant applications for naturalization and certificates of citizenship (and revoke such naturalization), including administration of oaths, issuance of certificates, provision of citizenship materials and services to public schools to prepare naturalization candidates, supervision of courts designated under section 310 of the INA to administer oaths, and any other rights and responsibilities relating to the naturalization or citizenship of aliens.

(W)   Authority under the immigration laws, including but not limited to sections 204 and 214 of the INA (8 U.S.C. §1154 and §1184), to accept and adjudicate nonimmigrant and immigrant visa petitions (whether family based, employment based, or other), including collection of appropriate fees, conduct of interviews, and appellate review of the BCIS decisions that do not fall within the jurisdiction of the EOIR.

(X)   Authority to invalidate labor certifications under 8 C.F.R §214.2, 20 C.F.R. §655.209 and §656.30.

(Y)   Authority to approve participation as a Regional Center and to terminate such participation under 8 C.F.R. §204.6(m) and to take other actions to administer the Immigrant Investor (EB-5) Program.

(Z)   Authority under the Immigration laws to extend and change nonimmigrant status and to adjust the status of aliens to lawful residents (on a temporary or permanent basis) and to revoke such status, including determination of admissibility of aliens, authority to grant waivers of inadmissibility and permission to reapply for entry, and authority to conduct interviews (or waive interviews) regarding an alien's eligibility for an immigration benefit.

(AA)  Authority to approve or deny, or withdraw approval of petitions for schools seeking approval for attendance by nonimmigrant students under 8 C.F.R. §214.3.

(BB)  Authority under the immigration laws to accept, process and adjudicate any application for any immigration benefit or service not exclusively under the jurisdiction of the EOIR, ICE or CBP, including but not limited to the authority to approve, deny, transfer, revoke, rescind, or certify all existing and future immigration, naturalization and citizenship benefits.

(CC)  Authority to station officers and employees of the BCIS in foreign countries as provided by section 103(a)(7) of the INA, 8 U.S.C. §1103(a)(7), and other applicable law, and to perform such other activities with respect to the international operations of the Department of Homeland Security as I may direct.

(DD)  Authority to perform other functions or duties as I may direct.

The authority delegated herein may be exercised by the director, his deputy, or the highest ranking official in the Bureau. In exercising the authority delegated herein, the BCIS shall be governed by the Homeland Security Act of 2002; all applicable federal laws, rules and regulations; and the policies, procedures, direction, authority and control of the Secretary, the Deputy Secretary, the Under Secretary for Management, or other officer authorized by the Secretary to prescribe such policies and procedures or exercise such authority, direction and control. Nothing herein shall be construed to limit or detract from the authority of the Secretary under section 102(a)(2) and (3) of the Homeland Security Act and other applicable law.

## 3.   Reservations

The above delegations of authority to the BCIS in no way limit the functions, rights, privileges, powers, and duties vested in the Commissioner of CBP or in the Assistant Secretary for ICE by law, including authority provided by the above listed statutes or any delegation from the Secretary of Homeland Security.

The BCIS is directed to coordinate, to the extent necessary and appropriate, his exercise of

the authorities under this delegation with other officials to whom I have delegated authorities that complement, relate to, involve, or are concurrent with the authorities in this delegation. Specific reference in this delegation to coordination or consultation with other officials as to certain matters is not meant to limit the responsibility of the BCIS to coordinate or consult in other matters when appropriate. Delegation of an authority to the BCIS shall not be construed to mean that the authority may be exclusively exercised by the Director; in particular, reference is made to delegations of authority to the Commissioner of CBP and to the Assistant Secretary for ICE that are with respect to many authorities parallel to, concurrent with, or overlapping with this delegation.

Unless specifically provided therein, nothing in this delegation authorizes the BCIS to enforce immigration laws by inspection of aliens or vehicles, issuance or execution of warrants, detention or release of aliens on bond, removal of aliens from the United States, issuance of stays of removal, reinstatement of removal orders, or any other enforcement authority exclusively delegated to the Commissioner of CBP or the Assistant Secretary for ICE.

Nothing is this delegation is intended to grant or provide authority or jurisdiction over any determination or matter within the sole authority of the Executive Office for Immigration Review of the Department of Justice.

## 4.  Re-delegations

Unless otherwise proscribed by statute, Executive Order, or the terms of this delegation, the powers, authorities, responsibilities, and functions of the BCIS may be re-delegated in writing by the Director or the highest ranking official to appropriate subordinate officials of the BCIS, and may be successively re-delegated to other officers or employees of the BCIS qualified to exercise the authority. The Director or the highest ranking official also may re-delegate the authority contained in this delegation to the Commissioner of CBP or to Assistant Secretary for ICE, with their consent.

Officers and employees of the former Immigration and Naturalization Service (INS), including but not limited to the Examinations (Adjudications), Citizenship and International Affairs (including asylum and refugee) Programs of the former INS will, following their transfer to the BCIS, continue to exercise their authorities and responsibilities as they existed on February 28, 2003, unless modified or revoked by the BCIS or other authorized official. Asylum officers continue to be delegated responsibilities as described in 8 C.F.R. §103.1(g)(3)(ii) (as in effect on February 28, 2003) unless modified or revoked by the BCIS or other authorized official.

## 5.  Authorities

Homeland Security Act, 116 Stat. 2135, Pub. L. 107-296 §§ 101, 102, 403, 441, 1502, 1706 (2002); 5 U.S.C. § 301; Immigration and Nationality Act of 1952, as amended, 8 U.S.C. 1101 et seq.; the "immigration laws," as defined by section 101(a)(17) of the Immigration and Nationality Act of 1952, as amended, 8 U.S.C. 1101(a)(17).

## 6. Credentials

Any badge, credential, seal, stamp or other such item or document that is valid at 11:59 p.m. on February 28, 2003, and that identifies an officer or employee of the INS, who is transferred to the BCIS, shall continue in effect as a badge, credential, or other documentation identifying an officer or employee of the BCIS until its expiration, revocation, withdrawal, or replacement, whichever comes first. The BCIS may authorize replacement, renewal, or new issuance of badges, credentials, seals, stamps or other such items or documents to BCIS officers or employees using Immigration and Naturalization Service identity and forms until BCIS forms are available.

## 7. Office of Primary Interest

The Bureau of Citizenship and Immigration Services is the office with primary interest in this delegation.

## 8. Cancellation

Delegation Number 0150 is rescinded.

## 9. Effective Date and Time

This delegation of authority shall take effect at 12:00 midnight, March 1, 2003.

*Tom Ridge*

Secretary of Homeland Security