THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEASON'S PIZZA RESTAURANT,<br>   Plaintiff<br><br>V.<br><br>MICHAEL CHERTOFF, as Secretary of the Department of Homeland Security; EDUARDO AGUIRRE, as Director of the United States Citizenship and Immigration Services; PAUL NOVAK, as Center Director of the U.S. Citizenship and Immigration Services for Vermont Service Center,<br>   Defendants | )<br>)<br>)<br>) CIVIL ACTION FILE NO.<br>)<br>) 05-CV-10710-MEL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ASSENTED TO STIPULATION OF DISMISSAL

NOW come the parties, by and through the undersigned counsel, and hereby request this Honorable Court dismiss the above-entitled action pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure.

| | |
|---|---|
| /s/ Damian Wilmot<br>Damian Wilmot<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210 | /s/ Desmond P. FitzGerald<br>Desmond P. FitzGerald<br>FitzGerald & Company, LLC<br>18 Tremont Street, Suite 210<br>Boston, MA 02108<br>T: 617.523.6320<br>F: 617.523.6324<br>diftizgerald@fitzgeraldlawcompany.com<br>BBO: 68344 |

CERTIFICATE OF SERVICE

I hereby certify that the foregoing documents, Stipulation of Dismissal, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 14. 2006.

/s/Desmond P. FitzGerald
Desmond P. FitzGerald
FitzGerald & Company, LLC
18 Tremont Street, Suite 210
Boston, Massachusetts 02108
Telephone (617) 523-6320
Facsimile (617) 523-6324
dfitzgerald@fitzgeraldlawcompany.com
Bar No. 68344